UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

    v.                                           Civil No. 17-cv-237-JL

<u>Stuart Chase et al.</u>

## **O R D E R**

No objections having been filed, I herewith approve the Report and Recommendation (Doc. No. 77) of Magistrate Judge Andrea K. Johnstone dated February 6, 2018.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

April 11, 2018

cc:  Josephine Amatucci, pro se
     Daniel J. Mullen, Esq.
     Mark H. Puffer, Esq.