4083

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 MAY 18 A 10: 35

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro          JURY TRIAL DEMANDED FOR DAMAGES ONLY

*The Plaintiff was already given leave to File/see attached Permission by Court*

JURISDICTION

This cause of action happened in New Hampshire. The Complaint that is before the Court is under 42 U.S.C. 1983 and 42 U.S.C. 1985, a civil rights action.

PARTIES

1. Plaintiff, Josephine Amatucci, a citizen of the United States, and a resident of Wolfeboro, New Hampshire, residing at Post Office Box 272, Wolfeboro, New Hampshire 03896;

2. Defendant, Town of Wolfeboro, P.O. Box 629, Wolfeboro, New Hampshire 03896.

RELEVANT FACTS

*Fraud on the Court - Fraud upon the Court
No Statute of Limitations Under Fraud*

1. The Court in Document 24, filed 11/17/17 stated that this claim regarding an

unlawful Vexatious Litigant declaratory judgment by the town was dismissed......

WITHOUT PREJUDICE, as to her ability to litigate the claims and issues asserted in Amatucci v.

Town, by not joining this case with case 00237-JL.

1 *a 9*

2.  This claim is before this court under a Monell claim under 1983 where the Town did not have PROBABLE CAUSE to deny the Plaintiff her right to enter the courts, by declaring her a Frivolous Litigant, citing the 2002, 2003, 2013 and 2014 lawsuits.

3.  The 2002 and 2003 arrests were ONE LAWSUIT. The SECOND lawsuit was under the 2013 arrest, and the THIRD LAWSUIT that the town and the judge addressed in the Petition by the own to declare the Plaintiff a Vexatious Litigant, was the 2014 lawsuit which is before this Court, of which he court found and allowed a Fourth Amendment Malicious Prosecution claim to more forward. Which under a preponderance of evidence will go before a jury for damages. Which is NOT A FRIVOLOUS LAWSUIT.

4.  Therefore, this claim is based on a lack of PROBABLE CAUSE by the defendant town to deny the Plaintiff her liberty to redress her grievances in the court. UNDER FRAUD.

*Josephine Amatucci*

CONTINUED →

2 a

underlying claims in this case, and the issues in the motion are not properly joined in this matter. Further, Mrs. Amatucci has filed another case in this court, <u>Amatucci v. Town of Wolfeboro</u>, No. 17-cv-581-LM ("<u>Amatucci v. Town</u>"), in which she seeks the relief sought by this motion. For these reasons, the district judge should deny the motion for relief from judgment (Doc. No. 21), without prejudice to Mrs. Amatucci's ability to fully litigate the issues and claims asserted in <u>Amatucci v. Town</u>, or in an appropriate challenge to the pertinent judgment in the state courts.

[handwritten margin note: LEAVE to File]

### III. <u>Motion for Hearing to Redress Her Grievances Regarding an Expedited Jury Trial (Doc. No. 22)</u>

In her motion docketed as Document No. 22, Mrs. Amatucci asserts that she is pursuing a private criminal prosecution of Stuart Chase, who is a defendant here, in state court. Mrs. Amatucci asks that this matter be expedited as she asserts that resolving this case would assist her in that prosecution. As defendants have not been served, appeared, or answered in this case, Mrs. Amatucci's request that her trial be expedited is premature. The request should be denied, therefore, without prejudice to Mrs. Amatucci's ability to seek an expedited trial schedule at the preliminary pretrial conference in this matter, which will be scheduled in due course.

12