4310

U.S. DISTRICT COURT
DISTRICT OF NH

2019 FEB -7  AM 10: 21

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Amatucci

v.

Town                                           Docket 1:18-cv-0038


## MOTION FOR VOLUNTARY DISMISSAL


1.      The Plaintiff is filing a VOLUNTARY DISMISSAL ......WITHOUT PREJUDICE

in this case,  under Rule 41,  and will re-file a new cause of action.


Respectfully,

Josephine Amatucci

February 5, 2019

c.    Town of Wolfeboro

*Josephine Amatucci*


1