4319

U.S. DISTRICT COURT
DISTRICT OF NH

2019 FEB 13  AM 11: 02

FILED

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

Plaintiff

v.

Police Chief Dean Rondeau,  Prosecutor

Timothy Morgan,  Robert Maloney,

Sargeant Wright,  Steve Champaign

Criminal Case 464-2018-1490

*Demanding a Jury Trial*
*as allowed by the Constitution*

## JURISDICTION

1.  This new cause of action for damages,   is brought pursuant to 42 U.S.C. 1983.

Jurisdiction is funded upon 28 U.S.C 1331 (1)(3)(4),  and the aforementioned

statutory provision.   Plaintiff further invokes te supplemental jurisdiction of the

court under 28 U.S.C. 1367 (a) to hear and adjudicate state law claims.   Plaintiff

claims a trial by jury.

### PARTIES

2.   Plaintiff Josephine Amatucci, P.O. Box 272,  Wolfeboro Falls, N.H. 03896 is

a citizen of the United States and a resident of Wolfeboro, New Hampshire.

3.   Police Chief Dean Rondeau,  251 South Main Street,  Wolfeboro, N.H. 03894.

4.   Sergeant William Wright,  Belnap County Sheriff's  Dept. 42 County Drive,

1

Laconia, N.H. 03246.

5.    Timothy Morgan, 251 South Main Street, Wolfeboro, N.H. 03894.

6.    Wolfeboro Police Department, 251 South Main Street, Wolfeboro, N.H.03894.

### COMPLAINT INTRODUCTION

7.    In a Complaint dated August 6, 2018 Appellant was accused of a Simple Assault under

RSA 631:2-A,1(B) the statute states, "A person is guilty of simple assaut if he (b) Recklessly

causes bodily injury to another", by Sergeant William Wright, of the Belnap

Sheriff's Department, who was contacted by the Wolfeboro Police Chief Dean Rondeau to

do an investigation of the incident that allegedly occurred at the Solid Waste Facility

In Wolfeboro. Rondeau did not want the responsibility of doing the investigation himself

as he knew it would be based on fraud.

8.    Rondeau told Wright that employee's at the Solid Waste Facility were

accusing me of unprivileged physical contact. by pushing Robert Maloney with her hands,

on his upper arm/ shoulder. Said offense constituting a Class B Misdemeanor.

9.    I never touched anyone at the Solid Waste Facility.

10.    The first time I heard about this incident was on August 14, 2018 from the Town

Manager who sent me a letter and then on the bottom of the letter she mentioned this

incident by stating, "I am also aware of an incident at the Transfer Station where you

PLACED YOUR HANDS ON AN EMPLOYEE. Under no circumstnces shall you touch an

Town Official or employee."

11.    I couldn't believe what I was hearing, this never happened, so in an outrage

I advised the town I was going to sue them, as this was the second time they were

accusing me of a serious offense that I never committed, and I had to put an end to it.

12.    So I filed a lawsuit. Shortly afterwards Police Chief Dean Rondeau comes in the

picture and he contacts the Belnap Sheriff's Department asking them to investigate

2

the matter. He didn't want to get involved because he knew it was all a Conspiracy
to Retaliate against me, for filing a lawsuit against the town.

13. First the Sheriff wanted to issue an Arrest Warrant on November 16, 2018, but
the Wolfeboro Prosecutor Timothy Morgan who was Conspiring with Rondeau to have
me prosecuted, and was overseeing the Belnap prosecutor, decided against an Arrest
Warrant, and a Complaint was filed instead dated November 16, 2018. Accusing me
of Simple Assault RSA 631:2-A, 1(B) which states, "Recklessly causes bodily injury
to another". However, there was NEVER NO INJURY. So the Complaint was void on
its face.

14. I was given the Complaint, and upon inspecting it I became aware that the
Complaint was void on its inception in the Complaint I was accused of Simple Assault
under RSA 631:2-A, 1(B) which states, "Recklessly causes bodily injury to another."
However, in the documents Sheriff Wright states that the alleged victim Robert Maloney
told him there was no injury.

NO PROBABLE CAUSE

14. I quickly prepared and mailed a "Motion to Dismiss" to the Court. And without
advising me the prosecutor immediately filed an "Amended Complaint", for the same
offense, Simple Assault, but under a different RSA under 631:2-A(a). The Amended
Complaint dismissed the Original Complaint.

15. I was never made aware of the Amended Complaint, I was never mailed or
handed the Amended Complaint, as verified by Tammy an employee of the District
Court. I was never given the opportunty to prepare for a defense. I had no description
of the claim.

MALICIOUS PROSECUTION

16. In the case of Minasian v. Sapse (1978, 2d Dist) 80 Cal App 3d 823

3

145 Cal Rptr 829... the court held that termination of proceedings for failure to prosecute was a termination in favor of the defendant for the purposes of an action for........... malicious prosecution.  Pointing out that final determination upon the merits of the alleged malicious civil suit is not necessary to the maintenance of an action for malicious prosecution.  The court said,  it was sufficient to show that the former proceeding has been legally terminated.  A dismissal for failure to prosecute reflects upon the merits of the action favorably to the defendants in the action,  the court reasoning that the inference arises from the simple assumption that one does not simply abandon a meritorious action once it is instituted.  There is no doubt it is proper to infer MALICE from the absence of reasonable probable cause to commence a prosecution.   To cause me harm and in bad faith.    When they knew the evidence was insufficient,  they had the intent of bringing false charges.

17.      The Amended Complaint was the same crime as was dismissed.  The prosecution cannot charge a defendant with a crime for which he was acquitted or if it was a misdemeanor case and already filed and dismissed once,  it cannot be refiled.  Penal Code 656,  793-794.

Federal Civ. Proc. Rule 15

18.      Also,  Federal Civ.Proc. Rule 15  states,  "a prosecutor may amend his complaint as a matter of course,   only if  the defendant has not filed an answer to the Original Complaint,  the Plaintiff  may amend his complaint only by consent of the Defendant or with the Court's permission.  The Plaintiff was never mailed or handed a copy of this amended complaint,  that if she was not handed a copy by Tammy in the District Court,  she would never have known the complaint was amended.  Which eliminated,  dismissed,   the original complaint,  which added

4

an injury to the Simple Assault claim. An amendment would prejudice the Defendant.

## DOUBLE JEOPARDY

19. Double Jeopardy refers to a person being tried again for the same offense after being acquitted or dismissed. Double jeopardy is prohibited by the Fifth Amendment to the U.S. Constitution, which states: ".. nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb. The original and amended Complaint are the same offense. They are both under Section 631:2-a Simple Assault. I cannot be tried again.

20. Where the prosecutor amended the Complaint AFTER I filed a Motion to Dismiss, the initial Original Complaint take's precedent in the case, and the Orginal Complaint was dismissed. It was void on its face as the Statute cited required an injury and there was no injury. So the police failed to state a claim, and the Complaint was dropped.

21. One cannot be prosecuted again for the same crime, due to double jeopardy Clause, To prevent Government from erroneously prosecuting innocent people.

## MALONEY NOT CREDIBLE

22. In the documents allowed the Plaintiff by the Sheriff, was the fact that Sargeant Wright asked Maloney "if he had any "relationship" with me, and Maloney responded by saying, "he knew me only because of her using the premises over the years."

23. The truth is that the Maloney's were my next door neighbor's from hell. In fact, the Plaintiff has an active Restraining Order on his mother Pauline Maloney, for years.

24. Pauline Maloney, Robert Maloney's mother, lived only 50 feet from the

5

beach and instead of just walking to the beach she would drive to my driveway and park inside my legal driveway. She would park the car there and go across the street to the beach, as my property was right across from the beach. Although the Maloney's sold the property I still have an active Restaining Order on her. She is not to come near my property, or on the beach near my property. There were horrible legal battles with the Maloney family.

25.     I al had trouble with the alleged victim Robert Maloney over the years who worked for the Highway Deartment of the town, and he would push all the snow in my driveway, I had to call the police and report him.

26.     On the day that I supposedly pushed Maloney I had entered the office at the Dump, to tell Mr. Champaigne, the supervisor, that someone was throwing trash all over the floor. As usually Champaigne was rude to me. I left and immediately returned to tell Champaigne that he has always been rude to me over the years. Thats all that was said, and then I left. Nothing happened. I never touched anyone, and Maloney was not at the door as he stated.

27.     A reason for Champaign to Retaliate and Maloney to conspire with him as the Maloney family and I had long bad history. The prosecution was a Conspiracy, between police chief Rondeau of whom I had very bad history, and Maloney and Champaigne.

### A DENIAL OF MY LIBERTY INTEREST

28.     Champaigne suggested that my rights to visit the Dump be taken away from me.

### FIRST AMENDMENT RETALIATION

29.     The Plaintiff is accusing the defendants of a federal violation of her civil rights, of Retaliation.     Of accusing her of a crime they knew she did not commit. And she is asking for Damages by a jury of her peers.

30.     CLAIM ONE......an unlawful and unreasonble seizure without probable cause with the

6

intentions of causing her harm in Bad Faith, they knew I would be harmed, they had the intent of bringing false charges. They knew the evidence was insufficient.

31.     CLAIM TWO..... Intentional Infliction of Emotional Distress. There is no doubt it is proper to infer MALICE from the absence of reasonal and probable cause to commense a prosecution under Statute RSA 631:2-A,1(B) when they knew there was NO INJURY.

32.     CLAIM THREE.....RETALIATION........The defendants all had reasons to Retaliate against the Plaintiff.

33.     CLAIM FOUR .....CONSPIRACY, to malicious prosecute the Plaintiff, "a secret and evil plan, by the defendants, to do something unawful and harmful, and intended to break the law.

Respectfully,

Josephine Amatucci

February 12, 2019

c. Rondeau, Wright, Morgan, Maloney, Champaigne

Josephine Amatucci

4253

*L*

U.S. DISTRICT COURT
DISTRICT OF NH

2019 FEB 13  AM 11: 02


FILED

## THE STATE OF NEW HAMPSHIRE

## NH CIRCUIT COURT

State

v.

Josephine Amatucci                    Case No.464-2018-CR-1490

## MOTION TO DISMISS

1.      Please file this document in this case which is (1)  a defense to this bogus Complaint,

and (2) a document that will be used to prosecute those  who are accusing me of a

crime  THEY KNOW I NEVER COMMITTED,  and  lacks evidence of an Assault under the law.

2.      That this action by the people who have Conspired to terrorize me are not to

to get away with this abuse of power.   I am going to do all I can to have them prosecuted.

This never happened in the office of the dump.  A jury of my peers will see that this is

all a Conspiracy,   when they hear the backgrounds of the complainants.

3.      You see your Honor,  they are accusing me of violating RSA 631:2-A,1(B)  which

states "RECKLESSLY CAUSES BODILY INJURY TO ANOTHER"   yet if you read  the Narrative

of Sergeant William Wright,  he states:

           'HE DID NOT HAVE ANY INJURIES AS A RESULT OF THIS ASSAULT"

4.      No injuries,   no violation of RSA 631:2-A,1(B).

5.                        CASE CLOSED............NO CASE

6.      Of course unless all of a sudden,  out of nowhere,  all these Conspirators come

1

up with a new offense against me,   where their chief reason for all this abuse is RETALIAtion

OF POLICE CHIEF DEAN RONEAU,  and thats another story.

7.        You see your honor it isn't  my fault that there is bad blood with me and the town,

it is the town that has abused me,  I didn't  abuse them,   and thats where a Private Criminal

Prosecution is necessary ............TO STOP THE ABUSE.


Respectfully,

Josephine Amatucci

12/21/2018

c.    Belnap Sheriff's office,  Sergeant William  Wright

*Josephine Amatucci*

2

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

3rd Circuit - District Division - Ossipee
96 Water Village Rd., Box 2
Ossipee NH  03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF HEARING

**JOSEPHINE AMATUCCI**
**PO BOX 272**
**WOLFEBORO FALLS NH  03896**

Case Name:        **State v. Josephine Amatucci**
Case Number:      **464-2018-CR-01490**

The above referenced case(s) has/have been scheduled for:
**Arraignment on Complaint**

| Charge ID | Statute | Description |
|---|---|---|
| 1564240C | 631:2-A,I(A) | Simple Assault; Physical Contact or BI |

**CONTINUED FROM 1/9/19**
**Date: February 06, 2019**      **96 Water Village Rd., Box 2**
**Time: 8:00 AM**                **Ossipee NH  03864**

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so. Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted. **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing.  Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than 30 minutes.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court.  This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division.  With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.

A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury.  The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

January 18, 2019                              Elaine J. Lowe
                                             Clerk of Court

C:   Belknap County Sheriff

NHJB-2016-D (11/30/2012)

# The State of New Hampshire
## COMPLAINT

Case Number: _____          Charge ID: _____

| ☐ VIOLATION | MISDEMEANOR | ☐ CLASS A | ☒ CLASS B | ☐ UNCLASSIFIED (non-person) |
|---|---|---|---|---|
| | FELONY ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: **3RD CIRCUIT - DISTRICT DIVISION - OSSIPEE** Court,

**Address:** 96 WATER VILLAGE RD, BOX 2, OSSIPEE, NH          **County:** CARROLL

**Time:** 0800 AM          **Date:** January 9, 2019

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT : PLEASE PRINT

| AMATUCCI | | | JOSEPHINE | | | |
|---|---|---|---|---|---|---|
| Last Name | | | First Name | | | Middle |
| 350 GOV WENTWORTH HWY | | | WOLFEBORO | | NH | 03894 |
| Address | | | City | | State | Zip |
| F | W | 508 | 187 | BROWN | | BLACK |
| Sex | Race | Height | Weight | Eye Color | | Hair Color |
| 09/27/38 | | 09AIJ38271 | | NH | | |
| DOB | | License #: | | OP License State | | |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGER. |
|---|---|---|---|

AT: 400 BEACH POND RD, WOLFEBORO NH

On 08/06/2018 at 2:00 PM in CARROLL County NH, did commit the offense of:

**RSA Name:**          Simple Assault; BI

**Contrary to RSA:**   631:2-A,I(B)

**Inchoate:**

**(Sentence Enhancer):**

And the laws of New Hampshire for which the defendant should be held to answer in that the defendant did:

commit the crime of Simple Assault in that she knowingly caused unprivileged physical contact to another, to wit, Robert Maloney by pushing Robert Maloney with her hands, on his upper arm/shoulder. Said offense constituting a Class B Misdemeanor;

against the peace and dignity of the State.

☐ SERVED IN HAND

| _[signature]_ | Sergeant William Wright | Belknap County Sheriffs Department |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

| 11/16/2018 | Karinn Amato_oneo |
|---|---|
| Date | Justice of the Peace   2/15/2022 |

NHJB-2962-D (6/27/2016)

**RECEIVED**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

JAN 0 9 2019

**OSSIPEE
DISTRICT DIVISION**

### 3RD CIRCUIT-DISTRICT-OSSIPEE

Court Name:

Case Name: _State V AmaTucci_

Case Number: _464 2018 CR 1490_          Charge ID Number: _1564240C_

## COMPLAINT AMENDMENT FORM

☐ The offense degree is amended to:

☐ Violation  **Misdemeanor**  ☒ Class A   ☐ Class B   ☐ Unclassified (non-person)
             **Felony**  ☐ Class A   ☐ Class B   ☐ Special   ☐ Unclassified (non-person)

☒ The RSA name and RSA reference are amended as follows in order to make the complaint
compliant with the Uniform Charge Table:

RSA name (UCT Descriptor): _Simple Assault_

RSA: _631:8-A,1(a)_

☒ The complaint narrative is unchanged.

☐ The complaint narrative is amended to read as follows:

_____
_____
_____
_____
_____
_____
_____

If applicable, the inchoate reference is ☐ unchanged; ☐ amended to read:

_____

If applicable, the sentence enhancer is ☐ unchanged; ☐ amended to read:

_____

_1/8/19_
Date

_Judy Estes_
Signature of Prosecutor

_Judy E. Estes_
Name of Prosecutor

_____
Date

_____
Signature of Defendant/Defense Counsel

_____
Name of Defendant/Defense Counsel

NHJB-2935-D (06/27/2016)

*JOSEPHINE AMAIVOLE*

*No Filing* #1

2204

*INCOME*

*SOCIAL SECURITY* *1,511.00*
*BOARDER* *330.00*

**BILLS**

**MONTHLY**

| | | |
|---|---|---|
| 1. | ~~REAL ESTATE~~ | ~~$200~~ |
| 2. | AARP-UNITED HEALTH INSURANCE | 174.50 |
| 3. | LIBERTY MUTUAL HOUSE INSURANCE | |
| | AND CAR INSURANCE | 181.11 |
| 4. | PRESCRIPTION DRUG | 32.60 |
| 5. | Metrocast | 184.63 |
| 6. | Fuel (heating) | 250.00 |
| 7. | Santander (Car Payment) | 278.83 |
| 8. | Lawrence Sumski (Bankrupcy) | 500.00 |
| 9. | Electric (Town) | 50.00 |
| 10. | Food | 200.00 |
| 11. | Gas for car | 100.00 |
| 12. | Clothing | 50.00 |

**TOTAL 2,084.66**

**TOTAL INCOME** 1,817.00

At end of month I borrow the balance from my church. And it goes on and on.

1

U.S. DISTRICT COURT
DISTRICT OF NH

**AFFIDAVIT ACCOMPANYING MOTION**

2019 FEB 13 PM 12:53 **FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

F I L E D

v.

District Court No. _14-cv-00237_

Appeal No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Josephine Amatucci* | Date: |

My issues on appeal are: _A Fourth Amendment Maliscious Prosecution claim under U.S.D. 1983 For Damages_
_A Monell Claim under 1983 For Damages_

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Income source   1,511.00
*Social Security*   350.00
*Rent*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ | $ |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property (such as rental income) | $ 350. | $ | $ 350. | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1,511.00 | $ | $ 1,511.00 | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ 0 | $ | $ |
| Unemployment payments | $ N/A | $ | $ 1861. | $ |

$ 1861.00

1

| | | | | |
|---|---|---|---|---|
| Public assistance (such as welfare) | $  *N/A* | $ | $ | $ |
| Other (specify): | $  *N/A* | $ | $ | $ |
| **Total monthly income:** | **$0** | **$0** | **$0** | **$0** |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| *N/A* | *N/A* | *N/A* | $ |
| | | | $  *N/A* |
| | | | $ |

3.    *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| *N/A* | *N/A* | *N/A* | $ |
| | | | $ |
| | | | $ |

4.    *How much cash do you and your spouse have?* $_____

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| *N/A* | *N/A* | $  *N/A* | $  *N/A* |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $  *N/A* | (Value) $  *N/A* | (Value) $ | |
| | | Make and year:  *N/A* | |
| | | Model: | |
| | | Registration #: | |

2

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ *UNKNOWN* | (Value) $ *VERSA* | (Value) $ |
| Make and year: *2012 NISSAN* | | |
| Model: *NISSAN VERSA* | | |
| Registration #: | | |

6.  *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| *N/A* | $ *N/A* | $ *N/A* |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.  *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| *N/A* | *N/A* | *N/A* |

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included?  [  ] Yes  [  ] No<br>Is property insurance included?  [  ] Yes  [  ] No | $ *Reverse Mort.* | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ *100.00* | $ |
| Food | $ *100.00* | $ |
| Clothing | $ *100.00* | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ *150.00* | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renters: | $ | $ |
|    Life: | $ | $ |
|    Health: | $ | $ |
|    Motor vehicle: | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |

| Installment payments | | |
|---|---|---|
|     Motor vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
|     **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes     [X] No     If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    [ ] Yes     [X] No     If yes, how much? _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    *READ MY EXPENSES*

12. *State the city and state of your legal residence:* WOLFEBORO, New Hampshire
    *Your daytime phone number:* (   ) 603-569-2429
    *Your age:* 80   *Your years of schooling:* 3 YEARS College
    *Last four digits of your social-security number:* 3410

4



**METROCAST CABLEVISION**
9 APPLE RD BELMONT NH 03220-3251
8282 1600 WM RP 06 11072017 NNNNNVNN 01 009176 0029

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Statement of Service

Page 1 of 3
**Billing Date:** November 6, 2017
**Account Number:** 8282 16 019 0036339

How to reach us ....
Office hrs M-F 8:00am-5:00pm
Sat 8am-4:30pm www.MetroCast.com
Phone hrs 24/7 1-800-952-1001

For Service At...
**350 GOVERNOR WENTWORTH HWY**
**WOLFEBORO NH 03894-4635**

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $25.00 collection effort charge or disconnection of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please see reverse side for account details.



| | |
|---|---|
| Previous Balance | $ 364.79 |
| Payment(s) | -183.63 |
| Monthly Charge(s) | 167.91 |
| Other Charge(s) | 5.00 |
| Taxes & Fee(s) | 8.26 |
| **Balance Due** | **$ 362.33** |
| **Payment Due Date** | **Upon Receipt** |

814AD8GLF001G901-00688-02

November 08, 2017

Member ID: 017354256-1

Dear JOSEPHINE S AMATUCCI,

> You have a past due amount.
> Please pay so you don't lose
> your plan.

We want to let you know that you have a past due amount on your AARP MedicareRx Silver Plus (PDP) account. As of November 08, 2017, you owe $65.20. Please pay this amount upon receipt so that you won't be disenrolled.

**What happens if I don't pay?**

If we don't receive payment for the past due amount and each month's premium (monthly charge) by December 31, 2017, we will have to disenroll you from AARP MedicareRx Silver Plus (PDP), effective December 31, 2017. After December 31, 2017, you will no longer be covered by AARP MedicareRx Silver Plus (PDP). However, your other Medicare benefits will not be affected if you are disenrolled from AARP MedicareRx Silver Plus (PDP).

**Premium payments**

Your premium is due on the first of each month. If we don't resolve your payment by the first of each month, it will be added to your past due amount.

If you wish to pay your next month's premium today with the past due amount, here is the total:

| Description | Amount | |
|---|---|---|
| Past due amount | $65.20 | **Due date:** Upon receipt |
| Premium (monthly charge) | $32.00 | December 01, 2017 |

IF YOU HAVE AN ADDRESS CHANGE,
PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE.  ☐

**REAL ESTATE TAX BILL**
84 SOUTH MAIN STREET
P.O. BOX 629
*Town of* WOLFEBORO, NH 03894-0629
**Wolfeboro**
603-569-3902

| | |
|---|---|
| TAX YEAR | 2017 |
| ACCOUNT NO.: | 10-3996.701 |
| 1ST INSTALLMENT: $ | 472.00 |
| 2ND INSTALLMENT: $ | 494.00 |
| TOTAL PAYMENTS: $ | 0.00 |

Property Location: 350 GOV WENTWORTH HWY

| | |
|---|---|
| AMOUNT DUE $ | 966.00 |
| BY   DEC 19, 2017 | |

2158 1 AV 0.373   E9217X  U250 D3044293207 82 P4831119 8001:9001

AMATUCCI, JOSEPHINE
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 629
Wolfeboro, NH 03894-0629

PLEASE DETACH AND RETURN ABOVE PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO THE TOWN OF WOLFEBORO.

*Town of*
**Wolfeboro**

**REAL ESTATE TAX BILL**
84 SOUTH MAIN STREET  P.O. BOX 629
WOLFEBORO, NH 03894-0629

**OFFICE HOURS**
MONDAY - FRIDAY : 8:00AM - 4:00PM
TELEPHONE (603) 569-3902
email : taxcollector@wolfeboronh.us

PROPERTY OWNER(S):
  AMATUCCI, JOSEPHINE

MAILING ADDRESS:
  PO BOX 272
  WOLFEBORO FALLS NH 03896-0272

| | |
|---|---|
| TAX YEAR: | 2017 |
| ACCOUNT NUMBER: | 10-3996.701 |
| TAX MAP/LOT NUMBER: | 151—21 |
| PROPERTY LOCATION: | 350 GOV WENTWORTH HWY |

| | TAX RATES | TOTAL VALUATION | AMOUNT | ASSESSMENT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|---|---|
| MUNICIPAL | 5.760 | $64,500 | $371.00 | BUILDING VALUE | $70,000 | GROSS TAX | $966.00 |
| SCHOOL - LOCAL | 5.550 | $64,500 | $357.00 | LAND VALUE | $84,500 | CREDITS | |
| SCHOOL - STATE | 2.280 | $64,500 | $147.00 | TOTAL VALUE | $154,500 | NET TAX | $966.00 |
| COUNTY | 1.390 | $64,500 | $89.00 | EXEMPTIONS | | FIRST BILL | $472.00 |
| | | | | | | SECOND BILL | $494.00 |
| TOTAL | 14.980 | $64,500 | $966.00 | TAXABLE VALUE | $64,500 | PAYMENTS | |

| AMOUNT DUE BY | DEC 19, 2017 | $966.00 |
|---|---|---|

IF PAID AFTER DUE DATE ANNUAL INTEREST RATE OF 12% WILL BE CHARGED
PRIOR YEARS TAXES DO NOT INCLUDE ACCUMULATED INTEREST OR COSTS
PLEASE CONTACT THE TAX OFFICE FOR UPDATED AMOUNTS

**IMPORTANT NOTICE TO ALL TAXPAYERS:**

**IF YOU ARE ELDERLY, DISABLED, BLIND, A VETERAN, OR VETERAN'S SPOUSE, OR ARE UNABLE TO PAY TAXES DUE TO POVERTY OR OTHER GOOD CAUSE, YOU MAY BE ELIGIBLE FOR A TAX EXEMPTION, CREDIT, ABATEMENT, OR DEFERRAL. FOR DETAILS AND APPLICATION INFORMATION, CONTACT THE ASSESSING DEPARTMENT. (CONTACT AND ADDITIONAL INFORMATION ON REVERSE SIDE OF THIS BILL.)**

*PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

0001:9001



*Town of*
*Wolfeboro* MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

| BILLING DATE | 11/28/17 | ACCOUNT NUMBER |
|---|---|---|
| DUE DATE | 12/27/17 | 09-0449.002 |
| **TOTAL AMOUNT DUE** | | $10,409.94 |

**AMOUNT REMITTED** $ _____
Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE. ☐

Please return this portion with your payment and make checks payable to:

287 1 SP 0.480   E0287X  I0324 03073818705 S2 P4858087 0001:0001

|սՆիսելիՈՈՈլիՈիսսՈնիելՈիՈիՈրլսՈիՈրիՈ|||||



JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

| MUNICIPAL ELECTRIC DEPARTMENT<br>84 SOUTH MAIN STREET | | ACCT<br>NO. | 09-0449.002 | | PROPERTY<br>OWNER | JOSEPHINE AMATUCCI | | | |
|---|---|---|---|---|---|---|---|---|---|
| P.O. BOX 777<br>WOLFEBORO, NH 03894-0777 | | NEXT<br>READ | 12/21/17 | | SERVICE<br>LOCATION | 350 GOV WENTWORTH HWY | | | |
| 603-569-8150<br>603-569-8183 | | BILLING<br>DATE | 11/28/17 | | RATE | DOMESTIC ALL YR DA | | | |

| METER<br>NUMBER(S) | PREVIOUS | | | PRESENT | | | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| | DATE | READING | READ CODE | DATE | READING | READ CODE | | |
| 3320 | 10/23/17 | 9853 | ACT | 11/28/17 | 2465 | ACT | 1 | 2612 |

```
         PREVIOUS BALANCE                              $10,093.54
         PAYMENTS AS OF 11/28/17                          $50.00CR
                                                      _____
         BALANCE FORWARD                              $10,043.54
         CUSTOMER CHARGE                                   $5.55
         DISTRIBUTION 2612 KWH @ .035200                  $91.94
         GENERATION 2612 KWH @ .102400                   $267.47
         STATE OF NEW HAMPSHIRE CONSUMPTION TAX            $1.44
                                                      ================
         TOTAL AMOUNT DUE                             $10,409.94
```

# Santander
## CONSUMER USA

### ACCOUNT INFORMATION

| | |
|---|---|
| Account Number | 4628746 |
| Account Status | Past Due |
| Statement Date | 04/20/2015 |
| Payment Due Date | 04/08/2015 |
| Payment Amount | $278.83 |
| Payments Made | 5 |
| Maturity Date | 10/08/2020 |
| Past Due Amount | $267.66 |
| Principal | $14,514.39 |
| Accrued Interest | $39.72 |
| Unpaid Fees & Charges | $20.00 |
| Estimated Payoff* | $14,574.11 |

192066

JOSEPHINE AMATUCCI
PO BOX B 272
WOLFEBORO FALLS, NH 03896

**TOTAL AMOUNT DUE**
# $566.49

*Balance including principal, accrued interest, and
unpaid fees and charges as of the Statement Date.

---

### ACCOUNT ALERTS & IMPORTANT MESSAGES

Your account is 11 days delinquent.
No valid work phone number, please update online.

---

### ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Description | Date | Amount |
|---|---|---|
| Payment Made | 04/11/2015 | $-278.83 |
| Late Fee Assessed | 03/24/2015 | $10.00 |

 Pay Online at
MyAccount.SantanderConsumerUSA.com.

 Pay by Phone at 1-888-222-4227.

 MoneyGram or Western Union.

*See reverse for additional payment options.*

Questions? Go to **MyAccount.SantanderConsumerUSA.com** or call Toll-Free **1-888-222-4227.**

---

### SPECIAL OFFERS

*CAR LOAN*

*A A L P*

**Payment Coupon**

| | | |
|---|---|---|
| **Membership Number** | **Payment is due on or before the due date.** | **Due Date** |
| 31467616̄3-1 | | 01-01-2015 |

**Amount Due** $174.50

Insured Member 1
**JOSEPHINE S AMATUCCI**
Member 1 Coverages
**B**

Insured Member 2

Member 2 Coverages

31467616311745001011509141465 2

If you make a payment of
$2070.00 by January 31 for
the full year, you'll save
$24! Call if you have any
questions: 1-800-523-5800.

PO BOX 660291
DALLAS TX 75266-0291

Іսլիլիսիլիիունդիիիիսիիիուիիդիիսդիդիիսիսլիսդիսդիլ

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO UNITEDHEALTHCARE INSURANCE COMPANY.
PLEASE DO NOT FOLD, STAPLE OR TAPE COUPON AND CHECK WITH YOUR RETURN.
PLEASE USE THE ENVELOPE PROVIDED TO RETURN COUPON AND PAYMENT.

AARP

# UnitedHealthcare Insurance Company

PO BOX 30607
Salt Lake City, UT 84130-0607

November 11, 2017

3178HIPOG1001001-1889001
JOSEPHINE 8 AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

RE: 3146781B5-1
JOSEPHINE AMATUCCI

Dear Member(s):

Thank you for allowing UnitedHealthcare Insurance Company to provide you with quality health insurance plans.

Premium payments for your health insurance coverage are due on the first of each month. On 09/30/2017, the health insurance coverage shown on the attached coupon ended because payment was not received.

To bring your account up to date a payment in the amount of $349.50 must be received within 35 days from the date of this notice. Please do not send cash. If payment for the overdue amount has already been sent, please disregard this notice. Your plan allows for a 31-day Grace Period. Please refer to your Certificate of Insurance for details.

If you have questions:
- Please call Customer Service at 1-800-523-5800 (Para Español: 1-800-822-0246),

Hot Springs, AR 71903-3367

Ɛ

Action Required

125PARTD_BILLINGINCOLOR0001006-06604-01
JOSEPHINE S AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Questions?
We're here to help.
Toll-Free **1-866-460-8854**, TTY **711**
8 a.m. - 8 p.m. local time, 7 days a week

# Your June 2018 statement.

| Member ID: | 0173542561 |
|---|---|
| Previous balance | $ 79.60 |
| Payments received | $ 0.00 |
| Current charges | $ 39.80 |

| **Total due** | **$119.40** |
|---|---|
| Due in full by | June 1, 2018 |

See details about your current charges on the back of this page.

## You have a past due balance.

Please call Customer Service to pay your past due balance today. If we don't receive payment soon, you may be disenrolled from the plan.

## About your payment.

Your payment can take up to 10 days to post to your account. If we received it after May 4, 2018, you'll see it on your next statement.

### It's easy to set up automatic payments.

Use the form on the next page to sign up for Electronic Funds Transfer (EFT) and have your monthly payments automatically deducted from your bank account.

**or**

Call Customer Service to have your monthly payments automatically deducted from your Social Security or Railroad Retirement board check.

**or**

Call Customer Service to have your monthly payments automatically charged to your credit card.

You can stop automatic deductions at anytime — keeping you in control of your money. *

### Access your account online.

Make a payment, view claims and plan details. Sign up to get plan information delivered online.
**www.MyAARPMedicare.com**

MRAMR1503BG

**LAWRENCE P. SUMSKI**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
1000 Elm Street, Suite 1002
Manchester, NH 03101

April 4, 2016

Josephine Amatucci
POB 272
Wolfeboro Falls, NH 03896

RE:  Chapter 13 #15-11658-BAH

Dear Ms. Amatucci:

We do not process Plan payments at our office.  Checks need to be sent to our
Lock Box in Memphis, Tennessee.  I am therefore returning your check
#23582063316 in the amount of $299.00 dated April 2, 2016.

Please send all **Plan payments** to the following address:

Lawrence P. Sumski
Chapter 13 Trustee
PO Box 839
Memphis, TN  38101-0839

**PLEASE include your case number!**

The address for **correspondence only** is:

Lawrence P. Sumski
Chapter 13 Trustee
1000 Elm Street, Suite 1002
Manchester, NH  03101

Please call if you have any question regarding this.

Yours truly,

/s/ Lawrence P. Sumski

Lawrence P. Sumski

LPS:kc

Telephone:  (603) 626-8899
E-Mail address:  SumskiCh13@gmail.com

# Your New Benefit Amount

**BENEFICIARY'S NAME:** JOSEPHINE S AMATUCCI

Your Social Security benefits will increase by **2.8%** in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is        <u>$1,646.50</u>
- The amount we deduct for Medicare Medical Insurance is    <u>$135.50</u>
  (If you did not have Medicare as of November 16, 2018,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is    <u>$0.00</u>
  (We will notify you if the amount changes in 2019. If you did not elect
  withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is    <u>$0.00</u>
  (If you did not elect voluntary tax withholding as of
  November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive    <u>$1,511.00</u>
  on or about January 3, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?
- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)**

*000051*
LIBERTY MUTUAL INSURANCE
1 LIBERTY SQ
MISHAWAKA IN 46544

Please do not send payments to the address above

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 0389601272

Liberty
Mutual.
INSURANCE

Josephine, thank you for being our valued customer since 2017!

THIS IS YOUR INSURANCE BILL FOR ACCOUNT POLICY 0028022117A AS OF NOV. 14, 2017

**ACCOUNT SUMMARY**

| | Amount |
|---|---|
| 10/18/17 Previous Account Balance | $086.86 |
| Payments Received | -$191.11 |
| Installment Charge | $5.00 |
| 11/16/17 Current Account Balance | $210.45 |

Questions Regarding Your Bill?
1-800-426-1280

Need to Report a Claim?
1-800-2CLAIMS (1-800-225-2467)

**BILLING DETAILS**

| | FREQUENCY | POLICY BALANCE | AMOUNT DUE |
|---|---|---|---|
| Home Policy H37-218-117400-70 (06/07/17 - 06/07/18) | Monthly | $210.45 | $85.81 |
| 350 GOVERNOR WENTWORTH HWY | | | |

handwritten: Dec, 2017
LAST bill 219, 41-1871.11
Cal 219,45 in Aug in Aug paid
PAYMENTS

| **Please Pay Total Amount Due by Dec. 04, 2017** | **$85.81** |

*004747*
LIBERTY MUTUAL GROUP
1 LIBERTY RD
MISHAWAKA IN 46544

Please do not send payments to the address above

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Josephine, thank you for being our valued customer since 2017!

## INSURANCE INFORMATION

| | |
|---|---|
| Policy Number: | AO1P-218-611272-40 |
| Policy Period: | Sept. 07, 2017 - Sept. 07, 2018 |
| Bill Frequency: | Monthly |
| Auto(s) Insured: | NSSN VERB 12 |

BILLING DETAILS

## Liberty Mutual
INSURANCE

### Your Bill is Past Due.

We have not received your payment as of 11/15/2017. Please pay total amount due to avoid possible interruption to your coverage.

### QUESTIONS

Questions Regarding Your Policy-or-Bill?
1-800-225-8285

Want to Pay Online?
LibertyMutual.com/service

Need to Report a Claim?