NARRATIVE FOR SERGEANT WILLIAM WRIGHT

Ref: **18-153-OF**     *IS A LIAR*
                       *A CRIMINAL*

*Lie*

I told him I would conduct the investigation and would be forwarding the conclusion once completed.

On September 7, 2018 I responded to the Wolfeboro Solid Waste Disposal Building, 400 Beach Pond Rd Wolfeboro, NH.  At approximately 0940 hours, I met with the victim of this incident:

Robert Maloney

The building office was open and had foot traffic from the busy dump day.  I was told we could use the office, but might be interrupted during the interview.  I began the recorded interview asking Mr. Maloney about the incident.

He informed me on August 7, 2018 at approximately 2 p.m., he was standing in the doorway of the building office.  He witnessed Josephine Amatucci speaking with Supervisor Steve Champaigne about a couple of people who were making a mess with a U-Haul truck.  The people had been emptying the truck and had items spread out.  Ms. Amatucci was told Mr. Champaigne had already told the people they were to clean up the mess before they left.  Ms. Amatucci then walked off.  As short time later, Mr. Maloney was still standing in the door way when Ms. Amatucci came to him from the flank.  She then pushed him on his left side with her hands, causing him to lose his balance and fall down the two stairs into the office.  She followed him into the office and began yelling at Mr. Champaigne, who was already in the room.  She argued about the mess caused by the U-haul truck.  After a few moments she then left.  Mr. Maloney told me Ms. Amatucci did not have permission to put her hands on him. He did not have any injuries as a result of this assault.  He told me she had no real reason to push him and that she could have easily walked around him.  We were interrupted a couple of times during the interview, with patrons of the dump.  The facility was extremely busy and there was limited staff on hand.

When I asked about his relationship with Ms. Amatucci and he told me he knew her from him working at the dump for the last 20 years.  He said she was a frequent customer and had no idea what her concern with the U-haul truck was.  His recorded statement is part of this report.

*I have A RESTRAINING ORDER (Active) on his CRAZY Mother*
*see ....... ......... ... .. .. ...*

I then spoke with:

*Lie - We Never SAID*
*Maloney Fell DOWN*
*the STAIRS   I HAVE the RECORDING*

Joshua Nason
DoB: 12/25/93

who advised me he was a witness to the assault.  Again I audio taped this interview in the same office.  Mr. Nason informed me he had seen Ms. Amatucci come up to Mr. Maloney from the side.  She then pushed him, causing him to fall down the stairs.  She then commenced to yell at Mr. Champaigne telling him he was rude to people.  She yelled for a few minutes then left.  He said he left the office just after the assault.  He said he did not hear of any injuries but he was aware she had no right to push him.  His recorded statement is attached to this report.

I was informed Steve Champaigne was on vacation and would not be returning until the 17th.  I told the employees I would be following up with him once he returned.

I went to the Wolfeboro Police Department and spoke with a Captain.  He gave me an IMC printout of Ms. Amatucci's information and contacts Wolfeboro Police Department had with her over the years.  I then met

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
NH CIRCUIT COURT

3rd Circuit - District Division - Ossipee
96 Water Village Rd., Box 2
Ossipee NH  03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF HEARING

**JOSEPHINE AMATUCCI**
**PO BOX 272**
**WOLFEBORO FALLS NH  03896**

Case Name: **State v. Josephine Amatucci**
Case Number: **464-2018-CR-01490**

The above referenced case(s) has/have been scheduled for:
**Arraignment on Complaint**

| Charge ID | Statute | Description |
|---|---|---|
| 1564240C | 631:2-A,I(A) | Simple Assault; Physical Contact or BI |

CONTINUED FROM 1/9/19
**Date: February 06, 2019** **96 Water Village Rd., Box 2**
**Time: 8:00 AM** **Ossipee NH  03864**

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so.  Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted. **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**
When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing. Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than 30 minutes.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court.  This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division.  With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.
A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury.  The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.
If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.
Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

January 18, 2019

Elaine J. Lowe
Clerk of Court

C: Belknap County Sheriff

# COMPLAINT

Case Number: 4042018CR 1490                    Charge ID: 156 4240C

| VIOLATION | MISDEMEANOR | ☐ CLASS A | ☒ CLASS B | ☐ UNCLASSIFIED (non-person) |
|-----------|-------------|-----------|-----------|------------------------------|
| ☐ | FELONY ☐ | CLASS A ☐ | CLASS B ☐ SPECIAL ☐ | UNCLASSIFIED (non-person) ☐ |

You are to appear at the: **3RD CIRCUIT - DISTRICT DIVISION - OSSIPEE** Court,

Address: **96 WATER VILLAGE RD, BOX 2 , OSSIPEE, NH**          County: **CARROLL**

**RECEIVED**

Time: **0800 ᴬᵐ**          Date: **JANUARY 9, 2019**

NOV 20 2018

Under penalty of law to answer to a complaint charging you with the following offense:

OSSIPEE
DISTRICT DIVISION

**THE UNDERSIGNED COMPLAINS THAT : PLEASE PRINT**

| AMATUCCI | | JOSEPHINE | | |
|----------|--|-----------|--|--|
| Last Name | | First Name | | Middle |
| 350 GOV WENTWORTH HWY | | WOLFEBORO | NH | 03894 |
| Address | | City | State | Zip |
| F | W | 508 | 187 | BROWN | BLACK |
| Sex | Race | Height | Weight | Eye Color | Hair Color |
| 09/27/38 | | 09AIJ38271 | | NH | |
| DOB | | License #: | | OP License State | |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGER |
|--------------|------------------|-------------|----------------|

AT: **400 BEACH POND RD, WOLFEBORO NH**

On 08/06/2018 at 2:00 PM in CARROLL County NH, did commit the offense of:

RSA Name:          Simple Assault; BI

Contrary to RSA:   631:2-A,I(B)

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer in that the defendant did:

commit the crime of Simple Assault in that she knowingly caused unprivileged
physical contact to another, to wit, Robert Maloney by pushing Robert Maloney with
her hands, on his upper arm/shoulder. Said offense constituting a Class B
Misdemeanor;

# ORIGINAL

against the peace and dignity of the State.

☐ SERVED IN HAND

| _Complainant Signature_ | Sergeant William Wright | Belknap County Sheriffs Department |
|--------------------------|-------------------------|-------------------------------------|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.

| 11/16/2018 | _Karron Cinnytoneo_ | |
|------------|---------------------|--|
| Date | Justice of the Peace   2/15/2022 | |

NHJB-2962-D (6/27/2016)

## STATE OF NEW HAMPSHIRE

**Carroll County, ss**

**3rd Circuit District**
**Division-Ossipee**

## AFFIDAVIT IN SUPPORT OF ARREST

I, Judy Estes, a certified Police Officer in the State of New Hampshire, being duly sworn, set forth below facts establishing that Josephine AMATUCCI, DoB: 09/27/38 of 350 Governor Wentworth Highway in Wolfeboro, New Hampshire has committed the offense of Bail Jumping contrary to RSA 642:8:

1. On February 6, 2019, Josephine AMATUCCI was arraigned before the 3rd Circuit District Division Ossipee Court for the offense of Simple Assault.

2. The Honorable Charles L. GREENHALGH released Ms. AMATUCCI on personal recognizance bail.

3. On June 19, 2019, the Court scheduled a trial regarding the Simple Assault to take place on July 31, 2019 at 9:00am. A Notice of Hearing was sent to Ms. AMATUCCI.

4. Ms. AMATUCCI received the Court's Notice of Hearing for the trial date. She then filed numerous Motions and other documentation informing the Court there was not going to be a trial on July 31, 2019.

5. On July 24, 2019, the Honorable Melissa VETANZE responded to a Motion and informed Ms. AMATUCCI the trial remained scheduled for July 31, 2019, and if she failed to appear it could result in a bench warrant being issued.

6. On July 31, 2019, the State and its witnesses appeared before the 3rd Circuit District Division – Ossipee Court prepared for trial. Ms. AMATUCCI failed to appear.

In accordance with New Hampshire RSA 642:8 Bail Jumping, a person is guilty of an offense if, after having been released with or without bail, she knowingly fails to appear before a Court as required by the conditions of her release.

Ms. AMATUCCI was aware of the trial date, and she knowingly failed to appear before the Court.

Wherefore, I request that the Court issue a warrant and order a duly authorized Officer to take the defendant and bring him before the Court having jurisdiction.

Judy Estes
Judy Estes, Detective

Belknap County Sheriffs Department
Arrest Report

Page: 2
11/26/201

Arrest #: 18-398-AR
Call #: 18-39514
Warrant #: 18-432-WA
Incident #: 18-153-OF

| # | VICTIM(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|--|-----|------|-----|-----|-------|
| 1 | MALONEY, ROBERT<br>400 BEACH POND RD<br>WOLFEBORO NH 03894 | | M | W | 54 | NOT AVAIL | 603-569-4439 |

DOB: 06/01/1964
EMPLOYER: TOWN OF WOLFEBORO   ·
INJURIES: None
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: AMATUCCI JOSEPHINE                    Acquaintance

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 1 | NASON, JOSHUA<br>400 BEACH POND RD<br>WOLFEBORO NH 03894<br>DOB: 12/25/1993 | PARTICIPANT | M | W | 24 | NOT AVAIL | 603-569-4439 |

EMPLOYER: TOWN OF WOLFEBORO   ·

| | | | | | | | |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 2 | CHAMPAIGNE, STEVE<br>400 BEACH POND RD<br>WOLFEBORO NH 03894<br>DOB: 01/10/1969 | PARTICIPANT | M | W | 49 | NOT AVAIL | 603-569-4439 |

EMPLOYER: TOWN OF WOLFEBORO   ·

Attachments for 18-398-AR

| Description | Type |
|-------------|------|
| ROBERT MALONEY STATEMENT | PDF |
| Attachment#: 01BC75D6A91E4924B38AB98DC72B51E1 | |
| AMATUCCI MESSAGE 3 | WAV |
| Attachment#: 05F92F1AEC6B443FB5B64D8C57AF8072 | |
| ADAM TASKER REPORT | PDF |
| Attachment#: 0C53B79E69F94F6B94B3CA604BA46AAA | |
| JOSHUA NASON STATEMENT | PDF |
| Attachment#: 104B484D312F4715979EBF96123364EF | |
| WARRANT | PDF |
| Attachment#: 11E3C2257CD1412A8591F2484513FB30 | |
| AMATUCCI IMC CONTACTS | PDF |
| Attachment#: 1CBC6E322B7949BDB981FA99BC4643D5 | |
| AMATUCCI MESSAGE 2 | WAV |
| Attachment#: 1F7C3049EBA547AF91344854EF374B29 | |
| AMATUCCI MESSAGE 1 | WAV |
| Attachment#: 29AA095BF61040EC8B0E2E3250038981 | |
| STEVE CAMPAIGNE STATEMENT | PDF |
| Attachment#: 553DAA5B91FA46A0B10B0A1D9D7E6F81 | |
| LETTER ENVELOPE | PDF |
| Attachment#: 6596A0014FF7428090EAC124451E0348 | |
| ROBERT MALONEY INTERVIEW | WAV |
| Attachment#: 83FA0C6565C84D3AB88956686D0BBB93 | |
| CITATION | PDF |
| Attachment#: 848D9E240D1C4AAB8C8C4024D7193AC0 | |
| JOSHUA NASON INTERVIEW | WAV |
| Attachment#: 8ABA45B084F448B28C92D2D1B143CDA0 | |
| LETTER | PDF |
| Attachment#: BFDBEC1ED98E4630B4FB98C1B1BF5820 | |

Having reviewed the facts contained in this Affidavit, the Justice of the Peace makes a finding that probable cause ✓ exists / ~~does not exist~~ to believe that the above-named Defendant has committed the offense listed herein.

Subscribed and sworn to before me this _5th_ day of _August_, 2019

_Elizabeth W. Newell_
Justice of the Peace

Then personally appeared the above named Detective Judy Estes, and made oath that the foregoing affidavit by her subscribed is true.

Before me this _5th_ day of _August_, 2019

_Elizabeth W. Newell_
Justice of the Peace

*PAGE 3*

**Belknap County Sheriffs Department**                    **Page: 1**
NARRATIVE FOR SERGEANT WILLIAM WRIGHT

Ref: **18-398-AR**

On November 16, 2018 I called the Elaine Lowe, Clerk of Court for the 3rd Circuit District Division Court - Ossipee. I informed her of the active warrant for Josephine Amatucci and requested information about bail and arraignment date/time. I was recommended to make arrangements with Ms. Amatucci to come to the 3rd Circuit Court to be arrested, booked and bailed.

On Monday November 19, 2018 at 0928 hours, I called Ms. Amatucci to make arrangements for arrest. She answered the telephone. I introduced myself and she told me she did not want to speak to me, then hung up the phone without further discussion. I immediately called back and left a voice mail.

I called Chief Rondeau of the Wolfeboro Police Department and informed him of Ms. Amatucci's unwillingness to speak with me. He recommended to serve her with a citation/hand summons in lieu of physical arrest.

Ms. Amatucci had not called me by 1400 hours, so Detective Judy Estes and I went to Ms. Amatucci's residence. At approximately 1505 hours, we arrived at the residence. Wolfeboro Police assisted by standing by up the road. There was a blue car parked in the driveway, so I knocked on one of the front doors. There was no response from inside. After a couple minutes of me knocking and no answer, I walked to the front of the house and looked through a window. I could see a light on inside. I went back to the door and continued to knock. Detective Estes went to the front windows and knocked. I then heard what sounded like a window open and Ms. Amatucci's voice could be heard speaking loudly. I walked around the front of the house to see Detective Estes speaking with Ms. Amatucci through an open window. I began to speak and Ms. Amatucci stuck her head out of the window and looked at me. She then said she had something for me and handed Detective Estes a white envelope. Detective Estes then handed Ms. Amatucci the pink citation slip, which was already prepared for in-hand service. Ms. Amatucci took the citation, looked at it and immediately threw it outside of her window. She then shut the window. I yelled to her the court date was "January 9, 2019 at 0800 in the Ossipee District Court". I took a photograph of where she left the citation for record.

On November 20, 2018 I filed the complaints with the 3rd Circuit Court - Ossipee.

The letter Ms. Amatucci addressed to me was opened and there was a short letter with a response for Plaintiff's Request for Discovery in a 2006 Strafford County Superior Court Case 06-C-112. The letter, envelop and court document is attached to this case but does not appear to have any bearing on the issue at hand. This case is scheduled for arraignment in the 3rd Circuit District Division Court - Ossipee January 9, 2019 at 0800 hours.

251 SOUTH MAIN STREET, WOLFEBORO, NH  03894
PH #603-569-1444  FAX# 603-569-8170

**WOLFEBORO POLICE DEPARTMENT**

## UNIFORM STATEMENT FORM

Case #_____

Name: _____Joshua  Nason_____ Date of Birth _12 / 25/ 1993_

Address: _903 BeachPond Road_

Tel. # (H) ___NONE___ Tel. # (W) _(603) 569-4438_ Tel. # (C) _(603) 986-6194_

Social Security # _____ Date/Time of Offense _8/ 7/ 2018   APPX - 2.00 PM_

On the 7th of August we were in the office of the
Dump and Josaphine Amatucci walked up to the Door and
said that it make's here mad when People make a mess
out front and steve champaigne said he aggreed and
she walked away and then came ~~back~~ up Back up to
the Door Pushed Rob Maloney said excuse me then
started to Scream At Steve shampaigne saying how
he had a bad attatude

Did NOT SAY MALONEY
Down the STAIRS - NOT
Fell IN the Recording TAKEy
EVEN IN the WRIGHT.
BY SARGEANT   MAloNey Never Fell
DOWN THE STAIRS

Signature: _Joshua Nason_

Date: _8/14/2018_

Witness: _Steve Champaigne_
_Rob Maloney_

Page ____ of ____

4253

THE STATE OF NEW HAMPSHIRE

NH CIRCUIT COURT

State

v.

Josephine Amatucci                    Case No.464-2018-CR-1490

MOTION TO DISMISS

1.      Please file this document in this case which is (1) a defense to this bogus Complaint,

and (2) a document that will be used to prosecute those who are accusing me of a

crime THEY KNOW I NEVER COMMITTED, and lacks evidence of an Assault under the law.

2.      That this action by the people who have Conspired to terrorize me are not to

to get away with this abuse of power. I am going to do all I can to have them prosecuted.

This never happened in the office of the dump. A jury of my peers will see that this is

all a Conspiracy, when they hear the backgrounds of the complainants.

3.      You see your Honor, they are accusing me of violating RSA 631:2-A,1(B) which

states "RECKLESSLY CAUSES BODILY INJURY TO ANOTHER" yet if you read the Narrative

of Sergeant William Wright, he states:

        'HE DID NOT HAVE ANY INJURIES AS A RESULT OF THIS ASSAULT"

4.      No injuries, no violation of RSA 631:2-A,1(B).

5.                      CASE CLOSED............NO CASE

1

6.      Of course unless all of a sudden,  out of nowhere,  all these Conspirators come

up with a new offense against me,   where their chief reason for all this abuse is RETALIAtion

OF POLICE CHIEF DEAN RONEAU,  and thats another story.

7.      You see your honor it isn't  my fault that there is bad blood with me and the town,

it is the town that has abused me,  I didn't abuse them,   and thats where a Private Criminal

Prosecution is necessary ............TO STOP THE ABUSE.


Respectfully,

Josephine Amatucci

12/21/2018

c.    Belnap Sheriff's office, Sergeant William  Wright

*Josephine Amatucci*

Carroll County District Court

District of New Hampshire

APR 2 2 2019

OSSIPEE
DISTRICT DIVISION

State

V.

Josephine Anatucci

Case Number 464-2018-CR
01496

Motion to Dismiss - No Probable Cause

1. On December 21 2018 the Defendant Filed a "Motion to Dismiss" with this court and the response was "Argue at Trial." Judge Veterza.

2. However, a "Motion to Dismiss" is Filed to Eliminate a Trial. And there is No Argument Involved, this is Not Based on Fact this is Based on The Law.

3. I was Accused of Violating RSA 631:2-A, 1 (B) which requires Bodily Injury. And the Defendant Proved that the Alleged Victim Stated there was No Injury - Robert Maloney.

4. Therefore the Complaint Accusing me of this crime was Based on Fraud, To Maliciously Terrorize me and to Injure me. As the Evidence was Obtained by the State themselves that there was No Injury;

5. Also, the Malicious Belnap County Sheriffs Office and the Malicious Wolfeboro Town Prosecutor & Police Chief, Filed an Amended Complaint That Required the Defendant Josephine Anatucci's Signature Under the Law, However, the Defendant was Never Notified of an Amended Complaint Being Filed in the Court, she was Never Asked to Sign it, it Stated the Narrative was Unchanged, Although the Original Narrative Under RSA 631:2-A, 1 (B) There is an Injury, and Under the Amended Complaint Under RSA 631:2-A, 1 (a) there is No Injury. (Bodily)

6. Also, the state is accusing me of the same UNDER statute, under "Simple Assault" constituting a violation of the Fifth Amendment under "Double Jeopardy."

7. Double Jeopardy is charging a person twice for the same offense. The constitution is not the prohibition of being twice charged, but against so much as being twice in jeopardy, accused of after being twice in Jeopardy, accused of after an acquittal by way of an amended complaint.

8. 

9. Therefore the form to "Amend Complaint" has not been filed properly according to the rules of filing an amended complaint.

   a) The narrative is not the same under RSA 631:2-A 1 (B) and RSA:2-A 1 (a) one requires bodily injury, the other does not.

   b) The defendant was never notified that an amended complaint was ever filed in the court and which is required signature of approval which did not appear to amend the complaint.

   c) None of the boxes indicating the crime she was charged of was marked on the complaint.

   d) The amended complaint was under the same statute of SIMPLE ASSAULT which regarding a single act which constitutes a violation of the 5th Amend. Double Jeopardy.

Wherefore: There is no trial. My motion to dismiss that I filed dismissed the original claim statute on December 21, 2018, that this complaint was a conspiracy by all involved to inflict harm on me a retaliation. of which under the law they are all bound to be accounted for. There is note of violation of the 5th Amend.

4652

4651

THE NEW HAMPSHIRE DISTRICT COURT

3rd Circuit-Carroll County

State

v.

Josephine Amatucci

A MOTION TO DISMISS

MOTION TO REVERSE THE CONVICTION

BASED ON LACK OF EVIDENCE BEYOND A REASONABLE DOUBT

1.      The defendant claims that Judge Greenhalgh did not have enough evidence that I committed an Assault on Robert Maloney.   And that evidence in the files will show that the judge, the Court along with the Belnap Sheriff's  Department CONCEALED the Motion to Dismiss.   That the prosecutor Judy Estes addressed the motion to dismiss as the defendant filing DIFFERENT MOTIONS,  never stating that a  Motion to Dismiss was filed in the Court. .  And in a panapoly of interests the Court went along with the Sheriffs silence,  never mentioning any claim of a Motion to dismiss, any claim tht there was NO BODILY INJURY,   that would have dismissed the entire case immediately.   That if the Court addressed and ruled on the Motion to dismiss timely,  or at all,  there could never have been a CONVICTION.

1

# STATE OF NEW HAMPSHIRE

**CARROLL COUNTY**                              **3RD CIRCUIT - DISTRICT DIVISION - OSSIPEE COURT**

## ARREST WARRANT

*TO THE SHERIFF OF ANY COUNTY IN THIS STATE OR DEPUTY, OR ANY POLICE OFFICER WITHIN THE STATE:*

WHEREAS, the Complainant, **Sergeant William  Wright** of
Belknap County Sheriffs Department in the County of Belknap

has exhibited to me,_____*KAREN  ANN  JONES*_____
a Justice/Justice of the  Peace in the County of CARROLL,
his/her complaint upon oath against the Defendant,

**JOSEPHINE AMATUCCI, of 350 GOV WENTWORTH HWY WOLFEBORO, NH 03894,**

in the County of____*Carroll*_____
for the crime(s) of:

**631:2-A,I(B) Simple Assault; BI**

WE COMMAND YOU to take the Defendant, if found to be in your precinct,and bring him/her
before the 3RD CIRCUIT - DISTRICT DIVISION - OSSIPEE COURT

Dated the _____16ᵗʰ_____ day of ____*November*____ , __*2018*__

_____*Karen Cimm Jones*_____
Justice/Justice of the Peace      *6/15/2022*

### RETURN
STATE OF NEW HAMPSHIRE COUNTY OF CARROLL

I have arrested the defendant and now have him/her before the Court as commanded.

11/19/18
Date                              Name of Officer                    Sergeant
                                                                     Title of Officer

AOC-117-045  6/89

Date/Time Reported: 08/31/2018 1400
Report Date/Time: 09/07/2018 1454
          Status: Incident Closed By Arrest

Reporting Officer: Sergeant William Wright
Approving Officer: Chief Deputy Sheriff David Perkins

        Signature: _____
Additional Cases: 18-398-AR


        Signature: _____



| # | SUSPECT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | AMATUCCI, JOSEPHINE | | F | W | 79 | 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 | 603-569-2429 |
|   | 350 GOV WENTWORTH HWY | | | | | | |
|   | WOLFEBORO NH 03894 | | | | | | |

Military Active Duty: N
          HEIGHT: 508          WEIGHT: 187          HAIR: BLACK      EYES: BROWN
          BODY: NOT AVAIL.                COMPLEXION: NOT AVAIL.
          DOB: 09/27/1938            PLACE OF BIRTH: NOT AVAIL.
   LICENSE NUMBER: NH 09AIJ38271          ETHNICITY: NOT HISPANIC

_____[CONTACT INFORMATION]_____

              Home Phone        (Primary)      603-569-2429

_____[APPEARANCE]_____

              GLASSES WORN: NO

| # | OFFENSE(S) | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|---|
|   | LOCATION TYPE: Government/Public Building    Zone: Out of Town | | | | |
|   | 400 BEACH POND RD | | | | |
|   | WOLFEBORO NH 03894 | | | | |
| 1 | Simple Assault; BI | | N | Misdemeanor | B |
|   |      631       2-A,I(B) | | B | | |
|   | OCCURRED: 08/06/2018   1400 | | | | |
|   | WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc) | | | | |

## SUPPORTING AFFIDAVIT For REQUEST to ISSUE ARREST WARRANT

INSTRUCTIONS: A person seeking an arrest warrant shall appear personally before any justice or justice of the peace, and shall give an affidavit in the form hereinafter prescribed. The affidavit shall contain facts, information and circumstances upon which such person relies to establish probable cause for the issuance of the warrant, and the affidavit may be supplemented by oral statements under oath for the establishment of probable cause. The person issuing the warrant shall retain the affidavit and shall make notes personally of the substance of any oral statements under oath supplementing the affidavit or arrange for a transcript to be made of such oral statements.

PROBABLE CAUSE IS DEFINED AS: "An apparent state of facts found to exist upon reasonable inquiry, which would induce a reasonably intelligent and prudent [person] to believe, in a criminal case, that the accused person had committed the crime charged.

# State of New Hampshire

Carroll _____ COUNTY

3rd Circuit District Division Ossipee ___ COURT

November _____ 20 18

I, ____ Sergeant William H. Wright _____ , being duly sworn, herewith
(Name of Applicant)

make application for the issuance of an Arrest Warrant against the defendant:

Josephine Amatucci DoB: 9/27/38
(Name)

350 Governor Wentworth Highway Wolfeboro, NH 03894
(Address)

I have information that a crime or offense has been committed by the defendant as follows: (describe source, facts indicating reliability and credibility of source, and nature of information; if based on personal knowledge, so state):

See Attached Affidavit

Based upon the foregoing information, there is probable cause to believe that the defendant did commit a crime or offense as stated above.

Wherefore, I request the issuance of an arrest warrant and an order for a duly authorized officer to take the defendant and bring him/her before the court having jurisdiction.

_____
Signature of Applicant

Then personally appeared before me the above-named ___ Sergeant William H. Wright ___
(Applicant)

and made oath that the foregoing affidavit is true.

_____
Justice/Justice of the Peace
2/15/2022

And I, __ Karen Cinn Jones _____ , have personally examined the Complaint against the aforesaid defendant and any information contained in the above affidavit, and have orally examined the above applicant. Based upon such information, I conclude there ☒ is ☐ is not sufficient probable cause for the issuance of the Arrest Warrant sought. Therefore, the application is ☒ granted ☐ denied and the arrest warrant ☒ is ☐ is not issued.

Notes of Issuing Justice/JP:
(See Reverse Side)

_____
Signature of Issuing Justice/JP 2/15/2022


**Arrest #: 18-398-AR**
**Call #: 18-39514**
**Warrant #: 18-432-WA**
**Incident #: 18-153-OF**

ate/Time Reported: 11/19/2018 @ 1459
 Arrest Date/Time: 11/19/2018 @ 1515
Booking Date/Time: 11/19/2018 @ 1515



                TN #:
             Court: 3RD CIRCUIT - DISTRICT DIVISION - OSSIPEE
        Court Date: 01/09/2019 @ 0800
Reporting Officer: Sergeant William Wright
Assisting Officer: Deputy Sheriff Judy Estes
  Booking Officer: Sergeant William Wright

        Signature: _____

| DEFENDANT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| AMATUCCI, JOSEPHINE<br>350 GOV WENTWORTH HWY<br>WOLFEBORO NH 03894 | | F | W | 80 | 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 | 603-569-2429 |

litary Active Duty: N
             HEIGHT: 508        WEIGHT: 187       HAIR: BLACK      EYES: BROWN
             BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
             DOB: 09/27/1938           PLACE OF BIRTH: NOT AVAIL.
     LICENSE NUMBER: NH 09AIJ38271          ETHNICITY: NOT HISPANIC

_____[CONTACT INFORMATION]_____

          Home Phone          (Primary)     603-569-2429

_____[APPEARANCE]_____

              GLASSES WORN: NO

_____[RIGHTS/BOOKING CHECKS]_____

          FINGERPRINTED: N
          PHOTOGRAPHED: N
          SUICIDE CHECK: Not Performed
                PERSONS: State&Federal
     NCIC VEHICLE CHECK: Not Performed
          INJURY OR ILLNESS: N

| OFFENSE(S) | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| LOCATION TYPE: Government/Public Building   Zone: Out of Town<br>400 BEACH POND RD<br>WOLFEBORO NH 03894 | | | | |

L  **Simple Assault; BI**                         N          Misdemeanor   B
                    631        2-A,I(B)            B
              OCCURRED: 08/06/2018   1400
     WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc)

*Wherefore, I request the issuance of an arrest warrant and an order for a duly authorized officer to take the defendant and bring him before the court having jurisdiction.*

*Signature of Applicant*

*Then personally appeared before me the above-named Sergeant William H. Wright and made oath that the forgoing affidavit is true.*

*Justice/Justice of the Peace*
KAREN ANN JONES
Justice of the Peace New Hampshire
My Commission Expires February 15, 2022

**631:2-a Simple Assault. —**
I. A person is guilty of simple assault if he:
(a) Purposely or knowingly causes bodily injury or unprivileged physical contact to another; or

II. Simple assault is a misdemeanor unless committed in a fight entered into by mutual consent, in which case it is a violation

# *State of New Hampshire*

**Carroll County, ss**              *3rd Circuit District Division Ossipee*

*I, Sergeant William H. Wright, being duly sworn, herewith make application for the issuance of an Arrest Warrant against the defendant Josephine Amatucci DoB: 9/27/38 of 350 Governor Wentworth Highway Wolfeboro, New Hampshire:*

1.) *On August 31, 2018 Chief Deputy David M. Perkins III received a request for assistance by the Wolfeboro New Hampshire Police Department. This request was made by Wolfeboro Police Chief Dean Rondeau, involving the investigation of an assault complaint generated by a Town of Wolfeboro employee against a local resident, whom the Town had outstanding legal processes with. Chief Rondo believed the investigation would potentially pose a conflict with his department, the Town of Wolfeboro and the Carroll County Sheriff's Department.*

2.) *On September 7, 2018 I went to the Wolfeboro Solid Waste Disposal building, 400 Beach Pond Road Wolfeboro, New Hampshire to speak with the victim in this incident. Robert Maloney. Upon arrival Mr. Maloney provided me with a statement.*

3.) *Mr. Maloney stated on August 7, 2018 at approximately 2:00 p.m. he was at the Solid Waste Disposal building having a water break in the lower office. He was standing in the doorway speaking with Steven Champaigne and Joshua Nason, also employees of the Town of Wolfeboro, who were inside the office also taking a break.*

4.) *A woman known to the men approached the office and began to complain about a mess being created by a patron. The woman was identified as Josephine Amatucci. She was informed the situation had been addressed with the patrons. Ms. Amatucci walked away from the office area.*

5.) *After a few minutes, Ms. Amatucci came back to the office, pushed Mr. Maloney in the upper arm/shoulder area, with her hands, which caused him to lose his balance and fall into the sunken office. She then proceeded to yell at Mr. Champaigne about his attitude with her. She then left the office in haste.*

6.) *Mr. Maloney indicated Ms. Amatucci was not licensed or privileged to have physical contact with him. Further, he stated Ms. Amatucci had no legitimate reason for the physical contact with him.*

7.) *All three employees submitted to separate statements indicating the same information.*

*Based on the foregoing information, there is probable cause to believe that the defendant did commit the offense Simple Assault as stated above.*

NEVER PUSHES OR TOUCHES MALONEY, AND ASSUME HE WAS IN THE WALKWAY DOORWAY HE STATES AND ASSUMING I WAS TRYING TO GET INTO THE OFFICE IF I HAVE PUSH HIM TO HAVE BROKE AS I FALL IF IN THE OFFICE ONE ARM, WHY ASSUME I WASN'T COMING HE IN ANOTHER TIME, IF HE WAS BLOCKING THE DOORWAY I PUSHED HIS ARM HE MOVE HE NOT BE IN BALANCE, A 80 LBS, FROM AN 80 YEAR PERSON UNLESS I PUSHED W. 9 FROM THE BACK. I NEVER TOUCHED ROBERT MALONEY HE WAS NEVER STANDING IN THE DOORWAY, HE IS NOT CREDIBLE

On August 31, 2018 Chief Deputy David M. Perkins III came into my office and informed me of a conversation he had with the Wolfeboro Police Department. He told me Wolfeboro Police Chief Dean Rondeau was asking for the Belknap County Sheriff's Department to assume an investigation involving an assault with a town employee and a local woman. He told me he would forward the paperwork once received, asked for me to review it and then make a decision if it was a criminal matter.

I was later given (4) statements (3) of which were on Wolfeboro Police Department Uniform Statement Forms and (1) was just a typed letter. I reviewed the statements and found the following:

Robert Maloney
DoB: 6/1/64
Wolfeboro Town Employee

was working on August 7, 2018 at approximately 2 p.m. He was approached by a woman named Josephine Amatucci, who came into the office at the dump and pushed him down 2 stairs. She then proceeded to yell at Steve Champaigne, who is later identified as the Department Supervisor.

Statements received from:

Steve Champaigne
DoB: 1/10/69
Wolfeboro Town Employee

and

Joshua Nason
DoB: 12/25/93
Wolfeboro Town Employee

indicated similar information. The fourth statement was from:

Adam Tasker
Superintendent of Solid Waste
Wolfeboro Town Employee

was reporting what was reported to him about the incident. His involvement is not relevant to this case, although the information will be included.

After a review of the statements, I determined them to be sufficient for case introduction but there would need to be additional information gathered in order to be submitted as a prosecutable criminal case. I called Chief Rondeau of the Wolfeboro Police Department to discuss the matter. I subsequently left a message for him to call me back. We continued to miss each other and returned each others telephone calls. I was able to speak directly to Chief Rondeau on September 4, 2018 at approximately 1219 hours. Chief Rondeau informed me he wanted the Belknap County Sheriff's Department to perform a criminal investigation into this matter. If found to be a criminal matter, his agency prosecutor would take care of the prosecutorial process. He further told me, his department was involved in a lawsuit of some sort with the suspect in this case, along with the Town of Wolfeboro and Carroll County Sheriff's Department. He said it was best handled by a neutral outside agency.

Ref: **18-153-OF**

On October 2, 2018 I received a telephone call from Chief Rondeau. He informed me he was made aware by his prosecutor, I had sent the paperwork to him for review. He said he would recommend sending Ms. Amatucci a must appear citation and avoid an actual physical custody arrest and processing. He stated it would be to the best interest in all parties to handle this case as least intrusive as possible, as previous contacts with Ms. Amatucci have caused hostility. He indicated Ms. Amatucci has always shown up at court accordingly and does not believe she would need to be bailed traditionally. He further told me the Ossipee Court allows for hand summons to be issued on Class B Misdemeanor cases.

As a result of the conversation and direction of Chief Rondeau, I will be sending Ms. Amatucci the court complaint via certified receipt mail through the US Postal Service, rather than following through with a tradition warrant arrest process. November 1, 2018 court date will be given.

The Belknap County Sheriff's Department was also asked by the Wolfeboro Police Department to prosecute this case accordingly.

On September 25, 2018 at approximately 1300 hours, I went to the Wolfeboro Solid Waste Facility, 400 Beach Pond Road Wolfeboro, NH to speak with employee and witness:

Steven Champaigne

Upon arrival we met in the upper building office. I explained who I was and  why I was there to take a statement/interview him. He informed me he understood. We began the taped statement shortly thereafter. During the interview Mr. Champaigne informed me he was an employee of the Town of Wolfeboro. He has known Josephine Amatucci for approximately 10 years, from her contact with him at the Solid Waste Facility. He stated he was familiar with Robert Maloney's family having legal issues with Ms. Amatucci but nothing directly with Mr. Maloney. He told me on  August 7, 2018 at approximately 2 p.m., he and two other employees were taking a water break in the lower building office.  He said Robert Maloney was standing in the doorway of the office. Ms. Amatucci made a comment to Mr. Champaigne as she walked by about some patrons making a mess.  He responded back to her indicating the issue had been addressed. Ms. Amatucci returned a couple minutes later and pushed Robert Maloney out of the doorway and began yelling at Mr. Champaigne. He said Robert Maloney was knocked off balance and slid down the two steps into the office. He said Ms. Amatucci then left the office area.

He indicated there was no legitimate reason for Ms. Amatucci to touch Mr. Maloney. Further, he said they were hopeful she would be barred from the solid waste facility to avoid future issues. I concluded the statement after speaking with Mr. Champaigne for a few minutes.

Based on the information received from the witnesses and victim in this case, there is probable cause to believe on August 7, 2018 at approximately 1400 hours, Josephine Amatucci did have unprivileged physical contact to another, to wit, Robert Maloney, without being licensed or privileged to do so. I will be drafting a warrant and complaint for her arrest. She refused to speak with me about the incident, to give her recollection of the event.

September 28, 2018 warrants were drafted and approved by Sheriff Moyer and Prosecutor Timothy Morgan. Case will be submitted to Prosecutor Morgan once supplemental narrative is approved and an arrest is made.

*As she.walked By*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
NH CIRCUIT COURT

3rd Circuit – District Division – Ossipee
96 Water Village Rd., Box 2
Ossipee NH  03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF HEARING

**JOSEPHINE AMATUCCI**
**PO BOX 272**
**WOLFEBORO FALLS NH  03896**

Case Name:      **State v. Josephine Amatucci**
Case Number:    **464-2018-CR-01490**

The above referenced case(s) has/have been scheduled for:
**Arraignment on Complaint**

| Charge ID | Statute | Description |
|---|---|---|
| 1564240C | 631:2-A,I(A) | Simple Assault; Physical Contact or Bl |

CONTINUED FROM 1/9/19
**Date: February 06, 2019**      **96 Water Village Rd., Box 2**
**Time: 8:00 AM**                **Ossipee NH  03864**

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so.  Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted. **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing.  Multiple cases are scheduled at this time. Please notify the court 15 days prior to the hearing date above if the hearing is expected to last longer than 30 minutes.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court.  This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division.  With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.

A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury.  The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

January 18, 2019

Elaine J. Lowe
Clerk of Court

C:   Belknap County Sheriff

NHJB-2016-D (11/30/2012)



251 SOUTH MAIN STREET, WOLFEBORO, NH 03894
PH #603-569-1444 FAX# 603-569-8170

**WOLFEBORO POLICE DEPARTMENT**

## UNIFORM STATEMENT FORM

Case # _____

Name: Steve Champagne                Date of Birth 1/10/69

Address: 112 Forest Road

Tel. # (H) _____ Tel. # (W) 569-4439 Tel. # (C) 581-4691

Social Security # _____ Date/Time of Offense 2 PM August 7$^{TL}$

people were making a mess on the
front walkway, We were taking a
quick water break, Sophifin Came
into the office, and said you know
that they are making a mess out there,
and I said I agree, I had already
took care of it. Then Showing up
Rob Maloney out of the way, He Slipped
on 2 steps, Telling me I had a bad
Attidude every time she came here,
Then, walked away, I said accuse-
Me,

Thanks

S. Champagne

WOULD HAVE
HAVE CHAMPAIGNE
had he was so
cause
ok

Signature: Steve Champagne         Witness: Rob Maloney  Josh Nason

Date: 8/29/18                      Page ___ of ___



251 SOUTH MAIN STREET, WOLFEBORO, NH 03894
PH #603-569-1444 FAX# 603-569-8170

**WOLFEBORO POLICE DEPARTMENT**

## UNIFORM STATEMENT FORM

Case # _____

Name: Robert Maloney          Date of Birth 06/01/1964

Address: 188 Stoneham Rd

Tel. # (H) 569 6272   Tel. # (W) 569 4438   Tel. # (C) 387 8118

Social Security # _____   Date/Time of Offense 8/7/18 Appx 2ᴾ

ON Aug 7 Appx 2ᴾ Josaphine Amatucci
Come Storming into the office at The
Dump. Said excuse me As She pushed
me down 2 Stairs. And proceeded To
Scream At Steve Champargne saying Steve
Always has a bad Attitude when She
Comes Here. And Then dumped Light
Bulbs And Batteries in The Tin can
Bin. The Facility is mandatory Separatia

Signature: _____

Date: 8/4/18

Witness: Steve Champargne
         Josh Nasm

Page ____ of ____



**View the 2018 New Hampshire Revised Statutes** | View Previous Versions of the New Hampshire Revised Statutes

# 2010 New Hampshire Statutes
# TITLE LXII CRIMINAL CODE
# CHAPTER 631 ASSAULT AND RELATED OFFENSES
# Section 631:2-a Simple Assault.

**Universal Citation:** NH Rev Stat § 631:2-a (1996 through Reg Sess)

**631:2-a Simple Assault.** –

I. A person is guilty of simple assault if he:

(a) Purposely or knowingly causes bodily injury or unprivileged physical contact to another; or

(b) Recklessly causes bodily injury to another; or

(c) Negligently causes bodily injury to another by means of a deadly weapon.

II. Simple assault is a misdemeanor unless committed in a fight entered into by mutual consent, in which case it is a violation.

**Source.** 1979, 126:3, eff. Aug. 4, 1979.

**Disclaimer:** These codes may not be the most recent version. New Hampshire may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

OSSIPEE
DISTRICT DIVISION

# IN THE DISTRICT COURT OF NEW HAMPSHIRE

## 3RD CIRCUIT

State

v.

Josephine Amatucci                    Case No. 464-2018-CR-01490

### A NOTICE OF A MOTION FOR A HEARING

1.      The defendant was just advised that the Court cannot discuss the

issue of her Motion to Dismiss without the defendant asking for a hearing.

That the judge could only consider the motion before a trial when a hearing is

requested on the subject.

2.      Therefore the defendant is requesting a hearing to determine that the

defendants have no probable cause to have commenced a prosecution for her

for an Assault under RSA 631:2-A 1 (B)  which requires bodily injury.   And

regarding the Amended prosecution under RSA 631:2-A 1 (A).  Where the

Complaint Narrative remains unchanged addresses  double jeopardy and that

any jury would find that witness Robert Maloney has shown he is not

credible,   especially when he stated to the Belnap Sheriff .....HE DID NOT KNOW ME.

3.       Also to be cleared by the Court is  that  Sheriff stated that the statements from

on his mother. Neighbors from hell. That the prosecution by the Sheriff's Dept.

with the evidence before them, was a denial of my Constitutional rights of my Liberty.

4.      Therefore, this case has been transferred to the Federal Court under the

LAW OF THE LAND. For a violation of my civil rights in an unawful prosecution. Where

State rights have no meaning when federal rights are concerned.

5.      That the Belnap Sheriff has no probable cause to prosecute her and had no

immunity when they violated her Federal Constitutional rights by prosecuting her for

a crime THEY KNEW from the evidence that there was NO INJURY, and therefore they

have NO IMMUNITY. This is not a State case this is a Federal case.

6.      Therefore, this judge Greenhalgh will be guilty of warring against the

Constitution if he violates my rights any further, my constitutional rights by trying to

abuse me and ignoring my Motion to Dismiss, the facts and the law.

7.      There wil be no trial in the State court on this case. The local court has lost

jurisdiction from the transfer of the case by the defendant Josephine Amatucci.


Josephine Amatucci

July 10, 2019

c.  Belnap Sheriff's Office and police chief Rondeau, the Wolfeboro Police Dept.

AND UNITED STATES DISTRICT COURT

Josephine Amatucci

7/24/19 Defendant may find address jurisdiction at trial arguments on 7/3/19

MELISSA C. VETANZE

2

4485

RECEIVED

THE STATE OF NEW HAMPSHIRE

JUL 1 2 2019

3RD CIRCUIT

OSSIPEE
DISTRICT DIVISION

State

v.

Josephine Amatucci                                    Docket 464-2018-CR-01490

## THIS COURT HAS NO JURISDICTION

1.      As the Plaintiff advised this Court she has moved this case to the Federal
court to be addressed under the Federal Constitution, under my Civil Rights,
for my unlawful seizure by police chief Dean Rondeau and the Belnap Sheriff's
Department, and et al.

2.      Therefore, this Court has no jurisdiction in this case. No jurisdiction to
tell me to appear for a state court trial,    as this case is based on my violation of my
Civil Rights, a violation of the Fourth Amendment and Fourteenth and Sixth
amendment.

3.      This court refused to address my Motion to Dismiss,  which would dismiss
the case entirely, based on her unlawful prosecution under the Assault Statute
which includes an injury.   Where exculpatory evidence shows there was NO INJURY.
And besides, guess what, she never touched Robert Maloney.  Who has shown he
is not a Credible witness with his lies one of which in stating he didn't know me when
the truth is he lived next door to me for years, and I have an active restraining order

1