FROM: JOSEPHINE AMAIUCCI
P.O. BOX 272
WOLFEBORO FALLS, N.H. 03896

UNITED STATES
DISTRICT OF
OFFICE OF
55 PLEASAN
ROOM 110
CONCORD,