From: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

United States D[istrict]
District of New [Hampshire]
Office of the C[lerk]
55 Pleasant [Street]
Room 110
Concord, N.[H.]