FILED - USDC-NH
2020 JUL 8 AM 10:16

Do Not Return

This is a <u>New</u> Cause of Action