From: JOSEPHINE AMATUCCI
P. O. Box 242
Wolfeboro Falls, N.H. 03896

United
Distri
Offi
55
R
C