5139

FILED - USDC-NH
2020 AUG 24 PM 1:45

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Attorney Daniel J. Mullen

Case No. 1:18-mc-00038-JL                    JURY TRIAL DEMANDED

NEW CAUSE OF ACTION UNDER "PERSONAL INJURY LAW"

A THREE YEAR STATUTE OF LIMITATIONS

1.      It appears that Judge Laplante does not want to consider this case as a

NEW CAUSE OF ACTION, besides the judge must consider that the statute of

limitations for fraud, deceit and or intentional fraudulent misrepresentation has

a three year statute of limitations.  Mullen committed these offenses against the

Plaintiff in 2018 at the hearing for cross summary judgements, therefore this claim

is well within the statute of limitation for a PERSONAL INJURY CLAIM, that is

PERSONALLY accusing Mullen of causing the Plaintiff mental anguish, causing her

to lose her claim for damages for an unlawful arrest detainment, and prosecution for

speeding, when he knew he was not telling the truth to the judge, denying that she

was NEVER arrested for speeding, which convinced the judge and in doing so he

dismissed her claim of a malicious prosecution based on Mullen's fraud that she was

1

never arrested for speeding.

2.     This is indeed a new cause of action under a "PERSONAL INJURY LAW" against Mullen personally, which has a 3 year statute of limtiations to file against MULLEN, personally, not in his official manner..

3.      Also, there is no limitation to file a claim as presented in this case under Rule 60 especially when the disobeying a police officer claim has been "satisfied"  under Rule 60, where there is no limitations, and under the Speedy Trial Clause, and where Judge Laplante had no jurisidiction to rule on the charge of Disobeying a Police Officer, and no jurisdiction to allow Mullen's summary judgment based entirely on that charge,

4.     The Plaintiff"S NEW CAUSE OF ACTION as filed, is under a PERSONAL INJURY CLAIM against Attorney Daniel Mullen personally and Ransmeier officially.

5.     The case is also under a fraudulent misrepresentation claim, based on the fact that Mullen stated to Judge Laplante that she was never arrested for speeding.  Which violated her Fourth Amendment Malicious Prosecution claim, when she proved Mullen was PERSONALLY misrepresenting the truth at the summary judgment hearing.

6.     A Personal injury law for lack of jurisdiction for judge Laplante to allow Attorney Mullen's summary judgment which was based entirely on the charge of disobeying a police officer, when there was no charge for disobeying a police officer at the time, as the charge was dismissed under the Sixth Amendment of the Speedy Trial Act.

7.      Therefore, Judge Laplante is mandated to reverse the summary judgment he allowed to Mullen's summary judgment motion, based on the disobeying a police officer charge .......WHICH WAS AUTOMATICALLY DISMISSED UNDER THE SPEEDY TRIAL CLAUSE.  WHICH WAS VOID OF NO LEGAL FORCE, UNDER THE SIXTH AMENDMENT.

8.  Therefore unless Mullen and the Judge allow the Plaintiff the right to damages by a jury of her peers, she is suing Mullen personally for $500,000. of which she is due for his violations of her civil rights, when he extorted her damages money under fraud. Under a charge that was dismissed and VOID OF NO LEGAL FORCE.

9.  That her claims are under a PERSONAL INJURY LAW, a fraudulent misrepresentation law, when Mullen denied she was arrested for speeding, and a violation of the Sixth Amendment, Speedy Trial Clause, besides a Monell claim.

10. See Patch v. Arsenault, 139 N.H. 313, 319, 653 a.2d a079, 1083-84 (1995);  Gray v. N.H. Banks 138 N.H. 279, 283, 640 A.2d 276, 279, (1994);  Proctor v. Bank of N.H. 123 N.H. 395

399, 464 A.2d 263, 265 (1983).

Respectfully,

Josephine Amatucci

August 21, 2020

c.  Attorney Daniel Mullen

*Josephine Amatucci* (signature)

From: Josephine Amavice
P.O. Box 242
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant Street
Room 110
Concord, N.H. 03301-3941

MANCHESTER NH 030
24 AUG 2020 PM 1 L

03301-394135