RECEIVED - USDC -NH
2020 OCT 1 AM10:29

# AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

v.

District Court No. [illegible]
Appeal No.
Sept. 29, 2020

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: Josephine Amatucci | Date: September |

My issues on appeal are: A Fourth Amendment Maliscious Prosecut claim under U.S.D. 1983 for damages
A Fourth Amendment Maliscious Prosecut claim under 1983 for damages
A Monell claim under 1983 for damages

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source: Social Security 1528.10; Rent ~~350.00~~ | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ | $ |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property (such as rental income) | $ 350. | $ | $ 350. | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ ~~[illegible]~~ | $ | $ 1,511.00 | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ 0 | $ | $ |
| Unemployment payments | $ N/A | $ | $ 1861. | $ |

$1861.00

See Papers Attached

| | | |
|---|---|---|
| **Installment payments** | | |
| **Motor vehicle:** | **$** | **$** |
| **Credit card (name):** | **$** | **$** |
| **Department store (name):** | **$** | **$** |
| **Other:** | **$** | **$** |
| **Alimony, maintenance, and support paid to others** | **$** | **$** |
| **Regular expenses for operation of business, profession, or farm (attach detailed statement)** | **$** | **$** |
| **Other (specify):** | **$** | **$** |
| **Total monthly expenses:** | **$** 0 | **$** 0 |

**9.** ***Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?***

**[ ] Yes [X] No If yes, describe on an attached sheet.**

**10.** ***Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?***

**[ ] Yes [X] No If yes, how much?** ____________

**11.** ***Provide any other information that will help explain why you cannot pay the docket fees for your appeal.***

READ MY EXPENSES

**12.** ***State the city and state of your legal residence:*** WOLFEBORO, NEW HAMPSHIRE

***Your daytime phone number:*** ( ) 603-569-2429

***Your age:*** 82 ***Your years of schooling:*** 3 YEARS COLLEGE

***Last four digits of your social-security number:*** 3410

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ UNKNOWN | (Value) $ | (Value) $ |
| Make and year: 2012 NISSAN VERSA | | |
| Model: NISSAN VERSA | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| N/A | N/A | N/A |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [ ] No<br>Is property insurance included? [ ] Yes [ ] No | $ Reverse Mort. | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ 100.00 | $ |
| Food | $ 100.00 | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ 250.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renters: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |

See Attached

| | | | | |
|---|---|---|---|---|
| ... (such as welfare) | $ 0 | $ / | $ / | $ / |
| Other (specify): | $ 0 | $ / | $ / | $ / |
| Total monthly income: | $0 0 | $0 / | $0 / | $0 / |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ |
| | | | $ N/A |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $__________

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ |
| | | $ | $ N/A |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ |
| | | Make and year: N/A |
| | | Model: |
| | | Registration #: |

JOSEPHINE AMATUCCI

2204

INCOME

Social Security 1,514.00
~~Boarder~~ ~~350.00~~ LEFT

**BILLS**

| | | **MONTHLY** |
|---|---|---|
| 1. | ~~REAL ESTATE~~ | ~~82.00~~ |
| 2. | AARP-UNITED HEALTH INSURANCE | 174.50 |
| 3. | LIBERTY MUTUAL HOUSE INSURANCE AND CAR INSURANCE HART FORD | HOUSE 99.50 ~~CAR 90.00~~ CAR 73.52 181.11 |
| 4. | PRESCRIPTION DRUG | 32.60 |
| 5. | Metrocast ATLANTIC BROADBAND | 184.63 |
| 6. | Fuel (heating) CARDINAL & GLIDDEN | 250.00 |
| 7. | Santander (Car Payment) | 278.83 |
| 8. | Lawrence Sumski (Bankrupcy) | 500.00 |
| 9. | Electric (Town) | 50.00 |
| 10. | Food | 200.00 |
| 11. | Gas for car | 100.00 |
| 12. | Clothing | 50.00 |

Social Sec.
1525.

TOTAL 2,084.66

TOTAL INCOME ~~1,817.00~~

At end of month I borrow the balance from my church. And it goes on and on.

# Social Security Administration

Date: August 13, 2020
BNC#: 20BC660C56629
REF: A ,DI

# 000000506 I=000000 0813 BEVE 96S
5041 MB 0.436
JOSEPHINE S AMATUCCI
P O BOX 272
WOLFEBORO FALLS NH 03896-0272

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2019, the full monthly Social Security benefit before any deductions is $ 1673.50.

We deduct $144.60 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 1528.00. (We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

**Date of Birth Information**

The date of birth shown on our records is September 27, 1938.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

0.350 oz 516/48-C01-0/3713115 0000506 0001017 I=000000

AARP

**Payment Coupon**

Membership Number
314676183-1

Payment is due on or before the due date.

Due Date
01-01-2015

Amount Due
$174.50

Insured Member 1
JOSEPHINE S AMATUCCI

Member 1 Coverages
B

Insured Member 2

Member 2 Coverages

314676183117450010115091414465 2

If you make a payment of $2070.00 by January 31 for the full year, you'll save $24! Call if you have any questions: 1-800-523-5800.

PO BOX 660291
DALLAS TX 75266-0291

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO UNITEDHEALTHCARE INSURANCE COMPANY.
PLEASE DO NOT FOLD, STAPLE, OR TAPE COUPON AND CHECK WITH YOUR RETURN.
PLEASE USE THE ENVELOPE PROVIDED TO RETURN COUPON AND PAYMENT.

·006262·

LIBERTY MUTUAL INSURANCE
PO BOX 6829
SCRANTON, PA 18505

PLEASE READ: Payments or documents sent to the address above will not be processed

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Your Bill is Past Due.

We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

**Josephine, thank you for being our valued customer since 2017!**

## THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020

### INSURANCE INFORMATION

| | |
|---|---|
| **Policy Number:** | H37 2'8 ;17400 70 |
| **Policy Period:** | May 07, 2019 - May 07, 2020 |
| **Bill Frequency:** | Monthly |
| **Property Insured:** | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| | |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Please Pay Total Amount Due by April 26, 2020 $128.27**

### QUESTIONS

**Questions Regarding Your Policy or Bill?**

1 800-225 8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1 800-2CLAIMS (1-800 225 2467)

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

PAYMENT COUPON

Please send all payments in the envelope provided.

JOSEPHINE AMATUCCI

Due Date: April 26, 2020



AARP
Auto & Home Insurance Program from
THE HARTFORD

# Automobile Insurance Bill

Hartford Fire Insurance Company
MB 01 004976 99827 B 16 C

AMATUCCI JOSEPHINE
P O BOX 272
WOLFEBORO FALLS, NH 03896-0272

| | |
|---|---|
| Statement Date | 06/23/2 |
| Bill Account Number | 9040818 |
| Policy Term | 05/13/20-05/13/2 |
| Policy Number | 55 PHG28461 |

| DUE DATE | MINIMUM DUE | CURRENT BALANCE |
|---|---|---|
| 07/13/20 | $74.84 | $889.40 |

**How to pay your bill:**

**Online:** www.thehartford.com/myaccount

**Phone (24/7):** 1-800-423-6789

**Mail:** Mail your check with the attached Payment Stu

## IMPORTANT INFORMATION

- Thank you for your business. Please refer to the back of the bill for additional information.
- If we receive the minimum amount due by the due date, you will avoid a $12.00 late payment fee.

## INSTALLMENT SCHEDULE

**If you pay the minimum amount due, then your remaining installment schedule will be as follows:**

| Bill Date | Due Date | Amount |
|---|---|---|
| 06/23/20 | 07/13/20 | $74.84* |
| 07/23/20 | 08/12/20 | $106.82* |
| 08/23/20 | 09/12/20 | $106.82* |
| 09/23/20 | 10/13/20 | $106.82* |
| 10/23/20 | 11/12/20 | $106.82* |
| 11/23/20 | 12/13/20 | $106.82* |
| 12/23/20 | 01/12/21 | $106.82* |
| 01/23/21 | 02/12/21 | $106.82* |
| 02/23/21 | 03/15/21 | $106.82* |

* Includes a $5.00 installment fee.

Please write your policy number on your check. If you are paying multiple policies, please send in corresponding payment stubs.

Make check payable & mail to:
**The Hartford**

Policy Number: 55 PHG 284613

Amount Enclosed $ ____________

| Payment Due Date | 07/13/20 |
|---|---|
| **Current Balance** | **Minimum Due** |
| $889.40 | $74.84 |

The Hartford
P O Box 660912
Dallas, TX 75266-0912

AMATUCCI JOSEPHINE
P O BOX 272
WOLFEBORO FALLS, NH 03896

# HERE ARE YOUR INSURANCE ID CARDS.

## STATE OF NEW HAMPSHIRE LIABILITY INSURANCE IDENTIFICATION CARD

INSURED: **Josephine&Josephine Amatucci**
350 Governor Wentworth Hwy
Wolfeboro, NH 03894-4635

POLICY NUMBER: 55PHG284613

EFFECTIVE DATE: 05/13/2020, 12:01AM

EXPIRATION DATE: 05/13/2021, 12:01AM

YEAR/MAKE/MODEL: 2012 Nissa Versa S SL

VIN: 3N1BC1CP5CL380509

HARTFORD INSURER: Hartford Fire Insurance Company
One Hartford Plaza
Hartford, CT 06155

**KEEP THIS CARD IN YOUR VEHICLE AT ALL TIMES.** Not valid for more than one year from the effective date. Coverage meets minimum liability required by law.

Cut along dotted lines ▲

IMPORTANT:
**REVIEW THESE CARDS CAREFULLY.**

Compare the information here to your vehicle's registration. If it does not agree, contact your Hartford insurance representative immediately so that we can make the corrections.

If these are renewal cards, put them in a safe place until they take effect. Destroy the old cards only after the Effective Date shown on these new ones.

**See important information on the reverse.** ▶

AARP | MedicareRx Plans
insured through UnitedHealthcare

Hot Springs, AR 71903-3367

Action Required

125PARTD_BILLINGINCOLOR0001005-08604-01
JOSEPHINE S AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Questions?
We're here to help.
Toll-Free 1-866-460-8854, TTY 711
8 a.m. - 8 p.m. local time, 7 days a week

## Your June 2018 statement.

| **Member ID:** | **0173542561** |
|---|---|
| Previous balance | $ 79.60 |
| Payments received | $ 0.00 |
| Current charges | $ 39.80 |
| **Total due** | **$119.40** |
| Due in full by | June 1, 2018 |

See details about your current charges on the back of this page.

### You have a past due balance.

Please call Customer Service to pay your past due balance today. If we don't receive payment soon, you may be disenrolled from the plan.

### About your payment.

Your payment can take up to 10 days to post to your account. If we received it after May 4, 2018, you'll see it on your next statement.

### It's easy to set up automatic payments.

Use the form on the next page to sign up for Electronic Funds Transfe (EFT) and have your monthly payments automatically deducted from your bank account.

or

Call Customer Service to have your monthly payments automatically deducted from your Social Security o Railroad Retirement board check.

or

Call Customer Service to have your monthly payments automatically charged to your credit card.

You can stop automatic deductions at anytime — keeping you in control of your money.*

### Access your account online.

Make a payment, view claims and plan details. Sign up to get plan information delivered online.

**www.MyAARPMedicare.com**

## Statement of Service

Page 1 of 3

Billing Date: November 6, 2017

Account Number: 8252 16 019 0036339

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-3251
8252 1800 WM RP 06 11072017 NNNNNYNN 01 009176 0029

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

How to reach us ....
Office hrs M-F 8:00am-5:00pm
Sat 8am-4:30pm www.MetroCast.com
Phone hrs 24/7 1-800-852-1001

For Service At...
350 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4635

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $25.00 collection effort charge or disconnection of service. If payment was made after the billing date, please disregard this message. Thank you.

Please see reverse side for account details.

| | |
|---|---|
| Previous Balance | $ 364.79 |
| Payment(s) | -186.63 |
| Monthly Charge(s) | 167.91 |
| Other Charge(s) | 6.00 |
| Taxes & Fee(s) | 8.26 |
| Balance Due | $ 362.88 |
| Payment Due Date | Upon Receipt |

184.63



Santander
CONSUMER USA

## ACCOUNT INFORMATION

| | |
|---|---|
| Account Number | 4628746 |
| Account Status | Past Due |
| Statement Date | 04/20/2015 |
| Payment Due Date | 04/08/2015 |
| Payment Amount | $278.83 |
| Payments Made | 5 |
| Maturity Date | 10/08/2020 |
| Past Due Amount | $267.66 |
| Principal | $14,514.39 |
| Accrued Interest | $39.72 |
| Unpaid Fees & Charges | $20.00 |
| Estimated Payoff* | $14,574.11 |

192066

JOSEPHINE AMATUCCI
PO BOX B 272
WOLFEBORO FALLS, NH 03896

TOTAL AMOUNT DUE
**$566.49**

*Balance including principal, accrued interest, and unpaid fees and charges as of the Statement Date.

## ACCOUNT ALERTS & IMPORTANT MESSAGES

**Your account is 11 days delinquent.**
**No valid work phone number, please update online.**

## ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Description | Date | Amount |
|---|---|---|
| Payment Made | 04/11/2015 | $-278.83 |
| Late Fee Assessed | 03/24/2015 | $10.00 |

**Pay Online at MyAccount.SantanderConsumerUSA.com.**

**Pay by Phone at 1-888-222-4227.**

**MoneyGram or Western Union.**

*See reverse for additional payment options.*

Questions? Go to **MyAccount.SantanderConsumerUSA.com** or call Toll-Free **1-888-222-4227.**

## SPECIAL OFFERS

Car Loan

LAWRENCE P. SUMSKI
CHAPTER 13 BANKRUPTCY TRUSTEE
1000 Elm Street, Suite 1002
Manchester, NH 03101

Nationwide - Perkins
Dear Jade Howard
469-549-3142
Karen

Call her

April 4, 2016

Josephine Amatucci
POB 272
Wolfeboro Falls, NH 03896

RE: Chapter 13 #15-11858-BAH

Dear Ms. Amatucci:

We do not process Plan payments at our office. Checks need to be sent to our Lock Box in Memphis, Tennessee. I am therefore returning your check #23582063316 in the amount of $299.00 dated April 2, 2016.

Per No. per 5 years

Please send all Plan payments to the following address:

Lawrence P. Sumski
Chapter 13 Trustee
PO Box 839
Memphis, TN 38101-0839

Taxes

**PLEASE include your case number!**

The address for correspondence only is:

Lawrence P. Sumski
Chapter 13 Trustee
1000 Elm Street, Suite 1002
Manchester, NH 03101

Please call if you have any question regarding this.

Yours truly,

/s/ Lawrence P. Sumski

Lawrence P. Sumski

LPS:kc

Telephone [illegible]

*Town of Wolfeboro*

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

| BILLING DATE | 11/28/17 | ACCOUNT NUMBER |
|---|---|---|
| DUE DATE | 12/27/17 | 09-0449.002 |
| TOTAL AMOUNT DUE | | $10,409.94 |

**AMOUNT REMITTED $ ____________**

Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE. ☐

Please return this portion with your payment and make checks payable to:

287 1 SP 0.460 E0287X I0324 D3073818705 S2 P4858087 0001:0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

| MUNICIPAL ELECTRIC DEPARTMENT 84 SOUTH MAIN STREET P.O. BOX 777 WOLFEBORO, NH 03894-0777 603-569-8150 603-569-8183 | ACCT NO. | 09-0449.002 | PROPERTY OWNER | JOSEPHINE AMATUCCI |
|---|---|---|---|---|
| | NEXT READ | 12/21/17 | SERVICE LOCATION | 350 GOV WENTWORTH HWY |
| | BILLING DATE | 11/28/17 | RATE | DOMESTIC ALL YR DA |

| METER NUMBER(S) | PREVIOUS | | | PRESENT | | | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| | DATE | READING | READ CODE | DATE | READING | READ CODE | | |
| 3320 | 10/23/17 | 9853 | ACT | 11/28/17 | 2465 | ACT | 1 | 2612 |

| | |
|---|---|
| PREVIOUS BALANCE | $10,093.54 |
| PAYMENTS AS OF 11/28/17 | $50.00CR |
| BALANCE FORWARD | $10,043.54 |
| CUSTOMER CHARGE | $5.55 |
| DISTRIBUTION 2612 KWH @ .035200 | $91.94 |
| GENERATION 2612 KWH @ .102400 | $267.47 |
| STATE OF NEW HAMPSHIRE CONSUMPTION TAX | $1.44 |
| TOTAL AMOUNT DUE | $10,409.94 |

2ND INSTALLMENT: $ 494.
TOTAL PAYMENTS: $ 0.

AMOUNT DUE BY $ 966.
DEC 19, 2017

Property Location: 350 GOV WENTWORTH HWY

AMATUCCI, JOSEPHINE
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 629
Wolfeboro, NH 03894-0629

PLEASE DETACH AND RETURN ABOVE PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO THE TOWN OF WOLFEBORO.

Town of Wolfeboro

REAL ESTATE TAX BILL
84 SOUTH MAIN STREET P.O. BOX 629
WOLFEBORO, NH 03894-0629

OFFICE HOURS
MONDAY - FRIDAY : 8:00AM - 4:00PM
TELEPHONE (603) 569-3902
email : taxcollector@wolfeboronh.us

PROPERTY OWNER(S):
AMATUCCI, JOSEPHINE

MAILING ADDRESS:
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

TAX YEAR: 2017
ACCOUNT NUMBER: 10-3996.701
TAX MAP/LOT NUMBER: 151--21
PROPERTY LOCATION: 350 GOV WENTWORTH HWY

| | TAX RATES | TOTAL VALUATION | AMOUNT | ASSESSMENT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|---|---|
| MUNICIPAL | 5.760 | $64,500 | $371.00 | BUILDING VALUE | $70,000 | GROSS TAX | $966.00 |
| SCHOOL - LOCAL | 5.550 | $64,500 | $357.00 | LAND VALUE | $84,500 | CREDITS | |
| SCHOOL - STATE | 2.280 | $64,500 | $147.00 | TOTAL VALUE | $154,500 | NET TAX | $966.00 |
| COUNTY | 1.390 | $64,500 | $89.00 | EXEMPTIONS | | FIRST BILL | $472.00 |
| | | | | | | SECOND BILL | $494.00 |
| TOTAL | 14.980 | $64,500 | $966.00 | TAXABLE VALUE | $64,500 | PAYMENTS | |
| | | | AMOUNT DUE BY | DEC 19, 2017 | | $966.00 | |

IF PAID AFTER DUE DATE ANNUAL INTEREST RATE OF 12% WILL BE CHARGED
PRIOR YEARS TAXES DO NOT INCLUDE ACCUMULATED INTEREST OR COSTS
PLEASE CONTACT THE TAX OFFICE FOR UPDATED AMOUNTS

IMPORTANT NOTICE TO ALL TAXPAYERS:

IF YOU ARE ELDERLY, DISABLED, BLIND, A VETERAN, OR VETERAN'S SPOUSE, OR ARE UNABLE TO PAY TAXES DUE TO POVERTY OR OTHER GOOD CAUSE, YOU MAY BE ELIGIBLE FOR A TAX EXEMPTION, CREDIT, ABATEMENT, OR DEFERRAL. FOR DETAILS AND APPLICATION INFORMATION, CONTACT THE ASSESSING DEPARTMENT. (CONTACT AND ADDITIONAL INFORMATION ON REVERSE SIDE OF THIS BILL.)

*PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

181/0001