**FROM:**

Josephine Amatucci
P.O. Box 242
Wolfeboro Falls, N.H. 03896

```
U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO FALLS, NH
03896
SEP 29, 20
AMOUNT
$1.20
R2304N117557-01
```

**TO:**

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301