From: Josephine Amalucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896




U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO FALLS, NH
03896
OCT 06, 20
AMOUNT
**$1.80**
R2305H126437-02

1000   03301

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301