5196

FILED - USDC-NH
2020 OCT 29 AM11:58

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

v.

judge Laplante and Daniel Mullen

*To the District Court Personally Not Judge La Plante*

JUDGMENT AS A MATTER OF LAW


1.      Please review the attached motion and as a matter of law allowed me

a jury trial for damages for two Fourth Amendment Malicious Prosecution claims,

that is two unlawful arrests and seizes for speeding, where speeding is not a crime

in New Hampshire, and for a violation of the Speedy Trial Clause, of an unlawful

long detainment before a jury trial was held.

2.      Fraud has no statute of limitations, fraud is never final.

3.      Also please DOCKET my PERSONAL INJURY LAWSUIT against attorney Daniel

Mullen.


Sincerely,

Josephine Amatucci

c. Mullen

1

**October 28, 2020**

Josephine Amatucci

2

FA

Josephine Amatucci
P. O. Box 272
Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301$3941 C011