# AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

District Court No. [redacted]
Appeal No. ____________

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Josephine Amatucci* | Date: |

My issues on appeal are:
A FOURTH AMENDMENT MALISCIOUS PROSECUTE CLAIM UNDER U.S.C. 1983 FOR DAMA[GES]
A MONELL CLAIM UNDER 1983 FOR DAMAGES

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source<br>SOCIAL SECURITY 1,511.00<br>RENT 350. MO. | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ | $ |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property (such as rental income) | $ 350. | $ | $ 350. | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1,511.00 | $ | $ 1,511.00 | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ 0 | $ | $ |
| Unemployment payments | $ N/A | $ | $ 1861. | $ |

\# 1861.00

| | | | | |
|---|---|---|---|---|
| ... (such as welfare) | | | | |
| Other (specify): | $ 0 | $ | $ | $ |
| Total monthly income: | $ 0 | $ | $ | $ |
| | $0 0 | $0 | $0 | $0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A. | N/A | $ |
| | | | $ N/A |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have? $*____________________

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ | $ |
| | | $ N/A | $ N/A |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ |
| | | Make and year: N/A |
| | | Model: |
| | | Registration #: |

| | | |
|---|---|---|
| **Installment payments** | | |
| **Motor vehicle:** | $ | $ |
| **Credit card (name):** | $ | $ |
| **Department store (name):** | $ | $ |
| **Other:** | $ | $ |
| **Alimony, maintenance, and support paid to others** | $ | $ |
| **Regular expenses for operation of business, profession, or farm (attach detailed statement)** | $ | $ |
| **Other (specify):** | $ | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes   [X] No   If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    [ ] Yes   [X] No   If yes, how much? ______________

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    READ MY EXPENSES

12. *State the city and state of your legal residence:* WOLFEBORO, NEW HAMPSHIRE
    *Your daytime phone number:* (   ) 603-569-2429
    *Your age:* 80 *Your years of schooling:* 3 YEARS COLLEGE
    *Last four digits of your social-security number:* 3410

2204

I receive fuel assistance from Tri-county Community Action in Tamworth NH

The Town pays the town taxes on my house

I pay a discount of only $50.00 a month total for electric to the town

I get help paying my yearly registration for the State and town on my birthday

I AM 81 YEARS OLD

BILLS

| | | MONTHLY |
|---|---|---|
| | RX PRESCRIPTION DRUGS | 36.00 ✓ |
| 2. | AARP-UNITED HEALTH INSURANCE | 174.50 |
| 3. | LIBERTY MUTUAL HOUSE INSURANCE | 106.64 ✓ |
| | ~~AND~~ CAR INSURANCE HARTFORD | 181.11 ✓ |
| 4. | UNITED HEALTH PRESCRIPTION DRUG | 32.60 |
| 5. | Metrocast | 184.63 ✓ |
| 6. | Santander (Car Payment) | 278.83 ✓ |
| 8. | Lawrence Sumski (Bankrupcy) | 299.00 ✓ |
| 9. | Electric (Town) | 50.00 ✓ |
| 10. | Food | 200.00 |
| 11. | Gas for car | 100.00 |
| 12. | Clothing | 50.00 |

TOTAL 1,560.66

TOTAL INCOME 1, 528.00 sOCIAL SECURITY

I don't make it financially at end of month so I borrow what I need until I get my Social Security check from my local church. And it goes on and on.

Please write your policy number on your check. If you are paying multiple policies, please send in corresponding payment stubs.

Make check payable & mail to:
**The Hartford**

**Policy Number:** 55 PHG 284613

| **Amount Enclosed $** |
|---|
| |

| **Payment Due Date** | 10/13/20 |
|---|---|
| **Current Balance** | **Minimum Due** |
| $615.92 | $106.82 |

The Hartford
P O Box 660912
Dallas, TX 75266-0912

AMATUCCI JOSEPHINE
P O BOX 272
WOLFEBORO FALLS, NH 03896

559040818950900000000000000000000001068200061592610000923200

Form PLIC-INS1

31374994 09/23/20 28 03896 90408189 NV5010UD

*000051*
LIBERTY MUTUAL INSURANCE
1 LIBERTY SQ
MISHAWAKA IN 46544

**Liberty Mutual. INSURANCE**

**Please do not send payments to the address above**

None

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 038960272

Dec. 2017
Last Nov 9 - 181.11
Bal 219.45 no [illegible] due
Payments 106.64

**Josephine, thank you for being our valued customer since 2017!**

**THIS IS YOUR INSURANCE BILL FOR ACCOUNT FCL0025092117A AS OF NOV. 14, 2017**

| ACCOUNT SUMMARY | | AMOUNT |
|---|---|---|
| 10/16/17 | Previous Account Balance | $395.56 |
| | Payments Received | -$181.11 |
| | Installment Charge | $5.00 |
| 11/14/17 | Current Account Balance | $219.45 |

**Questions Regarding Your Bill?**
1-800-225-8285

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

| BILLING DETAILS 4 | | FREQUENCY | POLICY BALANCE | AMOUNT DUE |
|---|---|---|---|---|
| Home Policy | H37-218-117400-70 (05/07/17 - 05/07/18) | Monthly | $219.45 | $58.61 |
| 350 GOVERNOR WENTWORTH HWY | | | | |

**Please Pay Total Amount Due by Dec. 04, 2017** **$58.61**

*000051*
LIBERTY MUTUAL INSURANCE
1 LIBERTY SQ
MISHAWAKA IN 46544

Liberty Mutual. INSURANCE

Please do not send payments to the address above

None

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 038960272

Dec, 2017
LAST Nov 9 - 181.11 No Payments due
Bal 219.45
PAYMENTS

Josephine, thank you for being our valued customer since 2017!

**THIS IS YOUR INSURANCE BILL FOR ACCOUNT FCL0025092117A AS OF NOV. 14, 2017**

**ACCOUNT SUMMARY**

| | | AMOUNT |
|---|---|---|
| 10/16/17 | Previous Account Balance | $395.56 |
| | Payments Received | -$181.11 |
| | Installment Charge | $5.00 |
| 11/14/17 | Current Account Balance | $219.45 |

**Questions Regarding Your Bill?**
1-800-225-8285

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

| BILLING DETAILS | | FREQUENCY | POLICY BALANCE | AMOUNT DUE |
|---|---|---|---|---|
| Home Policy | H37-218-117400-70 (05/07/17 - 05/07/18) | Monthly | $219.45 | $55.61 |
| 350 GOVERNOR WENTWORTH HWY | | | | |

**Please Pay Total Amount Due by Dec. 04, 2017 $55.61**

AARP

**Payment Coupon**

| Membership Number | Payment is due on or before the due date. | Due Date | Amount Due |
|---|---|---|---|
| 314676183-1 | | 01-01-2015 | $174.50 |

Insured Member 1
JOSEPHINE S AMATUCCI
Member 1 Coverages
B

Insured Member 2

Member 2 Coverages

31467618311745001011509141465 2

If you make a payment of $2070.00 by January 31 for the full year, you'll save $24! Call if you have any questions: 1-800-523-5800.

PO BOX 660291
DALLAS TX 75266-0291

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO UNITEDHEALTHCARE INSURANCE COMPANY.
PLEASE DO NOT FOLD, STAPLE, OR TAPE COUPON AND CHECK WITH YOUR RETURN.
PLEASE USE THE ENVELOPE PROVIDED TO RETURN COUPON AND PAYMENT.

603-569-3902

1ST INSTALLMENT: $ 472
2ND INSTALLMENT: $ 494
TOTAL PAYMENTS: $ 0

AMOUNT DUE BY DEC 19, 2017 $ 966.

Property Location: 350 GOV WENTWORTH HWY

AMATUCCI, JOSEPHINE
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 629
Wolfeboro, NH 03894-0629

PLEASE DETACH AND RETURN ABOVE PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO THE TOWN OF WOLFEBORO.

*Town of Wolfeboro*

REAL ESTATE TAX BILL
84 SOUTH MAIN STREET P.O. BOX 629
WOLFEBORO, NH 03894-0629

OFFICE HOURS
MONDAY - FRIDAY : 8:00AM - 4:00PM
TELEPHONE (603) 569-3902
email : taxcollector@wolfeboronh.us

PROPERTY OWNER(S):
AMATUCCI, JOSEPHINE
MAILING ADDRESS:
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

TAX YEAR: 2017
ACCOUNT NUMBER: 10-3996.701
TAX MAP/LOT NUMBER: 151—21
PROPERTY LOCATION: 350 GOV WENTWORTH HWY

| | TAX RATES | TOTAL VALUATION | AMOUNT | ASSESSMENT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|---|---|
| MUNICIPAL | 5.760 | $64,500 | $371.00 | BUILDING VALUE | $70,000 | GROSS TAX | $966.00 |
| SCHOOL - LOCAL | 5.550 | $64,500 | $357.00 | LAND VALUE | $84,500 | CREDITS | |
| SCHOOL - STATE | 2.280 | $64,500 | $147.00 | TOTAL VALUE | $154,500 | NET TAX | $966.00 |
| COUNTY | 1.390 | $64,500 | $89.00 | EXEMPTIONS | | FIRST BILL | $472.00 |
| | | | | | | SECOND BILL | $494.00 |
| TOTAL | 14.980 | $64,500 | $966.00 | TAXABLE VALUE | $64,500 | PAYMENTS | |
| | | | AMOUNT DUE BY | DEC 19, 2017 | | | $966.00 |

IF PAID AFTER DUE DATE ANNUAL INTEREST RATE OF 12% WILL BE CHARGED
PRIOR YEARS TAXES DO NOT INCLUDE ACCUMULATED INTEREST OR COSTS
PLEASE CONTACT THE TAX OFFICE FOR UPDATED AMOUNTS

IMPORTANT NOTICE TO ALL TAXPAYERS:

IF YOU ARE ELDERLY, DISABLED, BLIND, A VETERAN, OR VETERAN'S SPOUSE, OR ARE UNABLE TO PAY TAXES DUE TO POVERTY OR OTHER GOOD CAUSE, YOU MAY BE ELIGIBLE FOR A TAX EXEMPTION, CREDIT, ABATEMENT, OR DEFERRAL. FOR DETAILS AND APPLICATION INFORMATION, CONTACT THE ASSESSING DEPARTMENT. (CONTACT AND ADDITIONAL INFORMATION ON REVERSE SIDE OF THIS BILL.)

*PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

**LAWRENCE P. SUMSKI**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
1000 Elm Street, Suite 1002
Manchester, NH 03101

April 4, 2016

Josephine Amatucci
POB 272
Wolfeboro Falls, NH 03896

RE: Chapter 13 #15-11858-BAH

Dear Ms. Amatucci:

We do not process Plan payments at our office. Checks need to be sent to our Lock Box in Memphis, Tennessee. I am therefore returning your check #23582083316 in the amount of $299.00 dated April 2, 2016.

Please send all Plan payments to the following address:

Lawrence P. Sumski
Chapter 13 Trustee
PO Box 839
Memphis, TN 38101-0839

**PLEASE include your case number!**

The address for correspondence only is:

Lawrence P. Sumski
Chapter 13 Trustee
1000 Elm Street, Suite 1002
Manchester, NH 03101

Please call if you have any question regarding this.

Yours truly,

/s/ Lawrence P. Sumski

Lawrence P. Sumski

LPS:lc

Nationwide - Perkins
Dear Judge Howard
469-549-3142
Karen
CAll her
Per HR, for 5 years
Taxes

Telephone: ([illegible]) [illegible]
E-Mail address: SumskiCh13@gmail.com

## Your New Benefit Amount

**BENEFICIARY'S NAME: JOSEPHINE S AMATUCCI**

Your Social Security benefits will increase by 2.8% in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

**How Much Will I Get And When?**

- Your monthly amount (before deductions) is $1,646.50
- The amount we deduct for Medicare Medical Insurance is $135.50
  (If you did not have Medicare as of November 16, 2018, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is $0.00
  (We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is $0.00
  (If you did not elect voluntary tax withholding as of November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive $1,511.00
  on or about January 3, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

**What If I Have Questions?**

- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778)

MetroCast

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-3251
8282 1600 WM RP 06 11072017 NNNNNYNN 01 009178 0029

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Statement of Service

Page 1 of 3

Billing Date: November 6, 2017
Account Number: 8282 16 019 0036339

**How to reach us ....**
Office hrs M-F 8:00am-6:00pm
Sat 8am-4:30pm www.MetroCast.com
Phone hrs 24/7 1-800-952-1001

**For Service At...**
350 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4635

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $25.00 collection effort charge or disconnection of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please see reverse side for account details.

| | |
|---|---|
| Previous Balance | $ 364.79 |
| Payment(s) | -183.98 |
| Monthly Charge(s) | 167.91 |
| Other Charge(s) | 6.00 |
| Taxes & Fee(s) | 8.26 |
| Balance Due | $ 362.98 |
| Payment Due Date | Upon Receipt |




RX.

814ADSGLP0019501-00688-02

November 08, 2017

Member ID: 017354256-1

**You have a past due amount.**
**Please pay so you don't lose your plan.**

Dear JOSEPHINE S AMATUCCI,

We want to let you know that you have a past due amount on your AARP MedicareRx Saver Plus (PDP) account. As of November 08, 2017, you owe $65.20. Please pay this amountupon receipt so that you won't be disenrolled.

**What happens if I don't pay?**
If we don't receive payment for the past due amount and each month's premium (monthly charge) by December 31, 2017 we will have to disenroll you from AARP MedicareRx Saver Plus (PDP) effective December 31, 2017. After December 31, 2017, you will no longer be covered by AARP MedicareRx Saver Plus (PDP). However, your other Medicare benefits will not be affected if you are disenrolled from AARP MedicareRx Saver Plus (PDP).

**Premium payments**
Your premium is due on the first of each month. If we don't receive your payment by the first of each month, it will be added to your past due amount.

If you wish to pay your next month's premium today with the past due amount, here is the total.

| | Amount | Due date |
| --- | --- | --- |
| **Past due amount** | $65.20 | Upon receipt |
| **Premium (monthly charge)** | $32.60 | December 01, 2017 |

AARP | MedicareRx Plans
Insured through UnitedHealthcare
Hot Springs, AR 71903-3367

Action Required

125PARTD_BILLINGINCOLOR0001005-06604-01
JOSEPHINE S AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Questions?
We're here to help.
Toll-Free 1-866-460-8854, TTY 711
8 a.m. - 8 p.m. local time, 7 days a week

# Your June 2018 statement.

| Member ID: | 0173542561 |
|---|---|
| Previous balance | $ 79.60 |
| Payments received | $ 0.00 |
| Current charges | $ 39.80 |
| **Total due** | **$119.40** |
| Due in full by | June 1, 2018 |

See details about your current charges on the back of this page.

## You have a past due balance.

Please call Customer Service to pay your past due balance today. If we don't receive payment soon, you may be disenrolled from the plan.

## About your payment.

Your payment can take up to 10 days to post to your account. If we received it after May 4, 2018, you'll see it on your next statement.

## It's easy to set up automatic payments.

Use the form on the next page to sign up for Electronic Funds Transfer (EFT) and have your monthly payments automatically deducted from your bank account.

or

Call Customer Service to have your monthly payments automatically deducted from your Social Security or Railroad Retirement board check.

or

Call Customer Service to have your monthly payments automatically charged to your credit card.

You can stop automatic deductions at anytime — keeping you in control of your money.*

## Access your account online.

Make a payment, view claims and plan details. Sign up to get plan information delivered online.

**www.MyAARPMedicare.com**

MRAMR1503BG

*006262*

LIBERTY MUTUAL INSURANCE
P.O. BOX 6829
SCRANTON, PA 18505

**PLEASE READ: Payments or documents sent to the address above will not be processed**

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Your Bill is Past Due.

We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

**Josephine, thank you for being our valued customer since 2017!**

## THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020

### INSURANCE INFORMATION

| | |
|---|---|
| **Policy Number:** | H37-218-117400-70 |
| **Policy Period:** | May 07, 2019 - May 07, 2020 |
| **Bill Frequency:** | Monthly |
| **Property Insured:** | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| | |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Please Pay Total Amount Due by April 26, 2020 $128.27**

### QUESTIONS

**Questions Regarding Your Policy or Bill?**

1-800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

### PAYMENT COUPON

Please send all payments in the envelope provided.
**Please make check payable to: Liberty Mutual Group**

**Save time and money by signing up for automatic payments via your bank account at: LibertyMutual.com/autopay**
**Or pay your bill online at: LibertyMutual.com/pay**

**Lost your envelope? Mail check to:**

Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

JOSEPHINE AMATUCCI

**Due Date:** April 26, 2020
**Policy Number:** H37-218-117400-70
**Invoice Number:** 00000285724331

PAY POLICY IN FULL: $128.27

OR

PAY AMOUNT DUE: $128.27

**Amount Enclosed:**

$ ___ , ___ . ___

**Santander**
CONSUMER USA

183143

JOSEPHINE AMATUCCI
350 GOVERNOR WENTWORTH HWY POB 272
WOLFEBORO FALLS, NH 03896

10 DAYS PAST DUE

## ACCOUNT INFORMATION

10/20/14

| | |
|---|---|
| Account Number | 4628746 |
| Account Status | Current |
| Statement Date | 10/20/2014 |
| Payment Due Date | 11/08/2014 |
| Payment Amount | $278.83 |
| Payments Made | 0 |
| Maturity Date | 10/08/2020 |
| Past Due Amount | $0.00 |
| Principal | $14,993.00 |
| Accrued Interest | $225.69 |
| Unpaid Fees & Charges | $.00 |
| Estimated Payoff* | $15,218.69 |

TOTAL AMOUNT DUE
**$278.83** By **11/08/2014**

*Balance including principal, accrued interest, and unpaid fees and charges as of the Statement Date.

ACCOUNT ALERTS & IMPORTANT MESSAGES