FILED - USDC-NH
2020 NOV 9 AM 11:58

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Attorney Daniel Mullen, et al

MOTION ASKING CHIEF JUDGE McCAFFERTY

TO RULE ON AND PRESIDE ON THIS

AMENDED MALPRACTICE CASE

1. The Plaintiff is AMENDING her PERSONAL INJURY LAWSUIT before the Court to a LEGAL MALPRACTICE CASE.

2. I am redressing my Grievances in this case directly to Judge McCafferty, and I do not want Judge Laplante involved in any way in this LEGAL MALPRACTICE CASE as he would be prejudice, where Judge Laplante was involved with Mullen in this case that was before the Court under Case 237 Josephine amatucci v. Stuart Chase.

3. I am asking that Judge McCafferty ……….PRESIDE OVER THIS CASE. And docket it as allowed under my First Amendment Rights to have it reviewed and docket under Due Process of the law. This case names Attorney Daniel Mullen and Ransmeier & Spellman as defenants only.

4.  This case is a LEGAL MALPRACTICE CASE .


Respectfully,

Josephine Amatucci

November 6, 2020

c. Attorney Mullen, Ransmeier

*Josephine Amatucci*