From: Josephine Amaluca
P.P. Box 242
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030

8 DEC 2020 PM 1 L

03801-354125

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

FOREVER USA
```
FIERCE HEART
```

