FROM: JOSEPHINE ANNUCCI
P.B. Box 272
WolFeBoro FAlls N.H. 03896

UNITED STATES DISTRICT COURT
DISTRICT OF New HAMPSHIRE
OFFice OF the CLERK
55 PLEASANT ST.
ROOM 110
CONCORD N.H. 03301

U.S. POSTAGE PAID
FCM LETTER
WOLFEBORO, NH
03894
DEC 15, 20
AMOUNT
$0.55
R2305H130639-13

03301

03301₴941 C011