5248

UNITED STATES DISTRICT COURT

Josephine Amatucci

v.

Attorney Mullen

MOTION THAT JUDGE LAPLANTE NOT BE ASSIGNED TO THIS

............................NEW CAUSE OF ACTION.

THAT THIS CASE NOT GO BEFORE CHARLIE OR JADEEN

josephine amatucci

12/15/2020

*Josephine Amatucci*