U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO, NH
03894
DEC 15, 20
AMOUNT
$1.20
R2305H130639-13

1000
03301

03301839941 C011

FROM: JOSEPHINE AMALUCCI
P.O. BOX 272
WOLFEBORO FALLS, N.H. 03896

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
OFFICE OF THE CLERK
55 PLEASANT ST.
ROOM 110
CONCORD, N.H. 03301