Case 1:18-mc-00038-JL   Document 33   Filed 12/22/20   Page 1 of 3

FILED - USDC-NH
2020 DEC 22 PM 12:17

5251

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMSPHIRE

Josephine Amatucci

v.

Daniel Mullen, *RANSMEIER*

SECOND SUMMONS

FOR HER LEGAL MALPRACTICE LAWSUIT

1. Please find a second copy of a Summons issueD to Daniel Mullen and Ransmeier & Spellman for this case which has filed before this court.

2. The Plaintiff has already filed a Summons, to the defendants and the Court, but she is including this new Summons for the Court to submit to the defendants as they will state that they never received the SUMMONS. Although I had the librarians submit it to the defendants via email FROM THE LIBRARY. They can never deny they received the Summons.

Respectfully,

Josephine Amatucci

December 17, 2020

*Josephine Amatucci*

1

FILED - USDC-NH
2020 DEC 22 PM 12:17

## CERTIFICATION OF COPIES

_____ advs. _JOSEPHINE AMAIUCC.___
Name/s of Attorney/s (Respondent/s)       Name/s of Complainant/s

I/We hereby certify that a copy of the enclosed _COMPLAINT_
(Complaint, Response, etc.)
has been forwarded to all of the following complainants, respondents, and counsel for complainants and respondents in the Attorney Discipline Office matter, pursuant to New Hampshire Supreme Court Rule 37A(VII), and that I/we have included a copy of all attachments or enclosures submitted with it:

Name                                Address
ATTORNEY DANIEL MULLEN + RANSMEIER & SPELLMAN
ONE CAPITOL ST.
P.O. BOX 600
CONCORD, N.H. 03302

Date: _9/15/2020_

Date: _____

Signature: _Josephine Amaiucci_

Signature: _____

Printed Name/s: _JOSEPHINE AMAIUCC._

Address: _P.O. BOX 272_

Address: _WOLFEBORO FALLS, N.H. 03896_

Telephone Number: _(603) 569-2429_

# CERTIFICATION OF COPIES

_____ advs. *Josephine Amatucc.*

Name/s of Attorney/s (Respondent/s)     Name/s of Complainant/s

I/We hereby certify that a copy of the enclosed    *Complaint*

(Complaint, Response, etc.)

has been forwarded to all of the following complainants, respondents, and counsel for complainants and respondents in the Attorney Discipline Office matter, pursuant to New Hampshire Supreme Court Rule 37A(VII), and that I/we have included a copy of all attachments or enclosures submitted with it:

Name                  Address

*Attorney Daniel Mullen & Ransmeier & Spellman*
*One Capitol St.*
*P.O. Box 600*
*Concord, N.H. 03302*

Date: 9/15/2020

Signature: *Josephine Amatucc*

Date: _____

Signature: _____

Printed Name/s: *Josephine Amatucc.*

Address: *P.O. Box 272*

Address: *Wolfeboro Falls, N.H. 03896*

Telephone Number: (603) 569-2429