FROM: JOSEPHINE AMATUCCI
P.O. BOX 272
WOLFEBORO FALLS, N.H. 03896

MANCHESTER NH 030
18 DEC 2020 PM 1 L

Arnold Palmer
FOREVER USA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
OFFICE OF THE CLERK
55 PLEASANT ST
ROOM 110
CONCORD, N.H. 03301

03301-394135

18-mc-00038-JL   Document 33-1   Filed 12/22/20   Pag