FILED - USDC-NH
2020 DEC 28 PM 12:40

5263

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Case Name:   AMATUCCI MASTER FILE V ALL DEFENDANTS

   1:18-mc=00038-JL

RESPONSE TO JUDGE LAPLANTE'S ORDER DATED 12/18/2020

1.   FRAUD IS NEVER FINAL, Judge Laplante, you have no authority to decide whether to do a RECONSIDERATION when FRAUD exists in a ruling. Nothing you say is final anyway, seeing that all you say is nothing but PERJURY and FRAUD.  Besides, you have NO JURISDICTION to rule on this case anyway, as you lost all jurisdiction when you ruled on and allowed Mullen's summary judgment, when you knew the summary judgment was all about charges that did not exist any longer under the law,  that the charges were VOID OF NO LEGAL FORCE, under the Sixth Amendment Speedy Trial clause.   And in ruling on the charges you knew were VOID charges of no legal force,  under the law,  you lost all jurisdiction to rule in this case.

2.   I was just seeing if there was an ounce of decency left in you Judge Laplante, but I really do not need you to VOID the SUMMARY JUDGMENT because under the law Judge Laplante that FRAUDULENT SUMMARY JUDGMENT you allowed to Mullen who

1

committed PERJURY when he presented it to you, is VOID OF NO LEGAL FORCE automatically under the Sixth Amendment Speedy Trial Clause.  Which under the law when the police did not hold a hearing on their charges within the allotted time allowed under the law, the charges are automatically VOID OF NO LEGAL FORCE.

3. FRAUD IS NOT FINAL, and I have damage money coming to me for my two Fourth Amendment claims, two unlawful seizures against me without probable cause, as allowed under the law, that there was no probable cause for the "ARREST" for speeding Judge Laplante, and we are not talking about allowing probable cause to ........ STOP...... me, as you claimed, in an effort to DECEIVE me so that you can allow Mullen his summary judgment.  A Master of Deceit, under PERJURY, FRAUD, and all the evil you showed when you ruled on this case.

4. The summary judgment is VOID, my two Fourth Amendment claims will lie until I get my damages, as.................. FRAUD (PERJURY) IS NEVER FINAL.

Repectfully,

Josephine Amatucci

December 23, 2020

c. Mullen

*Josephine Amatucci*