5267

FILED - USDC-NH
2020 DEC 28 PM 12:50

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

v.

Chase, et al


OBJECTION OF LAPLANTE DENYING

TO REMOVE DISOBEYING CHARGE


1.      In a ruling by the Supreme Court of New Hampshire in the case of

The State of New Hampshire v. Nicholas Allen,  Plaistow District Court No. 2002-

732 December 5, 2003 the SUPREME Court ruled that the district court ERRED

by not dismissing the charge for ............LACK OF A SPEEDY TRIAL.

2.      Please find attached the evidence that I have declared my right to a

SPEEDY TRIAL going way back in the 3rd Circuit court in this case,  and many times

before you Judge Laplante.

3.      Therefore,  you have no discression and I order you under the law of the

Sixth amendment,  Speedy Trial Clause to dismiss the charge of disobeying a police

officer for lack of a speedy trial.

4.      THE LAW THE LAW THE LAW.

1

Respectfully,

Josephine Amatucci

December 28, 2020

c.   Attorney Mullen

*Josephine Amatucci*