From: JOSEPHINE AMMUZZI
P.O Box 292
Wolfe Boro Falls, N.H. 03896

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
OFFICE OF THE CLERK
55 PLEASANT ST.
ROOM 110
CONCORD, N.H. 03301

MANCHESTER NH 030
26 DEC 2020 PM 1 L

03301-95435

From: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 0389[?]

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

1000
03301
U.S. POSTAGE PAID
FCM LETTER
WOLFEBORO FALLS, NH
03896
DEC 23 20
AMOUNT
$0.55
R2303S102236-01