From: JOSEPHINE AMATUCCI
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
6 JAN 2021 PM 1
FOREVER / USA

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135