

**UNITED STATES POSTAL SERVICE**

P · US POSTAGE PAID
$7.75
Origin: 03894
01/11/21
3299000894-13

PRIORITY MAIL 1-DAY®

2 Lb 8.10 Oz
1006

EXPECTED DELIVERY DAY: 01/12/21

C011

SHIP TO:
55 PLEASANT ST
RM 110
Concord NH 03301-3941

USPS TRACKING® NUMBER



9505 5153 8767 1011 3174 32

CKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

PRIORITY MAIL

(restrictions apply).*
(inter)national destinations.
(required.)
(questions see the)
(limitations of coverage.)

FROM:
Josephine Amatucci
P.O. Box 272
Wolfeboro Falls N.H.
03896

TO:
Judge McCafferty
United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301