5249

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

District Court Case Number 464-2018-CR-1490

Josephine Amatucci                                   JURY TRIAL DEMANDED

v.

Charles Greenhalgh, individually as a private person

A   PERSONAL INJURY LAWSUIT

FOR ABUSE OF PROCESS

AS A TRESPASSER OF THE LAW,   FOR LACK OF JURISDICTION

JURISDICTION

This cause of action happened in New Hampshire.   The Complaint that is before the court is under 42 U.S. C. 1983, a civil rights action.   And/or under rule 60 (b)

PARTIES

Charles Greenhalgh as a private citizen, at the 3rd Circuit district Court in Ossipee. 96 Water Village Road, Box 2 Ossipee, NH 03864.

RELEVANT FACTS

1. What happened to me at this trial represents a culture of a corrupt political justice system which is becmming all too common, in the courts in an abuse of pro-se litigants. Where the courts send out the message that we will not get justice, because we have no role in the courts, as the courts can only be represented by lawyers, who in turn are in privity with the judges. As Pro-se litigants are outsider's and will never get justice in the system.

2. I am accusing Mr. Greenhalgh, as an individual, who was not a judge when he denied my civil and constitutional rights, which are not a judicial function.

3. That Greenhalgh had NO JURISDICTION to rule on the criminal case of State v. Josephine Amatucci after the Plaintiff filed a Motion to Dismiss in the court immediately following a Complaint by the Belnap Sheriff's Dept. which was accusing the Plaintiff of a crime THEY KNEW she never committed. The Motion to Dismiss which was filed in the court very shortly after the Belnap Sheriff's Dept. filed their Complaint, was accompanied with solid evidence for the judge to dismiss the Complaint. Evidence showing that the alleged victim of an Assault, Robert Maloney gave testimony to Sargeant Wright that there was ....."NO INJURY". Yet Wright obtained a Warrant based on the Plaintiff committing bodily injury on Maloney. Committed PERJURY.

4. That the Belnap Sheriff's Dept. was committing the crime of PERJURY when Sheriff Wright obtained a Warrant UNDER OATH, by falsely stating that the Plaintiff committed Simple Assault with bodily injury, when he knew beyond any doubt that there was no bodily injury. As he had a statement by Maloney that there was no injury, that therefore the Complaint filed in the court was a MALICIOUS PROSECUTION. with .....NO PROBABLE CAUSE ......of an unlawful seizure.

5. A bigger problem is the respoonse by Mr. Greenhalgh, in his individual

capacity, who ignored and did not allow the Plaintiff a hearing on her Motion to Dismiss. which was filed in the court only days after the Belnap Sheriff's Dept. filed their Complaint.  When Greenhalgh ignored the evidence of FRAUD and PERJURY of the Belnap Sheriff Wright and the prosecutor, and WITHOUT JURISDICTION to do so, he continued with the case even though it was based on PERJURY.

6.      And during the entire trial ignoring the Plaintiff's request that he address the unlawful Warrant, Greenhalgh, in his own personal and bias agenda continued with the trial which was based on PERJURY.  And completly refused to address the unlawful WARRANT.  And that the INTENT of the Belnap Sheriff's Dept. was to prosecute me without PROBALE CAUSE.

7.      That therefore Greenhalgn had every INTENT from the very beginning to have me prosecuted and convicted.  He ignored my summary judgment, ignored the unlawful Warrant issued under PERJURY, and ignored the false testimony of the alleged victim of an assault Robert Maloney.  And he was going to convict me no matter what.

8.      That first of all there should never have been a trial, that Greenhalgh was under the obligation of the law, to dismiss the Complaint filed by the Belnap sheriff's Department with the evidence before him that there was never an ASSAUlt with bodily injury of which she was being prosecuted for.

9.      Second of all is that Greenhalgh had NO PROBABLE CAUSE to convict me based on the testimony of Robert Maloney, who proved to be an unreliable witnesse, and who was the one who accused the Plaintiff of pushing him aside causing him to fall down two half steps into the office at the town dump.

10.     Greenhalgh had the INTENT all along to support Maloney's testimony, so that when the Plaintiff was cross examinining Maloney for his lies, asking Maloney why he

stated to Sheriff Wright that he only knew me from visiting the town dump when the truth was that he was a next door neighbor of mine for years and that I had an active restraining order on his mother Pauline Maloney.  However, when I asked Maloney to tell the court the real reason how he knew me, Mr. Greenhalgn immediately told Maloney........."DON'T ANSWER THAT".   This recording and transcript is in the courthouse and the Plaintiff has a copy of the recorded trial to prove each and every element of this lawsuit.

11. First Maloney told Sheriff' Wright that the Plaintiff pushed him on the right shoulder, then at the trial Maloney stated that the Plaintiff pushed him on the left shoulder.

12. The worse part is when the Plaintiff was cross examining Maloney was when I stated to Maloney why he told the Belnap Sheriff's that he only knew me from my visiting the town dump, when the truth was he was my next door neighbor for years, and I had an active Restraining Order on his mother Pauline Maloney for years.

13. Greenhalgh's interferrence in the testimony proved he was CORRUPT and had his own personal agenda to accuse the Paintiff of a crime no matter what the evidence of her innocence showed.   He was never going to accuse the Belnap Sheriff's Dept. of PERJURY, of a Malciious Prosecution.

14. That Greenhalgh told Robert Maloney while I was cross examining him
"DON'T ANSWER THAT"

15. That a jury would find that Greenhalgh lost all jurisdiction in this case when he refused to dismiss the case which was based on PERJURY, when he continued to take away the Plaintiff's liberty in doing so, and when he interrupted her cross examing of Robert maloney.   And finally when he actually CONVICTED the Plaintiff

even though there was NO EVIDENCE SHOWN AT THE TRIAL AND IN THE WARRANT THAT THE PLAINTIFF COMMITTED SIMPLE ASSAULT ON MALONEY.

16. When most critical was the testimony at the trial of Maloney's supervisor, Mr. Champaigne who stated UNDER OATH at the trial that MALONEY WAS NEVER STANDING IN THE DOORWAY, therefore the Plaintiff could never have been accused of committing an assault on Maloney, and that Greenhalgh could never have convicted her of a Simple Assault based on a WARRANT that was invalid.

17. WHEREFORE, I am suing Greenhalgn for ONE MILLION DOLLARS as an individual for violating my civil rights, as a Trespasser of the law, who had NO JURISDICTION to hear the case after the Plaintiff filed her Motion to Dismiss, and beyond. That this court must hear the recording of the trial for verification of the violation of Due Process, etc.

18. There is NO IMMUNITY WHATSOEVER when a judge acts as a private individual and violates state and federal constitutional law.

19. For his severe mental anguish upon the Plaintiff a person of 82 years old.


Respectfully,

Josephine Amatucci

~~December 21, 2020~~ JANUARY 13, 2021

c. Charles Greenhalghn

*Josephine Amatucci*

5



# THE STATE OF NEW HAMPSHIRE
DEPARTMENT OF SAFETY, DIVISION OF STATE POLICE

33 Hazen Dr, Concord NH 03305    (603) 223-3867

## CRIMINAL HISTORY RECORD

**\*\* CONFIDENTIAL/FULL RECORD \*\***



| SID# NH644856 | Name AMATUCCI, JOSEPHINE | DOB 09/27/1938 |
|---|---|---|

| POB | MA | Hair | Black | Weight | 165 |
| Sex | F | Eye | Brown | Height | 68 |
| ADDR | PO BOX 272 | Race | White | Prints | Y |
|  | WOLFEBORO FALLS NH 038960272 |  |  | Photo Available | Y |
| OLN |  | FPC |  | Palm Available | Y |

**Alias**

| Name | DOB |
|---|---|

**Caution**

| Code | Comments |
|---|---|

**Body Markings**

| Code | Description | Comments |
|---|---|---|

### Cycle 001

#### Complaint as Filed Offense (CAAFF)

| Docket | 464-2019-CR-01293 | Violation Date | 07/31/2019 |
| Charge Id | 1663775C | Violation End Date | 07/31/2019 |
| Degree | MISDEMEANOR A | Inchoate |  |
| Offense | 642:8, Bail Jumping | Court | OSSIPEE-D |
| Comments |  |  |  |

#### Court Disposition

| Disposed Offense | 642:8, BAIL JUMPING | Docket | 464-2019-CR-01293 |
| Degree | MISDEMEANOR A | Charge Id | 1663775C |
| Court | OSSIPEE-D | Indicted |  |
| Court Date | 11/21/2019 | Appeal |  |
| Violation Date | 07/31/2019 | Violation End Date | 07/31/2019 |

**Findings**

| Plea Date | 09/04/2019 | Plea | NOT GUILTY |
| Finding Date | 11/21/2019 | Finding | NOLLE PROSEQUI |
| Judge |  |  |  |
| Comments |  |  |  |
| Amended Reason |  |  |  |

| | | | |
|---|---|---|---|
| SID# NH644856 | | Name AMATUCCI, JOSEPHINE | DOB 09/27/1938 |

## Complaint as Filed Offense (CAAFF)

| | | | |
|---|---|---|---|
| Docket | 464-2018-CR-01490 | Violation Date | 08/06/2018 |
| Charge Id | 1564240C | Violation End Date | 08/06/2018 |
| Degree | MISDEMEANOR B | Inchoate | |
| Offense | 631:2-A,I(B), Simple Assault; BI | Court | OSSIPEE-D |
| Comments | | | |

## Court Disposition

| | | | |
|---|---|---|---|
| Disposed Offense | 631:2-A,I(A), SIMPLE ASSAULT; PHYSICAL CONTACT OR BI | Docket | 464-2018-CR-01490 |
| Degree | MISDEMEANOR B | Charge Id | 1564240C |
| Court | OSSIPEE-D | Indicted | |
| Court Date | 11/21/2019 | Appeal | |
| Violation Date | 08/06/2018 | Violation End Date | 08/06/2018 |

### Findings

| | | | |
|---|---|---|---|
| Plea Date | 02/06/2019 | Plea | NOT GUILTY |
| Finding Date | 11/21/2019 | Finding | GUILTY |
| Judge | GREENHALGH, CHARLES L | | |
| Comments | | | |

### Amended Reason

Description
VACATED

Comments

### Sentence

| | | | |
|---|---|---|---|
| Date | 11/21/2019 | Type | SENTENCED |
| Judge | GREENHALGH, CHARLES L | | |

### Amended Reason
### Sentence Condition

| Description | Amount | Comments |
|---|---|---|
| ANGER MANAGEMENT COUNSELING | | PROOF OF INITIATING TREATMENT SHALL BE PROVIDED TO THE STATE AND COURT WITHIN 90 DAYS. PROOF OF COMPLETION OF MEANINGFUL PARTICIPATION WITHIN 1 YEAR. |
| GOOD BEHAVIOR FOR ONE YEAR | | |