From: Josephine Amalocci
P.O. Box 242
Wolfeboro Falls N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

USPS
UNITED STATES
POSTAL SERVICE®

1000

03301

R2303S102236-02

U.S. POSTAGE PAID
FCM LETTER
WOLFEBORO FALLS, NH
03896
JAN 13, 21
AMOUNT
$0.70