5284

(see 5273)

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Charles Greenhalgh

SUPPLEMENT TO PERSONAL INJURY LAWSUIT

in my case is very clear, and concise. Which will overrule any procedure that might delay justice in this matter. As it is CLEARLY ESTASBLISHED, as held by the Supreme Court itself that, "if a judge acts after he has been automatically disqualified by law, then he is acting WITHOUT JURISDICTION, and that suggests that he is engaging in CRIMINAL ACTS of TREASON, and the interference with interstate commerce, and may be engaged in EXTORTION and the INTERFERRENCE WITH INTERSTATE COMMERCE. Courts have repeatedly ruled that judges have NO IMMUNITY for her criminal acts. Since both treason and the interferrence wth interstate commerce are criminal acts, NO JUDGE HAS IMMUNITY to engage in such acts".

So now Mr. Mittelholzer, cut the procedure delays and determine if with the evidence before you and in the case files, and a recording of the trial, verifying my evidence, is a MANDATE for this Judicial Committee to act. When you determine ONE THING, did Judge Greenhalghn ......VIOLATE A CODE OF CONDUCT when he committed a CRIMINAL OFFENSE , that is when he ACTED against the sanctity of the court when he refused to dismiss a case where he KNEW he had NO JURISDICTION to rule on, where evidence in my Motion to dismiss, filed way before an Arraignment was held, proved that there was NO VICTIM AND NO INJURY. That therefore when he ignored the evidence and continued to rule on a case with NO VICTIM, he was ruling as a private person, he was warring against the Constitution, as a TRESPASSOR. Which are .....All clearly established violations of the code of conduct. A violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir.1996).

And worse of all his unlawful criminal actions CAUSED ME INJURY. He had me jailed, and worse still, he notified the Department of Safety accusing me of a crime he had no authority to rule on. A criminal act, against the RULE OF ANY CONDUCT That therefore these are the only questions to rule on, that did he have probable cause, and did he violate my civil rights, and did he defile the SANCTITY OF THE COURT. By committing FRAUD UPON/ON the Court in an ABUSE OF PROCESS, in an unjustifiable and unreasonable use of legal procedure, in the misuse and perversion not justified by legal action. As stated by the United States Supreme Court Scheuer v. Rhodes, "when an act is in violation of the Federal Constitution where there is NO IMMUNITY.

Please print this out and place it in the files.

Also, please advise if I filed under AN OATH I do not remember, if not, could you return the copy of my Complaint where you want a stamped oath and signature presented. Respectfully, Josephine Amatucci ..1/14/2021