18-mc-00033-JL   Document 38-3   Filed 01/14/21   Pag

FROM: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls N.H. 03896

MANCHESTER NH 030
19 JAN 2021 PM 1 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, New Hampshire 03301

03301-394135