5356



UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Robert Varney, Steven McAuliffe,

McCafferty

MOTION TO FILE PLEADINGS UNDER OATH

1.  The Plaintiff states that her lawsuit as stated above is under the truth and nothing but the truth.

Josephine Amatucci

March 30, 2021

1