**UNITED STATES POSTAL SERVICE**

**TRACKED***

**PRIORITY MAIL**

**PRIORITY ★ MAIL ★**
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03894

TO: United States District Court
District of New Hampshire
Office of the Clerk
Room 110
Concord, N.H. 03301

55 Pleasant St

**UNITED STATES POSTAL SERVICE**  Retail

P  US POSTAGE PAID
$7.95
Origin: 03896
03/29/21
3299300896-01

**PRIORITY MAIL 1-DAY®**

1 Lb 8.10 Oz
1006

EXPECTED DELIVERY DAY: 03/30/21

C011

SHIP TO:
55 PLEASANT ST
RM 110
Concord NH 03301-3941

USPS TRACKING® #