FILED - USDC -NH
2021 APR 6 PM 12:33

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

## for the

| | | |
|---|---|---|
| *Josephine Amaiucci,* | ) | 212-2011-CV-00249 |
| Plaintiff/Petitioner | ) | |
| v. | ) | Civil Action No.  356 |
| *Robert Varney* | ) | |
| Defendant/Respondent | ) | |
| Steven McAuliffe, LANOya McCafferty | | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Josephine Amatucci* | Date:  4/5/2021 |

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | S |
| Interest and dividends | $ | $ | $ | S |
| Gifts | $ | $ | $ | S |
| Alimony | S | S | $ | $ |
| Child support | $ | S | S | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | S | S | S | S |
| Disability *(such as social security, insurance payments)* | S | S | S | S |
| Unemployment payments | S | S | S | S |
| Public-assistance *(such as welfare)* | S | S | S | S |
| Other *(specify)*: | S | S | S | S |
| **Total monthly income:** | S            0.00 | S            0.00 | S            0.00 | S            0.00 |

2.     List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | S |
| | | | S |

3.     List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | S |
| | | | S |
| | | | S |

4.     How much cash do you and your spouse have? S _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | S | S |
| | | S | S |
| | | S | S |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ *UNKNOWN* |
| Other real estate *(Value)* | $ *N/A* |
| Motor vehicle #1 *(Value)*    *2012 Nissan Versa* | $ *UNKNOWN* |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| *See Attached* | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name):* | $ | $ |
| Department store *(name):* | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $          0.00 | $          0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes    ☒ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes  ☒ No

   If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

   *Every month Because I cannot make it financially I go to the local church and borrow money & pay back when I get my social security check*

12. Identify the city and state of your legal residence.

   *Wolfeboro, N. H.*

   Your daytime phone number:  *603-569-2429*

   Your age: *82*   Your years of schooling:  *3 college*

*INCOME*

*SOCIAL SECURITY          1,511.00*
*BoARDER              1,350.00*

**BILLS**

|     |                                                    | **MONTHLY** |
| --- | -------------------------------------------------- | ----------- |
| 1.  | ~~DEMO DEBTS~~                                      | ~~92.00~~   |
| 2.  | AARP-UNITED HEALTH INSURANCE                       | 174.50      |
| 3.  | LIBERTY MUTUAL HOUSE INSURANCE AND CAR INSURANCE   | 181.11      |
| 4.  | PRESCRIPTION DRUG                                  | 32.60       |
| 5.  | Metrocast                                          | 184.63      |
| 6.  | Fuel (heating)                                     | 250.00      |
| 7.  | Santander (Car Payment)                            | 278.83      |
| 8.  | Lawrence Sumski (Bankrupcy)                        | 506.00      |
| 9.  | Electric (Town)                                    | 50.00       |
| 10. | Food                                               | 200.00      |
| 11. | Gas for car                                        | 100.00      |
| 12. | Clothing                                           | 50.00       |

*CHAMPION MORT.*

**TOTAL 2,084.66**

**TOTAL INCOME** ~~2,861.00~~ *1,511.50 TOTAL ONLY SOCIAL SECURITY*

**At end of month I borrow the balance from my church.  And it goes on and on.**

*This is To advise the courts that I do not make it Financially at the end of the month and I go To my local church and 1 borrow money until I get my social security.*

*Josephine Gonatasci*

BENEFICIARY'S NAME: JOSEPHINE S AMATUCCI

Your Social Security benefit will increase by **1.3%** in 2021 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $1,694.50 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 19, 2020 or if someone else pays your premium, we show $0.00) | $148.50 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2021. If you did not elect withholding as of November 1, 2020, we show $0.00) | $0.00 |
| U.S. Federal tax withholding | $0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 19, 2020, we show $0.00) | $0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2020  on or about December 31, 2020. | $1,546.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* or call their Electronic Payment Solution Center at **1-800-333-1795.** If outside the United States, please call **1-214-254-3113.**

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. The fastest and easiest way to file an appeal is to visit *www.ssa.gov/benefits/disability/appeal.html* online.

**Payment Coupon**

| | Membership Number | Payment is due on or before the due date. | Due Date | Amount Due |
|---|---|---|---|---|
| | 314676183-1 | | 01-01-2015 | $174.50 |

Insured Member 1
JOSEPHINE S AMATUCCI

Member 1 Coverage
B

Insured Member 2

Member 2 Coverage

31467618311745001011509243465 2

If you make a payment of $2070.00 by January 31 for the full year, you'll save $24! Call if you have any questions: 1-800-523-6500.

PO BOX 650291
DALLAS TX 75265-0291

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO UNITEDHEALTHCARE INSURANCE COMPANY.
PLEASE DO NOT STAPLE, TAPE, CLIP, OR LAY ANY COUPON AND PAYMENT WITH YOUR RETURN.
PLEASE USE THE ENVELOPE PROVIDED TO RETURN YOUR CHECK AND PAYMENT.

**Liberty Mutual. INSURANCE**

*008051*
LIBERTY MUTUAL INSURANCE
1 LIBERTY SQ
MISHAWAKA IN 46544

Please do not send payments to the address above

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 038960272

*(handwritten) Dec, 2017 — ... for ...*
*(handwritten) last Augu 2 - 219. ... Cal*
*(handwritten) PAYMENTS 106.64*
*(handwritten signature) Hotle*

Josephine, thank you for being our valued customer since 2017!

**THIS IS YOUR INSURANCE BILL FOR ACCOUNT FC1-002509R117A AS OF NOV. 14, 2017**

Questions Regarding Your Bill?
1-800-225-8285

Need to Report a Claim?
1-800-2CLAIMS (1-800-225-2467)

## ACCOUNT SUMMARY

| | | AMOUNT |
|---|---|---|
| 10/18/17 | Previous Account Balance | $395.56 |
| | Payments Received | -$181.11 |
| | Installment Charge | $5.00 |
| 11/14/17 | Current Account Balance | $219.45 |

## BILLING DETAILS

| | FREQUENCY | POLICY BALANCE | AMOUNT DUE |
|---|---|---|---|
| Home Policy H37-218-117400-70 (05/07/17 - 05/07/18) | Monthly | $219.45 | $58.61 |
| 350 GOVERNOR WENTWORTH HWY | | | |

Please Pay Total Amount Due by Dec. 04, 2017     $58.61

˙006262˙

LIBERTY MUTUAL INSURANCE
P.O. BOX 6829
SCRANTON, PA 18505


INSURANCE

**PLEASE READ: Payments or documents sent to the address above will not be processed**

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Your Bill is Past Due.

We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

Josephine, thank you for being our valued customer since 2017!

## THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020

### INSURANCE INFORMATION

| | |
|---|---|
| Policy Number: | H37-218-117400-70 |
| Policy Period: | May 07, 2019 - May 07, 2020 |
| Bill Frequency: | Monthly |
| Property Insured: | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### QUESTIONS

**Questions Regarding Your Policy or Bill?**

1-800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| | |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

| **Please Pay Total Amount Due by April 26, 2020** | **$128.27** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 PAYMENT COUPON

Please send all payments in the envelope provided.
**Please make check payable to: Liberty Mutual Group**

 Save time and money by signing up for automatic payments via your bank account at: LibertyMutual.com/autopay
Or pay your bill online at: LibertyMutual.com/pay

*Lost your envelope? Mail check to:*

Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

### JOSEPHINE AMATUCCI

**Due Date:** April 26, 2020
**Policy Number:** H37-218-117400-70
**Invoice Number:** 00000285724331

| PAY POLICY IN FULL: $128.27 |
|---|
OR
| PAY AMOUNT DUE: $128.27 |

## Amount Enclosed:

$ ☐☐☐ , ☐☐☐ . ☐☐

Please write your policy number on your check. If you are paying multiple policies, please send in corresponding payment stubs.

Policy Number:  55  PHG  284613

Make check payable & mail to:

**The Hartford**

| Payment Due Date | 10/13/20 |
|---|---|
| Current Balance | Minimum Due |
| $615.92 | $106.82 |

Amount
Enclosed $ _____

The Hartford
P O Box 660912
Dallas, TX 75266-0912

AMATUCCI JOSEPHINE
P O BOX 272
WOLFEBORO FALLS, NH 03896

5590408189509000000000000000000000000106820006159261000009 23200

31374994 09/23/20 28 03896 90408189 NV5010UD

Form PLIC-INS1

Issued through **UnitedHealthcare**

Hot Springs, AR 71903-3367

**Action Required**

ε

125RWITD_BILLINGINCOLORO0010050804-01

JOSEPHINE S AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

**Questions?**
We're here to help.
Toll-Free 1-866-460-8854, TTY 711
8 a.m. - 8 p.m. local time, 7 days a week

# Your June 2018 statement.

| | | |
|---|---|---|
| Member ID: | 0173542561 | |
| Previous balance | $ | 79.60 |
| Payments received | $ | 0.00 |
| Current charges | $ | 39.80 |

**Total due** **$119.40**

Due in full by June 1, 2018

See details about your current charges on the back of this page.

## You have a past due balance.

Please call Customer Service to pay your past due balance today. If we don't receive payment soon, you may be disenrolled from the plan.

## About your payment.

Your payment can take up to 10 days to post to your account. If we received it after May 4, 2018, you'll see it on your next statement.

**It's easy to set up automatic payments.**

Use the form on the next page to sign up for Electronic Funds Transfer (EFT) and have your monthly payments automatically deducted from your bank account.

or

Call Customer Service to have your monthly payments automatically deducted from your Social Security or Railroad Retirement board check.

or

Call Customer Service to have your monthly payments automatically charged to your credit card.

You can stop automatic deductions at anytime — keeping you in control of your money.*

**Access your account online.**

Make a payment, view claims and plan details. Sign up to get plan information delivered online.
www.MyAARPMedicare.com

MRAMR1503BG



# MetroCast

**Statement of Service**

Page 1 of 3

Billing Date: November 6, 2017
Account Number: 8383 10 010 0036339

How to reach us ...
Office Hrs M-F 8:00am-6:00pm
Sat 8am-4:00pm www.MetroCast.com
Phone Hrs 24/7 1-800-439-1061

For Service At...
950 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4635

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-0251

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0278

| | |
|---|---|
| Previous Balance | |
| Payment(s) | |
| Monthly Charge(s) | 167.11 |
| Other Charges(s) | 0.00 |
| Tax(s & Fee(s) | 0.00 |
| Balance Due | |
| Payment Due Date | Upon Receipt |

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $65.00 collection o/dek't charge or disconnection of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please see reverse side for account details.





**Cardinal & Glidden Oil Co., Inc.**
P.O. Box 625
Farmington, NH 03835

(603) 755-3562
Fax (603) 755-3530
info@cardinalglidden.com

**Chris Glidden**
**Owner**

*A Family owned and operated company for over 50 years!*

Josephine Amatucc.

Date 3/25/2021
Acct. # 884960001

Paymt. Received #231.64

**IMPORTANT**

**BUDGET PLANS**
This is a memo invoice. Please continue your regular payments

**PREPAY ACCOUNTS**
This receipt/invoice is for your records only

**C.O.D. & BILLABLE**
Discounts are included in the ticket pricing

☐ **NOT FULL**

**PLEASE PAY THIS AMOUNT** ▲ ▲
**- THIS IS YOUR ONLY INVOICE -**
PLEASE REMIT YOUR PAYMENT
UPON RECEIPT OF THIS DELIVERY

AMOUNT RECEIVED  $ _____
☐ CAS-
☐ CHECK

CUSTOMER SIGNATURE  **X** _____

**IMPORTANT SAFETY INFORMATION ON BACK**



## Santander
### CONSUMER USA

183143

JOSEPHINE AMATUCCI
350 GOVERNOR WENTWORTH HWY POB 272
WOLFEBORO FALLS, NH 03896

10/20/14

lo pass last pay

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Number | 4628746 |
| Account Status | Current |
| Statement Date | 10/20/2014 |
| Payment Due Date | 11/08/2014 |
| Payment Amount | $278.83 |
| Payments Made | 0 |
| Maturity Date | 10/08/2020 |
| Past Due Amount | $0.00 |
| Principal | $14,993.00 |
| Accrued Interest | $225.69 |
| Unpaid Fees & Charges | $.00 |
| Estimated Payoff* | $15,218.69 |

**TOTAL AMOUNT DUE**

# $278.83
By 11/08/2014

*Balance including principal, accrued interest, and unpaid fees and charges as of the Statement Date.

ACCOUNT ALERTS & IMPORTANT MESSAGES

**LAWRENCE P. SUMSKI**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
1000 Elm Street, Suite 1002
Manchester, NH 03101

April 4, 2016

Josephine Amatucci
POB 272
Wolfeboro Falls, NH 03896

RE:  Chapter 13 #15-11853-BAH

Dear Ms. Amatucci:

We do not process Plan payments at our office.   Checks need to be sent to our Lock Box in Memphis, Tennessee.   I am therefore returning your check #2358206531** in the amount of $200.00 dated April 2, 2016.

Please send all **Plan Payments** to the following address:

Lawrence P. Sumski
Chapter 13 Trustee
PO Box 833
Memphis, TN 38101-0833

**PLEASE include your case number!**

The address for **correspondence only** is:

Lawrence P. Sumski
Chapter 13 Trustee
1000 Elm Street, Suite 1002
Manchester, NH  03101

Please call if you have any question regarding this.

Yours truly,

/s/ Lawrence P. Sumski

Lawrence P. Sumski

LPS:kc

Telephone: (603) 626-8600
E-Mail Address: SumskiCh13@gmail.com

OFFICE OF THE TAX COLLECTOR
TOWN HALL BUILDING 84 SOUTH MAIN STREET
PO BOX 629
WOLFEBORO, NH 03894-0629

Office Hours: Monday-Friday 8am-4pm Telephone: (603) 569-3902
E-mail - taxcollector@wolfeboronh.us

February 19, 2021

AMATUCCI, JOSEPHINE

PO BOX 272

WOLFEBORO FALLS NH 03896-0272

## NOTICE OF TAX ARREARAGE

2020 TAX RECORDS INDICATE THE FOLLOWING TAX ACCOUNT IS UNPAID

PROPERTY TAX ACCOUNT # 10-3996.701

PROPERTY ID# 151--21

350 GOV WENTWORTH HWY

AMOUNT DUE: $   1108.00

Interest 8% per annum as of due dates 07/10/20 and 1/13/21

The tax amount due together with interest must be paid in full and received by the tax office no later than March 15, 2021 to prevent additional costs associated with notice of impending tax lien.

Amounts do not include up-to-date interest and or cost computation. Please contact the tax office at (603) 569-3902 prior to making payment.

Brenda L. LaPointe, Certified Tax Collector

arrear1-19

*Town of Wolfeboro*

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

| BILLING DATE | 01/28/21 | ACCOUNT NUMBER |
|---|---|---|
| DUE DATE | 02/24/21 | 09-0449.002 |
| **TOTAL AMOUNT DUE** | | **$17,876.46** |

AMOUNT REMITTED  $ _____

Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE ☐

Please return this portion with your payment and make checks payable to

561 1 AV 0.398  E0238X 10256 07137571278 S2 P7999964 0001:0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

---

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

| | | |
|---|---|---|
| ACCT NO. | 09-0449.002 | PROPERTY OWNER: JOSEPHINE AMATUCCI |
| NEXT READ | 02/22/21 | SERVICE LOCATION: 350 GOV WENTWORTH HWY |
| BILLING DATE | 01/28/21 | RATE: DOMESTIC ALL YR DA |

| METER NUMBER(S) | PREVIOUS DATE | PREVIOUS READING | READ CODE | PRESENT DATE | PRESENT READING | READ CODE | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| 83264815 | 12/21/20 | 62685 | AMR | 01/25/21 | 65427 | AMR | 1 | 2742 |

```
PREVIOUS BALANCE                                    $17,543.61
PAYMENTS AS OF 1/28/21                                  $50.00CR

BALANCE FORWARD                                     $17,493.61
CUSTOMER CHARGE                                          $5.55
DISTRIBUTION 2742 KWH @ .035200                         $96.52
GENERATION 2742 KWH @ .102400                          $280.78
                                                ================
TOTAL AMOUNT DUE                                    $17,876.46
```

### KWH USAGE COMPARISON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CURRENT | IN | 35 DAYS YOU USED | 2742 | KWH OR | 78.34 | KWH PER DAY. |
| LAST MONTH | IN | 0 DAYS YOU USED | 0 | KWH OR | 0.00 | KWH PER DAY. |
| PREVIOUS YR. | IN | 35 DAYS YOU USED | 2664 | KWH OR | 76.11 | KWH PER DAY. |

\* THIS IS A REMINDER THAT YOUR ACCOUNT IS PAST DUE! \*

| **TOTAL ELECTRIC CHARGES DUE BY** | 02/24/21 | $17,876.46 |
|---|---|---|

*LEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

:0001