5394 and 5396

### STATE OF NEW HAMPSHIRE

FILED - USDC -NH
2021 MAY 26 AM 11:48

### NH CIRCUIT COURT

Josephine Amatucci  v.  Pulic Defender ..Attorney Dennis P. O'Connor, PLLC

### A PERSONAL INJURY LAWSUIT

### OF LEGAL MALPRACTICE

### JURISDICTION

This cause of action happened in New Hampshire.  The Complaint that

is before the Court is under 42 U.S.C. 1983,  a civil rights action.

### PARTIE'S

Plaintiff....Josephine Amatucci,  P. O. Box 272,  Wolfeboro Falls, NH 03896.

Defendant....Attorney (Public Defender) Dennis P. O'Connor,  PLLC in his individual capacity.

### RELEVANT FACTS

1.      Attorney Dennis P. O'Connor committed legal malpractice,  in a breach of

fudiciary and/or equitable duty,  in a breach of contract,  in his omissions,  trust or

confidence,  resulting in the Plaintiff's damage.  In a  scheme to defraud,  in misconduct

by completely refusing to defend the Plaintiff at the  trial,  in his silence.  Conduct

in reckless disregard of her safety.

### FRAUD

2.      "A fraudulent act is comprised of anything calculated to deceive,  including all
acts,  or a lack of defense,  in a Breach of Legal or Equitable Duty,  trust or confidence justly
reposed, resulting in damage to another."  Tetuan V. A.H. Robins Co. 241 Kan. 44 Syl, 3 738 P.
2d 1210 (1978);   Goven v. Barry, 234 Kans. 721 Syl.8 676 P.2d 90 (1984);  Moore v. State

1

Bank of Burden 240 Kan. 382, 389, 729 P.2d 1205 (1986)."

There was a concealment of facts which O'Connor was under a legal or equitable

duty to COMMUNICATE at trial, and in repect of which he ....COULD NOT REMAIN SILENT.

DuShane v. Union v. Nat'l Bank 223 Kan. at 759. A purpose to prevent the unfairness

of extinguishing a right of action. Bricker, 512 a.2d at 1096. And in refusing to protect her

at the trial, he caused harm to the Plaintiff when she was convicted for a crime he

knew or should have known she never committed.

## RULE 8.4

3.      Under the Rules of Professional Conduct, Attorney O'Connor an officer of

the court engaged in misconduct when he refused to represent the Plaintiff. In a

violation of her civil rights. A direct cause of her mental and physcal distress when

she was convicted of a crime he knew she never committed. He concealed facts which

he was under a legal or equitable duty to "COMMUNICATE" and in respect of which he

....."COULD NOT REMAIN SILENT" . Duchane v. Union v. Nat'l Bank 223 Kan. at 759. In

a purpose to extinguish her right of action.

4.      That O'Connor had a duty to advance all colorable defenses. Fern v.

Ackerman 444 U.S. 193, 198 (1978). That his lack of defense when he did not say a

word at her trial, was a denial of the Sixth Amendment right to effective

counsel.

5.      This is a suit for viable causes of action against Public Defender O'Connor

Furbush 149 N.H. at 431, that she suffered harm as a result of the defendants lack

of representation of her. And his lack of criminal defense. That she was injured

and the cause of her injury was the lack of defense by the Public Defender. That she

suffered harm, she was unlawfully convicted, and the harm was caused by the defendant.

See Beane v. Dana S. Beane & Co. 160 N.H. 708, 712 (2010).

6.      Under her claim under Section 1983,  the Plaintiff was deprived of effective

assistance,  a right protected by the Constitution and that the deprivation occurred

"under color of law"  as an officer of the court,  in  Ineffective assistance of counsel

 a right ........Clearly Established......and  protected under  the SIXTH AMENDMENT.

            "The Sixth Amendment guarantees the rights of criminal defendants the
right to a lawyer,  the right to the nature of the charges and evidence against you.  To
be informed of the nature and cause of the accusation,  to be confronted with the witnesses
against him;  and to have the ASSISTANCE of counsel for his defense."

7.      In Attorney O'Connor's  refusal to make any comments or defense for the

Plaintiff at the trial he was refusing to...." ASSIST".... the Plaintiff,  a violation of the Sixth

Amendment.  A violation of her right to LIBERTY,  when she was convicted due to his

silence at the trial.

                            A SHAM

8.      Therefore the Plaintiff states that O'Connor's  presence at the trial was a SHAM,

as he had a duty to advance all colorable defenses.   Fern v. Ackerman 444 U.S. 193, 198 (1978).

For lack of representation,  lack of criminal defense,  and she was injured and the cause of

her injury was  the direct causation of O'Connor's lack of defense,  for her CONVICTION.

That she suffered harm,  she was unlawfully convicted,   and the harm was caused by the

defendant O'Connor.  See Beane v. Dan S.Beane& co. 160 N.H. 708, 712 (2010).  A right

protected by the Constitution and that the deprivation occurred "under color of law"

where there was NO PROBABLE CAUSE for O'Connor to remain silent during the trial,

instead of defending the Plaintiff as was her right to her criminal defense.

9.      The Public Defender was getting paid to defend her,  to assist her during the

trial.............TO PROTECT HER,  to give her technical assistance.  To oppose the efforts

                              3

of the State to convict her, and instead he just stood by and neve said one word in
her defense.    Yet, it was his duty as a standby counsel to "DEFEND" her, to protect her.

## HISTORY

10.        The Plaintiff fired Public Defender Attorney O'Connor for having ex-parte
communication with the judge before the trial, and he did in fact withdrew as counsel.
She fired him because he communicated with the judge asking the judge as to what
degree of defense he should apply to the Plaintiff.

11.        However, the Plaintiff had made it clear to O'Connor that he would only
serve as a standby counsel and she would defend herself in court at the trial, and that
he would act as a safeguard to her at the trial, defending her as necessary.

12.        Yet although he agreed to withdraw as Counsel he appeared at the trial
and as evidence of an ex-parte communication with the judge, although the Plaintiff
did not want him as Counsel the judge ordered O'Connor to remain and to defend the
Plaintiff.   Against the wishes of the Plaintiff. It was stated at the trial by the judge
that O'Connor was getting paid to defend the Plaintiff, stating a CONTRACT was in
effect for his defense.

13.        The Plaintiff states that her defense by O'Connor was a sham, a mockery,
when he refused to Act, that is he never defended her during the trial, he never said
a word.    Little v. Twomey, 477 F.2d 767, 773 (7th cir. 1973).   There was no PROBABLE CAUSE
for the Public Defender to refuse to defend the Plaintiff in court, and in doing so he
was violating her civil rights.  He violated his CONTRACT to "protect her".

## IMMUNITY

14.        Immunity does not free the Public Defender for his misconduct, for his inactions,
and for his refusal to protect her  civil rights, a protection guaranteed under the Sixth

4

Amendment.  And under Due Process.   Defenders are "obligated to vigorously OPPOSE the

efforts of the state to convict their clients.  A public defender,  lawyer,  is accountable when

 he does not perform his duties,  under the Code of Professional Responsibility.

15.          The Sixth Amendment states

"In all criminal prosecutions,  the accused shall enjoy the right......to have the assistance

of counsel for his defense."  42 U.s.C. 1983 reads in full:

       "Every person who,  under color of any statute,  ordianance, regulation, custom  or

usage, of an State or Territory,  subjects,  or causes to be subjected,  any citizen of the United

States thereof to the deprivation of any rights,  privileges,  or immunities secured by the

Constitution and laws,  shall be liable to the party injured in an action at law,  suit in equity,  or

other proper proceeding for redress."

16.          Although the Plaintiff fired  Counsel O'Connor,   he appeared at the trial,

even though he agreed that he would withdraw from the case.   He stated that the

judge would not let him withdraw so he appeared at the trial.    as even though I protested

his appearance at the trial  the judge ordered O'Connor to stay and serve as  counsel for the

Plaintiff. And  judge Greenhalgn made it clear that  O'Connor  would get PAID for serving as

a counsel to  the Plaintiff.

17.          Attorney   O'Connor did not act as counsel for the Plaintiff at the  trial.  As a matter

of fact......HE NEVER SPOKE ONE WORD......in defense of the  Plaintiff during the entire

 trial,  to defend her,    he never gave her any technical assistance,  even though

the judge was continuously abusing her and denying her  rights to cross examine the

state's  witnesses,   when Judge Greenhalgn  would tell the witnesses,  "DON'T ANSWER

THAT"  when she was cross -examining them.   Or the judge would  interrupt the

Plaintiff's  examination of facts to the witnesses,   would end the examination by

abruptly  interferring in the conversation so that it would come to an end,    instead of

the judge  allowing the witnesses to answer her interrogatories.  As one matter of fact

5

when she asked ....."why was she accused of an Assault" when the police knew there

was NO ASSAULT as verified by the alleged victim himself, and his supervisor.

O'Connor did not respond in any way, and when the judge convicted the Plaintiff of a

crime when there was no evidence during the trial that she committed any crime, no

evidence that she committed an Assault on the alleged victim, Attorney O'Connor

just stood by, and didn't interact with the judge to defend the Plaintiff when she was

continually asking the judge what crime she convicted. When the judge was refusing to

respond to her question. That is the judge REFUSED to tell her what crime she

committed. O'Connor stood by and never requested that the judge under the law,

under due process allow the Plaintiff her right to know what crime she had committed.

18.     As, there was no evidence at the trial that the Plaintiff was guilty of any crime.

19.     It was the duty of Attorney O'Connor as a standby counsel, as a "DEFENDER" to

defend the Plaintiff., to give the Plaintiff technical assistance during the trial, whenever

the court was denying her rights.

20.     Thus the Plaintiff is suing O'Connor for depriving her of her Sixth amendment

right to adequate counsel, to redress her grievances. And in not doing his duty she was

injured, and he was the direct cause of the deprivation of her freedom when he refused to

participate in her defense at the trial.

21.     Denial of that right is the result of this lawsuit for ..........."MALPRACTICE".

For ineffective assistance, which he was obligated under the CONTRACT.

22.     He was never involved in the Judicial process. Therefore he had

                        "NO IMMUNITY".

23.     Immunity is for a public defenders......ACTIONS....NOT INACTIONS.

24.     The Public Defender acts under .....color of state law.... for the purpose of

6

section 1983, according to the Seventh Circuit.   And where he did not act within

the scope of his official duties, when he did not ACT at all at the trial, there is no

immunity.    There was a lack of effective representation, which was a violation

of the Plaintiff's constitutional right to effective counsel.   He did not ACT, therefore

it cannot be said he ACTED in good faith or on reasonable grounds for immunity to set

in.    He did not present a defense.  See Wood v. Strickland 420 U.S. 308 (1975).   The

scope of a public defender's immunity can be defined by the constitutional mandate

that an indigent be provided effective assistance of consel.   An evaluation of the

propriety of his ......INACTIONS .  An indigent, deprived of his Sixth Amendment rights

to an adequate counsel has ............effective redress agains him for damages, suffered

because of the Plaintiff's deprivation.

25.        O'Connor violated the  law, his duty, as an advisory counsel  to ensure that the

Plaintiff got a fair hearing,  and to assist her  in any obstacles sher  was facing.  However,

O'Connor made NO EFFORT to safeguard her at the trial and to make sure she got

a  fair trial.   He never said a word during trial and did not adv ise the Plaintiff in

any way,  nor did he defend the Plaintiff when the judge was violating her rights,

for instance when the judge told the witness's not to answer her questions,

when she had a right to

26.        That O'Connor did not interfere when  the judge was interrupting my

my rights to cross examine the State's  witnesses,  he told them "DON'T ANSWER

THAT"  and he didn't  interfere when I was pleading with the judge to inform me

what crime I was covicted of,  when the judge was convicting me,  and the judge

was refusing to allow me the right to know what crime he was convicting me,  and

where UNDER THE LAW I had a right to know,  O'Connor was not defending me when

he did not stand up to this right and demanding that the judge inform the court

what crime the Plaintiff was being accused of. When persons accused of crimes

are protected from a "CONVICTION" when there is no proof beyond a reasonable

doubt. That O'Connor knew that it was proven at the trial that she did not commit

any crime against the alleged victim. A violation of the Due Process Clause of the

Fifth and Fourteenth Amendments, of the FEDERAL CONSTITUTION.

27.     That the Sixth amendment guarantee's the right to the REASONABLE

EFFECTIE assistance of councel in a criminal prosecution. This is a CLEARLY

ESTABLISHED right. See McMann v. Richardson, 397 U.S. 759, 771 n.14 (1970).

That O'Connor fell below an objective standard of reasonalbleness and that

there is a reasonable possibility that, but for counsel's unprofessionalness

the results of the proceeding, would have been different. Strickland v.

Washington, 466 U.S. 668, 687 (1984).

28.     That in the Plaintiff's view, trial counsel could have had no reasonalble

strategic motivation for failing to object to judge Greenhalgn's error of law.

29.     Attorney O'Connor has no immunity, see Ferri v. Ackerman 100 S.Ct. 402, 62

L.Ed.2d 355 (1979). There is no immunity for court-appointed attorney's. Who

violate their civil rights.

30.     Under 1983 there is no immunity for O'Connor, it is not available under 1983.

for a court-appointed attorney's. See Imbler v. Pachtman, 424 U.s. 409, 96 S.Ct. 984, 47 L.

Ed.2d 128; Pierson v. Ray 386 U.S. 547, 87 S.Ct. 1213, 18 L.Ed.2d 288 (1967).

31.     The Plaintiff is convinced that if O'Connor objected during the trial the judge

would have had to find the Plaintiff innocent. Such as the judge had the duty to dismiss

the case, after the Plaintiff filed a MOTION TO DISMISS and that the judge would have

8

to explain why he was convicting the Plaintiff. And besides the judge was refusing

to let the Plaintiff question the witnesses of the state, of which she had a legal right

to do so. And the judge was not allowing the witnesses to answer her questions

which appealed to her claims of innocense.

32.                             DAMAGES

Therefore I am asking for damages for serious mental angusih due to his

negligence, for a vioaltion of my civil rights, for a breach of contract to safeguard me

to a fair trial, which was his fiduciary duty. When he did not give me an acceptable standard

of care at the trial and I suffered injury and was convicted for a crime he knew I never

committed, based on the lack of evidence by the prosecutor, at the trial, and when I was

wrongly convicted by the judge.

33.        That his lack of duty was the causal connection that caused me harm which

harm was forseeble to O'Connor, when he did not protect me, as was his duty under

the law.

34.        That the Plaintiff is asking for a jury trial of her peers, who will determine the

amount of damages O'Connor has to pay the Plaintiff Josephine Amatucci.

35.        For violating my Constitutional rights, for not protecting me by allowing the judge

to convict me, without protesting, when there was no "PROBABLE CAUSE" NO " PROBABLE

CAUSE " for me to be convicted of any crime, no evidence at the trial of a crime being

made, and therefore O'Connor is liable for the mental anguish I suffered. Of an elderly

person 80 years old.

36.        No Transcript is being submitted, because Transcripts are unlawfully doctered,

however, the court and the Plaintiff has a recording of the trial and therefore any denials

O'Connor, of the above facts can be verified by the recording of the trial. Which can

9

prove any contradiction by O'Connor.

Respectfully,

Josephine Amatucci

May 25, 2021

c.  Attorney O'CONNOR

*Josephine Amatucci*

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the

Josephine Amatucc.
_____
Plaintiff/Petitioner

v.

Attorney Dennis P. O'Connor,
PLLC
_____
Defendant/Respondent

)
)
)
)
)
)

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare
that I am unable to pay the costs of these proceedings
and that I am entitled to the relief requested.  I declare
under penalty of perjury that the information below is
true and understand that a false statement may result in
a dismissal of my claims.

Signed: *Josephine Amatucci*

**Instructions**

Complete all questions in this application and then sign it.
Do not leave any blanks: if the answer to a question is "0,"
"none," or "not applicable (N/A)," write that response. If
you need more space to answer a question or to explain your
answer, attach a separate sheet of paper identified with your
name, your case's docket number, and the question number.

Date: *MAY 25 2021*

1. For both you and your spouse estimate the average amount of money received from each of the following
sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly,
semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions
for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ | $ |
| Self-employment | $ N/A | $ N/A | $ | $ |
| Income from real property (such as rental income) | $ None | $ None | $ Tenant left | $ |
| Interest and dividends | $ N/A | $ N/A | $ | $ |
| Gifts | $ N/A | $ N/A | $ | $ |
| Alimony | $ N/A | $ N/A | $ | $ |
| Child support | $ N/A | $ N/A | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
|---|---|---|---|---|
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

4.   How much cash do you and your spouse have? $   *NONE*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  | . | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary
     household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ *UNKNOWN* |
| Other real estate *(Value)* | $ *NONE* |
| Motor vehicle #1 *(Value)*   *VALUE UNKNOWN* | $ *2012 NISSAN CENTRA* |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
       spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
       monthly rate.

*See Attached*

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?  ☐ Yes   ☐ No<br>    Is property insurance included?  ☐ Yes   ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $        0.00 | $        0.00 |

9.      Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes   ☐ No      If yes, describe on an attached sheet.  *No Rental Income*

10.     Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☐ No

If yes, how much?   $ _____

11.     Provide any other information that will help explain why you cannot pay the costs of these proceedings.

*Every month because See Attached I do not make it Financially I Borrow From My church, and Pay Back when I get My Social Security*

12.     Identify the city and state of your legal residence.

*Wolfeboro, New Hampshire*

Your daytime phone number:   *603 - 569 - 2429*

Your age:  *82*    Your years of schooling:  *3 years College*

INCOME

SOCIAL SECURITY    1,154.00
BOARDER              350.00

**BILLS**

|  |  | **MONTHLY** |
|---|---|---|
| 1. | ~~REAL ESTATE~~ | ~~92.00~~ |
| 2. | AARP-UNITED HEALTH  INSURANCE | 174.50 |
| 3. | LIBERTY MUTUAL HOUSE INSURANCE | |
|  | AND CAR INSURANCE | 181.11 |
| 4. | PRESCRIPTION DRUG | 32.60 |
| 5. | Metrocast | 184.63 |
| 6. | Fuel (heating) | 250.00 |
| 7. | Santander (Car Payment) | 278.83 |
| 8. | Lawrence Sumski (Bankrupcy) | 500.00 |
| 9. | Electric (Town) | 50.00 |
| 10. | Food | 200.00 |
| 11. | Gas for car | 100.00 |
| 12. | Clothing | 50.00 |

Champion Mort.

**TOTAL 2,084.66**

**TOTAL INCOME**    ~~3,083.55~~   1,511.50 TOTAL
                                    ONLY Social Security

At end of month I borrow the balance from my church.   And it goes on and on.

This is to advise the courts that I do not make
it Financially at the end of the month and I go
to my local church and 1 borrow money until I get
my social security.
                              Josephine Amatucci

ALSO MY TENANT LEFT I DO NOT
GET RENTAL INCOME

Your New Benefit Amount

BENEFICIARY'S NAME: JOSEPHINE S AMATUCCI

Your Social Security benefit will increase by **1.3%** in 2021 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---:|
| Your monthly benefit before deductions | $1,694.50 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 19, 2020 or if someone else pays your premium, we show $0.00) | $148.50 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2021. If you did not elect withholding as of November 1, 2020, we show $0.00) | $0.00 |
| U.S. Federal tax withholding | $0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 19, 2020, we show $0.00) | $0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2020 on or about December 31, 2020. | **$1,546.00** |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* or call their Electronic Payment Solution Center at **1-800-333-1795.** If outside the United States, please call **1-214-254-3113.**

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. The fastest and easiest way to file an appeal is to visit *www.ssa.gov/benefits/disability/appeal.html* online.

AARP

**Payment Coupon**

| Membership Number | *Payment is due on or before the due date.* | Due Date | Amount Due |
|---|---|---|---|
| 314676163-1 | | 01-01-2015 | $174.50 |

Insured Member 1
JOSEPHINE S AMATUCCI
Member 1 Coverages
B

Insured Member 2
Member 2 Coverages

314676163117450010115091414652

If you make a payment of $2070.00 by January 31 for the full year, you'll save $24! Call if you have any questions: 1-800-523-5800.

PO BOX 660291
DALLAS TX 75266-0291

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO UNITEDHEALTHCARE INSURANCE COMPANY.
PLEASE DO NOT FOLD, STAPLE, OR TAPE COUPON AND CHECK WITH YOUR RETURN.
PLEASE USE THE ENVELOPE PROVIDED TO RETURN COUPON AND PAYMENT.

\*000051\*
LIBERTY MUTUAL INSURANCE
1 LIBERTY SQ
MISHAWAKA IN 46544

Please do not send payments to the address above

**Liberty Mutual.**
**INSURANCE**

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 038960272

*[handwritten: NONE]*

*[handwritten: Dec. 20__  LAST NOV __ 9 - __ No __ __  219.4__  Col  PAYMENTS 106.64]*

Josephine, thank you for being our valued customer since 2017!

**THIS IS YOUR INSURANCE BILL FOR ACCOUNT FCL0025092117A AS OF NOV. 14, 2017**

| ACCOUNT SUMMARY | | AMOUNT |
|---|---|---|
| 10/18/17 | Previous Account Balance | $395.56 |
| | Payments Received | -$181.11 |
| | Installment Charge | $5.00 |
| 11/14/17 | Current Account Balance | $219.45 |

**Questions Regarding Your Bill?**
1-800-225-8285

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

| BILLING DETAILS | FREQUENCY | POLICY BALANCE | AMOUNT DUE |
|---|---|---|---|
| Home Policy | H37-218-117400-70 (05/07/17 - 05/07/18) | Monthly | $219.45 | $58.61 |
| 350 GOVERNOR WENTWORTH HWY | | | |

**Please Pay Total Amount Due by Dec. 04, 2017** $58.61

˙006262˙

LIBERTY MUTUAL INSURANCE
P.O. BOX 6829
SCRANTON, PA 18505



**PLEASE READ: Payments or documents sent to the address above will not be processed**

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

### Your Bill is Past Due.

We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

**Josephine, thank you for being our valued customer since 2017!**

## THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020

### INSURANCE INFORMATION

| Policy Number: | H37-218-117400-70 |
|---|---|
| Policy Period: | May 07, 2019 - May 07, 2020 |
| Bill Frequency: | Monthly |
| Property Insured: | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| | |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Please Pay Total Amount Due by April 26, 2020    $128.27**

### QUESTIONS

**Questions Regarding Your Policy or Bill?**

1-800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

---

 **PAYMENT COUPON**

Please send all payments in the envelope provided.
Please make check payable to: Liberty Mutual Group

Save time and money by signing up for automatic payments via your bank account at: LibertyMutual.com/autopay
Or pay your bill online at: LibertyMutual.com/pay

Lost your envelope? Mail check to:

Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**JOSEPHINE AMATUCCI**

**Due Date:** April 26, 2020
**Policy Number:** H37-218-117400-70
**Invoice Number:** 00000285724331

| PAY POLICY IN FULL: | $128.27 |
|---|---|

OR

| PAY AMOUNT DUE: | $128.27 |
|---|---|

**Amount Enclosed:**

$ [ ][ ][ ] , [ ][ ][ ] . [ ][ ]

---

Please write your policy number on your check. If you are paying multiple policies, please send in corresponding payment stubs.

---

Make check payable & mail to:
**The Hartford**

Policy Number:  55 PHG 284613

| Payment Due Date | 10/13/20 |
|---|---|
| Current Balance | Minimum Due |
| $615.92 | $106.82 |

Amount
Enclosed $ _____

The Hartford
P O Box 660912
Dallas, TX 75266-0912

AMATUCCI JOSEPHINE
P O BOX 272
WOLFEBORO FALLS, NH 03896

5590408189509000000000000000000000010682000615926100009232OO

Form PLIC-INS1

31374994 09/23/20 28 03896 90408189 NV5010UD

Insured through **UnitedHealthcare**

Hot Springs, AR 71903-3367

ε

**Action Required**

125PWRTD_BILLINGINCOLOR0001005-00504-01
**JOSEPHINE S AMATUCCI**
**PO BOX 272**
**WOLFEBORO FALLS NH 03896-0272**
ılıılıılılıılıılıılıılıılıılıılıılıılıılıılıılıı

Questions?
We're here to help.
Toll-Free 1-866-460-6854, TTY 711
8 a.m. - 8 p.m. local time, 7 days a week

# Your June 2018 statement.

| Member ID: | 0173542561 | |
|---|---|---|
| Previous balance | $ | 79.60 |
| Payments received | $ | 0.00 |
| Current charges | $ | 39.80 |

| | |
|---|---|
| **Total due** | **$119.40** |
| **Due in full by** | **June 1, 2018** |

See details about your current charges on the back of this page.

## You have a past due balance.

Please call Customer Service to pay your past due balance today. If we don't receive payment soon, you may be disenrolled from the plan.

## About your payment.

Your payment can take up to 10 days to post to your account. If we received it after May 4, 2018, you'll see it on your next statement.

## It's easy to set up automatic payments.

Use the form on the next page to sign up for Electronic Funds Transfer (EFT) and have your monthly payments automatically deducted from your bank account.

or

Call Customer Service to have your monthly payments automatically deducted from your Social Security or Railroad Retirement board check.

or

Call Customer Service to have your monthly payments automatically charged to your credit card.

You can stop automatic deductions at anytime — keeping you in control of your money. *

## 💻 Access your account online.

Make a payment, view claims and plan details. Sign up to get plan information delivered online.
**www.MyAARPMedicare.com**

MRAMR1503BG



**MetroCast**

## Statement of Service

Page 1 of 3

Billing Date: November 8, 2017
Account Number: 8282 16 019.0038830

How to reach us ....
Office hrs M-F 8:00am-6:00pm
Sat 8am-4:30pm www.MetroCast.com
Phone line 24/7 1-800-868-1001

For Service At...
350 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4695

METROCAST CABLEVISION
8 APPLE RD BELMONT NH 03220-3281
888 1600 WRAP 05 11079517 NNNNNYNN 01 00614 0029

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $85.00 collection effort charge or disconnection of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please see reverse side for account details.

| | |
|---|---|
| Previous Balance | $ 354.72 |
| Payment(s) | -189.48 |
| Monthly Charge(s) | -167.11 |
| Other Charge(s) | 0.00 |
| Total ( Tax/d) | 0.0 |
| Balance Due | $ 352.88 |
| Payment Due Date | Upon Receipt |





**Cardinal & Glidden Oil Co., Inc.**
P.O. Box 625
Farmington, NH 03835

(603) 755-3562
Fax (603) 755-3530
info@cardinalglidden.com

**Chris Glidden**
**Owner**

*A Family owned and operated company for over 50 years!*

JOSEPHINE AMATUCCI

DATE 3/25/2021

ACCT. # 884960001

PAY MT. RECEIVED $231.64

**IMPORTANT**

**BUDGET PLANS**
This is a memo invoice. Please continue your regular payments

**PREPAY ACCOUNTS**
This receipt/invoice is for your records only

**C.O.D. & BILLABLE**
Discounts are included in the ticket pricing

☐ **NOT FULL**

**PLEASE PAY THIS AMOUNT** ▲ ▲
**- THIS IS YOUR ONLY INVOICE -**
PLEASE REMIT YOUR PAYMENT
UPON RECEIPT OF THIS DELIVERY

| AMOUNT RECEIVED | $ _____ | ☐ CASH |
| --- | --- | --- |
| CUSTOMER SIGNATURE | X | ☐ CHECK |

**IMPORTANT SAFETY INFORMATION ON BACK**


## Santander
### CONSUMER USA

**ACCOUNT INFORMATION**

10/20/14

| | |
|---|---|
| Account Number | 4628746 |
| Account Status | Current |
| Statement Date | 10/20/2014 |
| Payment Due Date | 11/08/2014 |
| Payment Amount | $278.83 |
| Payments Made | 0 |
| Maturity Date | 10/08/2020 |
| Past Due Amount | $0.00 |
| Principal | $14,993.00 |
| Accrued Interest | $225.69 |
| Unpaid Fees & Charges | $.00 |
| Estimated Payoff* | $15,218.69 |

183143


JOSEPHINE AMATUCCI
350 GOVERNOR WENTWORTH HWY POB 272
WOLFEBORO FALLS, NH 03896

10 DAYS PAST DUE

**TOTAL AMOUNT DUE**
## $278.83
By
**11/08/2014**

*Balance including principal, accrued interest, and unpaid fees and charges as of the Statement Date.

**ACCOUNT ALERTS & IMPORTANT MESSAGES**

**LAWRENCE P. SUMSKI**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
1000 Elm Street, Suite 1002
Manchester, NH 03101

April 4, 2016

Josephine Amatucci
POB 272
Wolfeboro Falls, NH 03896

RE:  Chapter 13 #15-11053-BAH

Dear Ms. Amatucci:

We do not process Plan payments at our office.   Checks need to be sent to our Lock Box in Memphis, Tennessee.   I am therefore returning your check #23052063510 in the amount of $299.00 dated April 2, 2016.

Please send all _Plan payments_ to the following address:

Lawrence P. Sumski
Chapter 13 Trustee
PO Box 839
Memphis, TN 38101-0839

**PLEASE include your case number!**

The address for _correspondence only_ is:

Lawrence P. Sumski
Chapter 13 Trustee
1000 Elm Street, Suite 1002
Manchester, NH 03101

Please call if you have any question regarding this.

Yours truly,

/s/ Lawrence P. Sumski

Lawrence P. Sumski

LPS:kc

Telephone: (603) 626-8899
E-Mail address: SumskiCh13@gmail.com

*[handwritten notes: NATIONWIDE - PERKINS / Dear Jodie Howard / 469-549-3142 - Karen / CALL her / Per no. for 5 years / Taxes]*

OFFICE OF THE TAX COLLECTOR
TOWN HALL BUILDING 84 SOUTH MAIN STREET
PO BOX 629
WOLFEBORO, NH 03894-0629

Office Hours: Monday-Friday 8am-4pm Telephone: (603) 569-3902
E-mail - taxcollector@wolfeboronh.us

February 19, 2021

AMATUCCI, JOSEPHINE

PO BOX 272

WOLFEBORO FALLS NH 03896-0272

## NOTICE OF TAX ARREARAGE

2020 TAX RECORDS INDICATE THE FOLLOWING TAX ACCOUNT IS UNPAID

PROPERTY TAX ACCOUNT # 10-3996.701

PROPERTY ID# 151--21

350 GOV WENTWORTH HWY

AMOUNT DUE: $   1108.00

Interest 8% per annum as of due dates 07/10/20 and 1/13/21

The tax amount due together with interest must be paid in full and received by the tax office no later than March 15, 2021 to prevent additional costs associated with notice of impending tax lien.

Amounts do not include up-to-date interest and or cost computation. Please contact the tax office at (603) 569-3902 prior to making payment.

Brenda L. LaPointe, Certified Tax Collector

arrearl-19

| BILLING DATE | 01/28/21 | ACCOUNT NUMBER |
|---|---|---|
| DUE DATE | 02/24/21 | 09-0449.002 |
| **TOTAL AMOUNT DUE** | | $17,876.46 |

*Town of Wolfeboro*

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

**AMOUNT REMITTED   $** _____
Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE ☐
Please return this portion with your payment and make checks payable to:

561 1 AV 0.398   E0238X I0256 D7137571278 S2 P7999964 0001:0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

| ACCT NO. | 09-0449.002 | PROPERTY OWNER | JOSEPHINE AMATUCCI |
|---|---|---|---|
| NEXT READ | 02/22/21 | SERVICE LOCATION | 350 GOV WENTWORTH HWY |
| BILLING DATE | 01/28/21 | RATE | DOMESTIC ALL YR DA |

| METER NUMBER(S) | PREVIOUS DATE | PREVIOUS READING | PREVIOUS READ CODE | PRESENT DATE | PRESENT READING | PRESENT READ CODE | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| 83264815 | 12/21/20 | 62685 | AMR | 01/25/21 | 65427 | AMR | 1 | 2742 |

```
PREVIOUS BALANCE                              $17,543.61
PAYMENTS AS OF 1/28/21                          $50.00CR

BALANCE FORWARD                              $17,493.61
CUSTOMER CHARGE                                   $5.55
DISTRIBUTION 2742 KWH @ .035200                 $96.52
GENERATION 2742 KWH @ .102400                  $280.78
                                       ===============
TOTAL AMOUNT DUE                             $17,876.46
```

### KWH USAGE COMPARISON

| | | | | | | |
|---|---|---|---|---|---|---|
| CURRENT | IN | 35 DAYS YOU USED | 2742 | KWH OR | 78.34 | KWH PER DAY. |
| LAST MONTH | IN | 0 DAYS YOU USED | 0 | KWH OR | 0.00 | KWH PER DAY. |
| PREVIOUS YR. | IN | 35 DAYS YOU USED | 2664 | KWH OR | 76.11 | KWH PER DAY. |

* THIS IS A REMINDER THAT YOUR ACCOUNT IS PAST DUE! *

| **TOTAL ELECTRIC CHARGES DUE BY** | 02/24/21 | $17,876.46 |
|---|---|---|

*LEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

:0001