From: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896



United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301