

5599

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

v.

Dan A. Jimenez


A PETITION IN EQUITY


1.      The Plaintiff is asking the Court to reverse the defendants FRAUDULENT ruling regarding the event that occurred on September 7, 2018, at the Carroll County District Attorney's ...." OFFICE".

2.      The Plaintiff states that Mr. Jimenez  FRAUDULENTLY AND INTENTIONALLY MISREPRESENTED AND MISINTERPRETED the Plaintiff's version of events by FRAUDULENTLY stating that she claimed that Young caused her an Assault of excessive force in the Carroll County ADMINSITRAIVE BUILDING, when the truth was that the Plaintiff told Mr. Jimenez that the crime of Excessive Force by Young on an 80 yeara old elderly person, occurred in the ...."OFFICE"....of the District Attorney, and ............NOT IN THE ADMINSITRATIVE BUILDING ..........while he was escorting her outside the building as he stated.

3.      Please refer to the attached copy of the letter that the Plaintiff sent to Jimenez, accusing him of his FRAUD.

1

4.       Therefore,  this Court must ORDER Jimenez to reverse his fraudulent decsion in finding Young not guilty of causing injury to the Plaintiff, while he was escorting her outside the building, which was a fraudulent misinterpretation of the true version of events as stated by the Plaintiff, when she told him the excessive force occurred INSIDE THE OFFICE of the County Attorney.

5.       That Jimenez will present the court with the Plaintiff's letter she mailed to him explaining why Young must be terminated, showing it all happened inside the office.

6.        The Plaintiff does not want Young PROSECUTED, but he must be terminated for committing this FELONY against an elderly person without PROBABLE CAUSE..

Respectfully,

Josephine Amatucci

January 22, 2022

c.   Dan J. Jimenez

*Josephine Amatucci*

2 a

5596

To :         Dan A. JimeneZ..........criminal bureau

From:     Josephine Amatucci

Re:         Response to your letter of January 14, 2022 regarding  Deputy Young

Dear dear Mr. Jiminez:

1. Your investigation is completely off track on the facts and LAW contained in  my Complaint regarding where Deputy Young committed his crime of  Excessive Force  against me.

2. I specifically stated in my Complaint that  I was attacked by Young inside the   .... DISTRICT ATTORNEY'S  OFFICE ..... not OUTSIDE of  her office..... in the Adminsitrative Building as you stated,  when Young was  escorting me out the building itself.

3. When you based your entire investigation on what happened OUTSIDE OF THE COUNTY ATTORNEY'S OFFICE.   This is called ...... INTENTIONALLY AND FRAUDULENTLY MISINTERPRETING AND  MISREPRESENTING THE EVIDENCE IN THE CASE.   A Fourth and Fourteenth Amendment violation.

4. Although the County Attorney's  office is located inside the ADMINSIRATIVE  BUILDING, my Complaint was based entirely on what  occurred inside the ...... "OFFICE"           OF THE COUNTY ATTORNEY.  Not in the building where and when Young was escorting me outside the building.

5. The event,  the violation of my Civil Rights by Young the Excessive Force,  all occurred inside the OFFICE of the Attorney General,   as described clearly in my Complaint  obligated you to do your entire investigation  inside the County Attorney's  office, that you was obligated  to investigate the  County Attorney herself, investigate the  Employee or Employee's  of the Count Attorney's  office,  to get their version of events under oath,  and  you had the obligation to get the name of the employee who admitted in writing that she took pictures of the event on her IPhone,  and get  the pictures and recording of the event from her ,  that was on her IPhone and also you was obligated to get a copy of the video tape from the  video camera located in the waiting room of the office of the Attorney General which depicted the entire ASSAULT by Young...... THIS WAS WHAT YOUR INVESTIGATION ENTAILED....not what happened as Young was escorting me outise the building,  that your INVESTIGATION had to be based solely on what

1

occurred inside the OFFICE.

6. That, in investigating the truth to my Complaint Mr. Jimenez, you don't look for the truth inside the Sheriff's office where they are all defendants in this case, and you don't INTENTIONALLY distort and misinterpret where the Assault took place by Young.

7. You don't ignore the photogaraph of the injury to my arm and the hospital record of my injury by Young. You don't ignore that this was an ASSUALT of an 80 year old victim, without probable cause which is a FELONY under the law.

8. Therefore, I am going to file a lawsuit against you Mr. Jimenez, in YOUR INDIVIDUAL STATUS, where you have NO IMMUNITY, where you warred against the Constitution, by violating my civil rights, when you deceitfully and INTENTIONALLY FRAUDULENTLY misrepresented my Complaint, of Excessive Force an ESTABLISHED RIGHT under the Fourth Amendment, under 1983, a violation of Due Process, where there is NO IMMUNITY, by INTENTIALLY committing FRAUD, in violation of my Civil rights where I am allowed damages.

Respectfully,

Josephine Amatucci

January 21, 2022

*Josephine Amatucci*

From: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

BOSTON MA 020
22 JAN 2022 PM 9 L

United States District Court
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135