**FIRST CLASS**

Wolfeboro Falls, N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant Street
Room 110
Concord, N.H. 03301





U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO FALLS, NH
03896
FEB 19, 22
AMOUNT
$1.56
R2303S102236-01