AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

_Josephine Annicci_
_____
Plaintiff/Petitioner
v.
_Trooper Rae, et al_
_____
Defendant/Respondent

) 
) 
) Civil Action No.
) 
) 

FILED - USDC - NH
2022 MAY 20 PM 12:51

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Josephine Annicci_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 5/20/2022

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ _see attached_ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ *N/A* | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | *N/A* | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | *NOT APPLICABLE* | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | *N/A* | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ UNKNOWN |
| Other real estate (Value) | $ NONE |
| Motor vehicle #1 (Value) | $ UNKNOWN |
| Make and year: 1995 NISSAN VERSA | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: N/A | |
| Model: | |
| Registration #: | |
| Other assets (Value) N/A | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| The Judges | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ *See Attached* | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ *See Attached* | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: *None* | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: See Attached | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes ☐ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☐ Yes ☐ No

    If yes, how much? $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: 603-569-2429
    Your age: 84   Your years of schooling: 3 yrs. College

**5620**

SOCIAL SECURITY     $1,624.00

| | | |
|---|---|---:|
| 1. | AARP-United Health Insurance | 174.50 |
| 2. | Liberty Mutual House Insurance | 127.46 |
| 3. | Prescripttion Drugs | 32.60 |
| 4. | Metrocast | 184.11 |
| 5. | Fuel (heating) | 350.00 |
| 6. | Electric (Town) | 50.00 |
| 7. | Food | 300.00 |
| 8. | Gas for Car | 100.00 |
| 9. | Clothing | 50.00 |
| 10. | Allstate (car) | 103.14 |

TOTAL     $1, 471.81

Social Security     $1,624.00



**AARP® Medicare Supplement Plans**
insured by **UnitedHealthcare Insurance Company**

Page 1 of 1

New York residents are served by UnitedHealthcare Insurance Company of New York.

Please contact UnitedHealthcare if you have questions:

UnitedHealthcare
PO Box 740819
Atlanta, GA 30374-0819

Toll free: 1.800.523.5880
Español: 1.800.822.0246
TTY: dial 711

www.myAARPMedicare.com

**This is not a bill.**
**This is an Explanation of Benefits (EOB) for your:**
• AARP Medicare Supplement Plan N
Please keep this update for your records.

**Statement Date:** July 6, 2018
**Membership Number:** 314676183-11
JOSEPHINE S AMATUCCI
PO BOX 272
WOLFEBORO FALLS, NH 03896-0272

### Your Plan Description(s)

Your AARP Medicare Supplement Plan is designed to help cover Medicare approved expenses that Medicare did not pay in full.

## Medicare Part B Services: Claim details

Claim 81780-564636-1

Claim Processed
06/28/18

HUGGINS HOSP
PO BOX 912
WOLFEBORO, NH 03894-0912

| Plan Code & Service Date(s) Provider Type of Service | Amount Charged | Medicare Approved Amount | Applied to Medicare Deductible | Medicare Paid | Plan Cost-Share | Your Plan Paid | Items & Notes |
|---|---|---|---|---|---|---|---|
| N  06/06/18 COSTELLO Doctor's office visit | 185.00 | 91.91 | | 66.51 | | 25.40 | A |
| **Totals** | $185.00 | $91.91 | | $66.51 | | $25.40 | |

$0.00   Your plan paid to you
$25.40  Your plan paid to provider

### Notes
Ⓐ Your provider accepted Medicare assignment and cannot charge you more than the Medicare Approved Amount.

**Comments about your claim**
The Medicare Paid Amount may be different than the Medicare Paid Amount shown on your Medicare Statement. This was done simply to process your claim.

Continued ▶

UnitedHealthcare
PO Box 740819
Atlanta, GA 30374-0819

Please contact UnitedHealthcare if you have questions:

UnitedHealthcare
PO Box 740819
Atlanta, GA 30374-0819

Toll free: 1.800.523.5880
Español: 1.800.822.0246
TTY: dial 711

www.myAARPMedicare.com

187IMBREGULARBW0004002-01134-01
JOSEPHINE S AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Benefits at a Glance

**Membership Number:** 314676183-11
**Statement Date:** July 6, 2018

| Paid to Providers | Paid to You | Total Paid by Your Plans(s) |
|---|---|---|
| $25.40 | $0.00 | $25.40 |

**This is not a bill.** Please keep this update for your records.

**Remember to submit your claims as soon as you can.** Your plan requires claims to be submitted within a specified time period. Please refer to your Certificate of Insurance for this time period. Don't delay.

**If you ever suspect insurance fraud,** please call the UnitedHealthcare Fraud Hotline at 1.800.242.0453. Giving false information to any insurance company is fraud—a crime that can result in criminal and civil penalties.



AARP® | Medicare Supplement Plans
insured by UnitedHealthcare Insurance Company

New York residents are served by UnitedHealthcare Insurance Company of New York

"006262"

LIBERTY MUTUAL INSURANCE
P.O. BOX 6829
SCRANTON, PA 18505



**PLEASE READ:** Payments or documents sent to the address above will not be processed

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Your Bill is Past Due.

We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

Josephine, thank you for being our valued customer since 2017!

**THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020**

### INSURANCE INFORMATION

| | |
|---|---|
| Policy Number: | H37-218-117400-70 |
| Policy Period: | May 07, 2019 - May 07, 2020 |
| Bill Frequency: | Monthly |
| Property Insured: | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### QUESTIONS

**Questions Regarding Your Policy or Bill?**
1-800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

**Please Pay Total Amount Due by April 26, 2020    $128.27**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **PAYMENT COUPON**

Please send all payments in the envelope provided.
Please make check payable to: Liberty Mutual Group

 Save time and money by signing up for automatic payments via your bank account at: LibertyMutual.com/autopay
Or pay your bill online at: LibertyMutual.com/pay

*Lost your envelope? Mail check to:*

Liberty Mutual Group

**JOSEPHINE AMATUCCI**

Due Date: April 26, 2020
Policy Number: H37-218-117400-70
Invoice Number: 00000285724331

PAY POLICY IN FULL  $128.27
OR
PAY AMOUNT DUE  $128.27

**Amount Enclosed:**

RX

November 08, 2017

Member ID: 017354256-1

Dear JOSEPHINE S AMATUCCI,

**You have a past due amount. Please pay so you don't lose your plan.**

We want to let you know that you have a past due amount on your AARP MedicareRx Saver Plus (PDP) account. As of November 08, 2017, you owe $65.20. Please pay this amount upon receipt so that you won't be disenrolled.

**What happens if I don't pay?**
If we don't receive payment for the past due amount and each month's premium (monthly charge) by December 31, 2017, we will have to disenroll you from AARP MedicareRx Saver Plus (PDP) effective December 31, 2017. After December 31, 2017, you will no longer be covered by AARP MedicareRx Saver Plus (PDP). However, your other Medicare benefits will not be affected if you are disenrolled from AARP MedicareRx Saver Plus (PDP).

**Premium payments**
Your premium is due on the first of each month. If we don't receive your payment by the first of each month it will be added to your past due amount.

If you wish to pay your next month's premium today with the past due amount, here's the total:

| | Amount | Due date |
|---|---|---|
| Past due amount | $65.20 | Upon receipt |
| Premium (monthly charge) | $12.00 | December 01, 2017 |

# MetroCast

**Statement of Service**

Page 1 of 3
Billing Date: November 6, 2017
Account Number: 8282 16 019 0036339

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-3251

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

How to reach us ....
Office hrs M-F 8:00am-6:00pm
Sat 8am-4:30pm www.MetroCast.com
Phone hrs 24/7 1-800-952-1001

For Service At...
350 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4635

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $25.00 collection effort charge or disconnection of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please use reverse side for account details.

| | |
|---|---|
| Previous Balance | $ 364.79 |
| Payment(s) | -186.65 |
| Monthly Charge(s) | 167.91 |
| Other Charge(s) | 5.00 |
| Taxes & Fee(s) | 8.95 |
| **Balance Due** | **$ 362.99** |
| Payment Due Date | Upon Receipt |



# PAYMENT RECEIPT

| | |
|---|---|
| Allstate Insurance Company | Agent Name : JON CLARK |
| Northbrook, Illinois | Agent Number : 0C2647 |
| | Agent Address : 35 CENTER STREET, WOLFEBORO, NH 03896 |
| | Business Phone : 1 (603) 569-0110 |

**Receipt No. :** 01645
Payment Date    : 05 / 10 / 2022
Payment Time    : 11 : 55 : 07
Amount Received : $142.08        CR CRD
**Total Received** : **$142.08**

\*\*The above amounts were applied to the following policy(ies)\*\*

| Policy/App Number | Eff. Date | Policy Type | Line | Amount Applied |
|---|---|---|---|---|
| 000000984309966 | 05/12 | AUTO-AFCIC | 010 | $142.08 |

**Customer Name / Address**
JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS, NH 03896

Want more payment options? Visit my agency website or www.allstate.com to find out how you can manage your account 24/7.

**We Appreciate Your Business.**
Thank you for being our customer. I hope you'll remain in Good Hands® with Allstate for many years to come.

*Agent Signature*

# Confirmation

Transaction Type
creditcard
Payment Instrument
MasterCard (xxxx6076)
Policy Number
102687692
Named Insured
Josephine Amatucci
Amount
$132.00
Date
5/10/22
Receipt Number
1010605418

[ OK ] [ Print ]

# Dwelling Basic Quote

American Modern Property and Casualty Insurance Company
Policy Period: 04/05/2022 - 04/05/2023   Policy Term: Annual
Date of Quote: 04/05/2022   Policy Type: Dwelling Basic
Submission Number: 001-475-88-65



## POLICY INFORMATION

### Client Information

**Primary Named Insured:**
JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

**Applicant's Primary Phone:** (603) 569-2429
**Social Security Number:**
**Marital Status:**
**Date of Birth:** 09/**/1938
**Gender:**

**Has the applicant moved in the last 60 days?** No
**Previous Address:**

### Agency Information

**Contracted Agency:** IVANTAGE SELECT AGENCY INC - #302619
**Contracted Agency Address:**
POST OFFICE BOX 5323
CINCINNATI OH 45201

**Your Agent:** JON OLIVER CLARK- #0C2647
**Your Agent Address:**
35 CENTER ST STE 9
WOLFEBORO NH 03896

**Your Agent Phone Number:** (603) 569-0110

**Contracted Agency Phone Number:** (800) 543-2644

## POLICY PREMIUM SUMMARY

| | |
|---|---|
| Total Premium: | $825.00 |
| Taxes and Fees: | $0.00 |
| Total Cost: | $825.00 |

*[handwritten: = Premises Liability]*

### Policy Discounts
Claims Free Discount
Auto/Home Discount

### Dwelling Discounts

**Dwelling #1: 350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**
Deadbolts, Smoke Alarm and Fire Extinguisher

## DWELLING INFORMATION

**Dwelling #1: 350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**

### Dwelling Details

| Occupancy: | Residence Type: | Territory: | Protection Class Code: |
|---|---|---|---|
| Rental | 1 Family Residence | 1 | 4 |

| Year Built: | Construction Type: | Year Roof Replaced: |
|---|---|---|
| 1960 | Frame | 2010 |

## COVERAGE INFORMATION

### Dwelling Coverages

**Dwelling #1: 350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**

| Coverage | Limit / Description | Premium |
|---|---|---|
| Dwelling (Fire & Extended Coverage) | | $584.00 |
| Limit | 139,731 | |

## Dwelling Basic Quote

American Modern Property and Casualty Insurance Company
Policy Period: 04/05/2022 - 04/05/2023   Policy Term: Annual
Date of Quote: 04/05/2022   Policy Type: Dwelling Basic
Submission Number: 001-475-88-65



| | | |
|---|---|---|
| All Other Peril Deductible | 500 | |
| Wind and Hail Deductible | 1,000 | |
| Other Structures | 13,973 | Included |
| Loss Settlement | Full Repair Cost | |
| Additional Living Expense/Fair Rental Value | 1,000 | $5.00 |
| Inspection Fee | | $26.00 |
| Premises Liability | 100,000 | $70.00 |
| Medical Payments | 500 Per person/25,000 Per occurrence | Included |
| Mold and Remediation - Liability | 50,000 | Included |
| Property Manager Premises Liability Extension | | Included |
| Vandalism or Malicious Mischief | | $140.00 |
| Deductible | 500 | |
| Fire Department Service Charge | 500 | Included |
| | **Premium** | $825.00 |

## IMPORTANT NOTICE

This is an insurance quote only, and is not a binder or confirmation of coverage. This quote is subject to change based on final underwriting review. Coverage will not begin until after you have provided your agent with all required documentation and you have been notified that the insurance company has accepted your application.

Thank you for this opportunity to provide an insurance quote for your consideration. If you have any questions about the premium, coverages or payment options, please give us a call.

| | | |
|---|---|---|
| BILLING DATE | 01/28/21 | ACCOUNT NUMBER |
| DUE DATE | 02/24/21 | 09-0449.002 |
| TOTAL AMOUNT DUE | | $17,876.46 |

*Town of Wolfeboro*

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

AMOUNT REMITTED   $ _____

Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE ☐

Please return this portion with your payment and make checks payable to:

561 1 AV 0.398   E0238X  I0256  D7137571278 S2 P7999964 0001:0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

| MUNICIPAL ELECTRIC DEPARTMENT<br>SOUTH MAIN STREET<br>P.O. BOX 777<br>WOLFEBORO, NH 03894-0777<br>603-569-8150<br>603-569-8183 | ACCT NO. | 09-0449.002 | PROPERTY OWNER | JOSEPHINE AMATUCCI |
|---|---|---|---|---|
| | NEXT READ | 02/22/21 | SERVICE LOCATION | 350 GOV WENTWORTH HWY |
| | BILLING DATE | 01/28/21 | RATE | DOMESTIC ALL YR DA |

| METER NUMBER(S) | PREVIOUS | | | PRESENT | | | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| | DATE | READING | READ CODE | DATE | READING | READ CODE | | |
| 83264815 | 12/21/20 | 62685 | AMR | 01/25/21 | 65427 | AMR | 1 | 2742 |

```
PREVIOUS BALANCE                              $17,543.61
PAYMENTS AS OF 1/28/21                           $50.00CR
                                              _____
BALANCE FORWARD                               $17,493.61
CUSTOMER CHARGE                                    $5.55
DISTRIBUTION 2742 KWH @ .035200                   $96.52
GENERATION   2742 KWH @ .102400                  $280.78
                                              ==============
TOTAL AMOUNT DUE                              $17,876.46
```

**KWH USAGE COMPARISON**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CURRENT | IN | 35 DAYS YOU USED | 2742 | KWH OR | 78.34 | KWH PER DAY |
| LAST MONTH | IN | 0 DAYS YOU USED | 0 | KWH OR | 0.00 | KWH PER DAY |
| PREVIOUS YR. | IN | 35 DAYS YOU USED | 2664 | KWH OR | 76.11 | KWH PER DAY |

* THIS IS A REMINDER THAT YOUR ACCOUNT IS PAST DUE! *

| TOTAL ELECTRIC CHARGES DUE BY | 02/24/21 | $17,876.46 |
|---|---|---|

*PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

:0001



**REAL ESTATE TAX BILL**
84 SOUTH MAIN STREET
P.O. BOX 629
WOLFEBORO, NH 03894-0629
603-569-3902

IF YOU HAVE AN ADDRESS CHANGE
PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE ☐

| | |
|---|---|
| TAX YEAR | 2021 |
| ACCOUNT NO.: | 10-3996.70 |
| 1ST INSTALLMENT: | $ 73? |
| 2ND INSTALLMENT: | $ |
| TOTAL PAYMENTS: | $ |
| AMOUNT DUE | $ 73? |
| BY | JULY 01, 2021 |

Property Location: 350 GOV WENTWORTH HWY

2253 1 AV 0.398   E0312X  I0341  D7617520631  S2 P8267085 0001:0001



AMATUCCI, JOSEPHINE
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 629
Wolfeboro, NH 03894-0629

PLEASE DETACH AND RETURN ABOVE PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO THE TOWN OF WOLFEBORO

---

**REAL ESTATE TAX BILL**
84 SOUTH MAIN STREET P.O. BOX 629
WOLFEBORO, NH 03894-0629

**OFFICE HOURS**
MONDAY - FRIDAY : 8:00AM - 4:00PM
TELEPHONE (603) 569-3902
email: taxcollector@wolfeboronh.us

PROPERTY OWNER(S):
AMATUCCI, JOSEPHINE

MAILING ADDRESS:
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

BILL DATE: 05/21/2021
TAX YEAR: 2021
ACCOUNT NUMBER: 10-3996.701
TAX MAP/LOT NUMBER: 151--21
PROPERTY LOCATION: 350 GOV WENTWORTH HWY

| | TAX RATES | TOTAL VALUATION | AMOUNT | ASSESSMENT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|---|---|
| MUNICIPAL | 5.260 | $112,400 | $591.00 | BUILDING VALUE | $118,700 | GROSS TAX | $1,462. |
| SCHOOL - LOCAL | 4.820 | $112,400 | $541.00 | LAND VALUE | $113,700 | CREDITS | |
| SCHOOL - STATE | 1.820 | $112,400 | $204.00 | TOTAL VALUE | $232,400 | NET TAX | $1,462. |
| COUNTY | 1.110 | $112,400 | $124.00 | EXEMPTIONS | $120,000 | FIRST BILL | $731. |
| | | | | | | SECOND BILL | |
| TOTAL | 13.010 | $112,400 | $1,462.00 | TAXABLE VALUE | $112,400 | PAYMENTS | |

| AMOUNT DUE BY | JULY 01, 2021 | $731.00 |
|---|---|---|

IF PAID AFTER DUE DATE ANNUAL INTEREST RATE OF 8% WILL BE CHARGED
PRIOR YEARS TAXES DO NOT INCLUDE ACCUMULATED INTEREST OR COSTS
PLEASE CONTACT THE TAX OFFICE FOR UPDATED AMOUNTS

**IMPORTANT NOTICE TO ALL TAXPAYERS:**

IF YOU ARE ELDERLY, DISABLED, BLIND, A VETERAN OR VETERAN'S SPOUSE, OR ARE UNABLE TO PAY TAXES
TO POVERTY OR OTHER GOOD CAUSE, YOU MAY BE ELIGIBLE FOR A TAX EXEMPTION, CREDIT, ABATEMENT, O

OFFICE OF THE TAX COLLECTOR
TOWN HALL BUILDING 84 SOUTH MAIN STREET
PO BOX 629
WOLFEBORO, NH 03894-0629

Office Hours: Monday-Friday 8am-4pm Telephone: (603) 569-3902
E-mail - taxcollector@wolfeboronh.us

February 19, 2021

AMATUCCI, JOSEPHINE

PO BOX 272

WOLFEBORO FALLS NH 03896-0272

## NOTICE OF TAX ARREARAGE

2020 TAX RECORDS INDICATE THE FOLLOWING TAX ACCOUNT IS UNPAID

PROPERTY TAX ACCOUNT # 10-3996.701

PROPERTY ID# 151--21

350 GOV WENTWORTH HWY

AMOUNT DUE: $ 1108.00

Interest 8% per annum as of due dates 07/10/20 and 1/13/21

The tax amount due together with interest must be paid in full and received by the tax office no later than March 15, 2021 to prevent additional costs associated with notice of impending tax lien.

Amounts do not include up-to-date interest and or cost computation. Please contact the tax office at (603) 569-3902 prior to making payment.

*Brenda A. LaPointe*
_____

Brenda L. LaPointe, Certified Tax Collector

arrear1-19



**Cardinal & Glidden Oil Co., Inc.**
P.O. Box 625
Farmington, NH 03835

(603) 755-3562
Fax (603) 755-3530
info@cardinalglidden.com

Chris Glidden
Owner

*A Family owned and operated company for over 50 years!*

Josephine Amatucci

Date 3/25/2021

Acct. # 884960001

Paymt. Received $231.64

**IMPORTANT**
**BUDGET PLANS**
This is a memo invoice. Please continue your regular payments

**PREPAY ACCOUNTS**
This receipt/invoice is for your records only

**C.O.D. & BILLABLE**
Discounts are included in the ticket pricing

☐ NOT FULL

**PLEASE PAY THIS AMOUNT ▲ ▲**
**- THIS IS YOUR ONLY INVOICE -**
PLEASE REMIT YOUR PAYMENT
UPON RECEIPT OF THIS DELIVERY

AMOUNT RECEIVED $ _____    ☐ CASH  ☐ CHECK
CUSTOMER SIGNATURE X

IMPORTANT SAFETY INFORMATION ON BACK