4767

FILED - USDC -NH
2022 AUG 11 PM 12:22

THE UNITED STATES DISTRICT COURT

DISRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro,  Police Chief Dean Rondeau,

Steve Champaign,  Robert Maloney, Sargeant

William Wright,   prosectors Judy Estes and

Timonthy Morgan

*New Lawsuit*

*Jury Demand*

<u>AN UNLAWFUL 4TH AMENDMENT SEIZURE,   WITHOUT PROBABLE CAUSE, A CLEARLY ESTABLISHED RIGHT UNDER..........THE LAW OF THE LAND,  THE FEDERAL CONSTITUTION.  UNDER FRAUD,  FRAUD IS NEVER FINAL.</u>

### JURISDICTION

1.      This action is brought pursuant to 42 U.S.C. 1983.  Jurisdiction is founded upon 28 U.S.C. 1331 (1x3x4) and aforementioned statutory provision.  Plaintiff further invokes the supplemental jurisdiction of the court under 28 U.S.C. 1`367 (a) to hear  and adjudicate state law claims.

### PARTIES

2.      Plaintiff Josephine Amatucci is a citizen of the United States and a resident of Wolfeboro,  New Hampshire;

3.       Police Chief Dean Rondeau, 251 S. Main Street,  Wolfeboro, NH 03894,  sued Individually;

4.       Town of Wolfeboro,   84 South Main Street,  P.O. Box 629,  Wolfeboro, NH 03894 sue in Official Capacity;

5.       Belnap Sherff's Dept. 42 County Drive,  Laconia,  New Hampshire, 03246 official capacity;

6.       Sargeant William Wright sued individually;

1

7.      Robert Maloney,  Town of Woleboro sued individually'

8.      Steven  champaigne,  sued individually;

9.      Judy Estes,  prosecutor for the Belnap Sheriff's  Dept. sued individually;

10.     Timothy Morgan of the Town of Wolfeboro,  sued individually;

## COMPLAINT INTRODUCTION

11.      This new cause of action is solely based on the viiolation of my civil rights
when I was UNLAWFULLY charged and prosecuted by Sargeant  William Wright on
August 6, 2018 for the crime of causing BODILY INJURY to Robert Maloney,   under
RSA 631:2-A, 1(b) :

.....................WITHOUT PROBABLE CAUSE......WITHOUT PROBABLE CAUSE............
these are  magic words that were "NEVER MENTIONED"  never ruled on by  the
Court in the previous cause of action.   On the merits.

12.      WITHOUT PRO BABLE CAUSE,   Sargeant Wright who  knew before he  filed
the Complaint in the District Court on August 6, 2018 charging the Plaintiff  with the
crime of causing BODLY INJURY to  Robert Maloney,  an employee at the dump,   that
he Sargeant Wright knew that Maloney  had made it clear to Wright during his
investigation of the event that occurred at the dump,  that  he Maloney had no
BODILY INJURY,   that ....THERE WAS NO BODILY INJURY.   And yet knowing there was
no bodily injury Sargeant Wright filed the Complaint and charged the Plaintiff with
causing BODILY INJURY to Robert Maloney.   WITHOUT PROBABLE CAUSE.

13.       A civil rights violation,  a  violation of the Fourth  Amendment,  a  Fourth
amendment Malicious Prosecution,   a  violation of the Fourteenth Amendment under
the Due Process Clause,  a detainment of her liberty rights,  and a Monell claim.   My

2

rights to liberty uner the Fourth and Fourteenth Amendments . State v. Goding, 128 N.H. 267, 270, 513 A.2d 325 (1986), State v. Burr 142 N.H. 89, 91-92, 696 A.2d 1114   (1997). Appeal of Morgan 144 N.H. 44, 47, 742 A.2d 101 (1999).

14.       This issue of having .... NO PROBABLE CAUSE.... to charge and prosecute  was never  addressed by this Court,  never never never never never never never in the JUDGMENT of Joseph A. DiClerico Jr.  did he mention there was NO PROBABLE CAUSE to charge and prosecute her for Bodily Injury.  Charging her WITHOUT PROBABLE CAUSE is the key issue to the claim.  No Probable Cause was  never addressed or mentioned by  the Court at all or on its merits.  Therefore this claim has to be addressed in this new cause of action,  as it is very serious.,   therefore the Plaintiff had to file this New Cause of Action for a ruling on the issue that she was charged and prosecuted .........WITHOUT PROBABLE CAUSE.

## THE ONLY ISSUE IN THIS CAUSE OF ACTION

15.       The previous cause of action was not dismissed with prejudice leaving the Plaintiff the right to file this new cause of action.  And it is to be noted that although the Plaintiff spreads out evidence in the case the ONLY ISSUE IN THIS LAWSUIT,  THE ONLY ISSUE IN THIS LAWSUIT,  is that she was charged and prosecuted for causing bodily injury when the defendants all knew ............THERE WAS NO BODILY INJURY.   Therefore this Court must is ORDERED to only rule on this claim.

..........................................................................

16.       Therefore there  is no res judicata because this claim  of charging her WITHOUT PROBABLE CAUSE was complettley ignored by this judge, this charge was never adudicated or ruled on by the Court, on its merits.   Proving that the judge must step down from this case and another unbiased judge must rule on this new cause

3

of action, with the warning that there will be no DECEIT in the ruling.

17.     Police Chief Dean Rondeau of the Wolfeboro Police Department asked the Belnap County Sheriffs Department to do an investigation an incident that occurred at the dump, and stated to them that the Town of Wolfeboro prosecutor Timothy Morgan would do the prosecution.

18.     However, as it turned out Sargeant William Wright who was doing the investigation had stated to Rondeau that he found no evidence of a prosecutable case during his investigation. However, because Rondeau had the evil INTENT of harming the Plaintiff along with defendants Robert Maloney and Steven Champaigne, Rondeau who at this point did not want to do the prosecution as he was told there was no evidence of a prosecutable case, instead ORDERED sARGEANT Wright to prosecute, and to base the prosecution on a claim of Amatucci causing BODILY INJURY to Maloney, even though Rondeau knew that Maloney had NO BODILY INJURY. With the understanding that the Plaintiff did not have the evidence that Maloney had NO BODILY INJURY. Did not have a copy of the investigation results showing that Maloney had stated there was NO BODILY INJURY.

19.     That when these conspirators sent a copy of the investigation to the Town of Wolfeboro, they made sure they did not send the evidence where Maloney stated to Sargeant Wright that he had ........NO BODILY INJURY.

20.     Therefore this was a Conspiracy to conceal this evidence of NO BODILY INJURY, in order to UNLAWFULLY charge and prosecute the Plaintiff for this charge. based on the fact that Rondeau had

21.     That under the Federal Constitution, government cannot seize a person and take away their liberty, WITHOUT PROBABLE CAUSE, as this would be a violation of the

4

Fourth Amendment, and under Due Process of the Fourteenth Amendment.

### CONSPIRACY TO HARM

22.     That because the defendants all knew there was NO BODILY INJURY to the employee of the dump, and because they still charged and prosecuted the Plaintiff KNOWING that she was NOT GUILTY of the charge, in doing so they are accused of a Fourth Amendment Malicious Prosecution, where "Every arrest and every seizure having the essential attributes of a formal arrest, is unreasonable unless it is supported by probable cause. United States v. Merritt, 945 F.3d 578, 583 (lst Cir. 2019).

### A WARRANT WAS ISSUED FOR HER ARREST

23.     The Plaintiff is attaching facts to show that she was indeed seized, in the attributes of a formal arrest. She is attaching documents which show that Sargeant Willimam Wright obtained an Arrest Warrant on the Plaintiff, and attaching an ARREST REPORT filed by the Belnap Sheriff's Department which is solid proof that she was indeed formerly arrested, without probable casue. A claim for a Fourth Amendment violation. That the defendants failed to prosecute her on Original Complaint for causing Bodily Injury, after she filed a Motion to Dismiss, showing the charge was a false charge, without probable cause, they ABANDONED THE CHARGE, and a dismissal for failure to prosecute reflects upon the merits of the action...favorable merits, as "One does not abandon a meritiorious action once it is instituted." Brodie v. Hawaii Automotive Retail Gasoline Dealers Assoc. (1981) 2 Hawaii App 316, 631 P.2d 600, where the court stated that failure to prosecute was a TERMINATION IN FAVOR OF THE DEFENDANT FOR A MALICIOUS PROSECUTION ACTION. Snider v. Lewis (1971) 150 Ind App 30, 276 NE 2d 160, where the Cort held that the element of a favorable termnation of proceedings was adequately met by proof they were dismissed. That the Original Complaint as filed

5

was insufficient.   In the case of Minasian v. Sapse 1978, 2d Dist. 80 Cal. Rptr 829, the

Court held :

"A dismissal for failure to prosecute", reflects upon the MERITS of the action, favorable to defendant in a claim for a malicicious prosecution.   As one does not abandon a meritorious action once it is instituted."

Snider v. Lewis (1971) 150 Ind. App. 30, 276 NE 2d 160 where the court held:

"The element of a favorable termination of proceedings was adquately met by proof that they ware dismissed."

NO INJURY.....NO PROBABLE CAUSE

24.          Not allowing a hearing on her Motion to Dismiss was a violation of Rule 1.8 G of the rules of the Circuit Court of the State of New Hampshire stating :

"MOTIONS TO DISMISS...will be heard prior to trial by stating the grounds"

Also that  the Original Charge and prosecution under RSA 631:2-a, 1(b) by the

defendants,  was abandoned after she filed a Motion to Dismiss which proved that

there was NO INJURY and therefore there was NO VICTIM,  AND THEREFORE THE COURT

HAD NO JURISDICTION to move forward on the charge,  as there was NO BODILY INJURY,

which was the basis of the charge.    The Motion to Dismiss showed the Court the

evidence of the investigation of Sargeant Wright,  where Robert Maloney  stated

to Wright that he had  NO INJURY.   A violation of Due Process, a Malicious Prosecution

"WITHOUT PROBABLE CAUSE"  State v. Goding,  128 N.H. 267, 270, 513 A.2d 325 (1986).   State

v. Burr,  Appeal of Morgan.   A claim of the right to Due Process,   under Part 1,  Article 15

of the State Constitution and the 5th and 14th Amendment of the Federal Constitution.

25.          But,  in an effort to harm the Plaintiff the Belnap Sheriff's  Department still

went ahead and charged her of causing bodily injury.

BODILY INJURY

6

26.        They did so under the authority of police chief Dean Rondeau who was in

total control of the investigation, he was even seen at her house when Sargeant Wright

and Estes delivered to the Plaintiff the Summons and Complaint. The Wolfeboro police

cruiser was right there in the background watching every step of the way that Wright

was doing.    Rondeau even advised Wright whether to put her in custody or to just summons

her to court. and who had every intention of the towns prosecutor Morgan to do the

prosecution but changed his mind and allowed the Belnap Sheriffs to prosecute. As

when Rondeau was advised by Wright that the case was not a proecutable case, Rondeau

ORDERED " ORDERED'  the Belnap Sheriff's Departmet to PROSECUTE and to charge the

Plaintiff of casing BODILY INJURY,  when he figured that the Plaintiff could not know

or have access to the evidence that Maloney stated to Wright during Wrights investigation

of the matter, that he had no BODILY INJURY. in a Malicious......INTENT........ to harm her.

However, by the grace of God, the Plaintiff had this evidence, or they could easily

have put her in jail, which was Rondeau's INTENT.

### EVIDENCE

27.        As a matter of fact when the Belnap Sheriff's Dept. sent a copy of all the

investigative reports to the Town of Wolfeboro, they did not include the evidence that

showed that Maloney stated to Wright that he had NO INJURY. That they were concealing

the evidence of her innocense of this crime.

### A CIVIL CONSPIRACY

28.        This is a "CIVIL" Conspiracy to maliciously and in an agreement to commit or

cause the commission of the unlawful charge and prosecution without PROBABLE CAUSE.

See State v. Chaisson, 123 N.H. 17, 24, 458 A.2d 95 (1983) stating:

        " to establish liability for conspiracy, the State must demonstrate that the
defendant had a true purpose to effect the result".

7

That by accusing me of a crime they knew I did not commit was a WONTON INFLICTION

OF PAIN.

### DOUBLE JEOPARDY

29.     Under the Fifth Amendment of the United States Constitution it states:

"No person shall be "subject for the SAME OFENSE to be twice put in jeopardy of life or limb. To protect a person from the trauma and inconvence of having to defend against accusation of the 'SAME OFFENSE' more than once.

In State v. Glenn, 160 N.H. 480,486 (2010) the Court stated that the State may prosecute

multiple charges that constitute the SAME OFFENSE in a SINGLE PROCEEDING, consistent

with Part 1, Article 16 as long as it alleges DISTINCT ALTENATE METHODS OF COMMITING

THE OFFENSE.

An Amended Complaint was filed AFTER THE PLAINTIFF FILED HER MOTION TO

DISMISS, which proved there was no injury, which proved that there was no vicitim which

proved the Court had no jurisdiction to folllow through on this unlawful charge. That

the Amended Complaint stated the same facts, that happened at the same time, under

Simple Assault. Both the Original and Amended Complaint added bodily injury. That

they both mentioned ONE ACT.    When there was NO BODILY INJURY. Factually

indistinguisable from one another. State of New Hampshire v. Richard Harris,.  A complete

narrative that was unchanged. A single unit of prosecution. Where proof of the crime

does not require a difference in evidence. State v. Ramsey, 166 N.H. 45, 51 (2014) stated:

" One Assault, one singlular act, done at the same time, in a singular incident, at one time, CONSTITUTES DOUBLE JEOPARDY."

Do the crimes require a difference in evidence.    State v. Gingras, Heald v. Perrin, State v.

Vickles, Supreme Court of NH v. James Locke .

### COMPLICITY

8

30.     The Plaintiff is accusing all the defendants in COMPLICITY in the participation

as a partner in the Act who aids or encourages other perpetrators of the unlawful conduct.

And who shared with them the INTENT to act to complete the crime.   A participation

in the commision of the violation of her Civil Rights.  Causing a relationship to the

other perpetrators.  Common law states that  "a person is accountable for the conduct

of another when he is an accomplice of the other person in the commission of the

violation of a persons civil rights.  Nieves v. McSweeney,  241 F.3d 46, 53 (lst Cir. 2001).

## A MONELL CLAIM.

31.  A Monell case,  see Theresa M. Petrello v. City of Manchester,  civil no. 16-cv-008-LM

(9/07-2017 and Rossi v. Town of Pelham,  96-139-5D (9/29/97) Two cases where this Disrict

court ruled that even one decision of a violation of the Constitution by a policymaking

official,  constituted a "POLICY"  of the municipality,  where liability attaches.  That where

defendants Rondeau and Wright and Estes and Morgan as policymaking officials,  were the

direct cause of her Constitutional violations,  the  municipality is held liable even for a

SINGLE DECISION that is improperly made,  by a policymaking official.  See Pembaur v. City of

Cincinnati where the United States  Supreme Court clarified a Monell claim.  All those who

play a role in the initiation of an unlawful prosecution do not enjoy immunity.

32.                         THE GOOD FAITH DOCTRINE

The good faith rule does NOT APPLY merely because an officer was unaware of a court

ruling holding that particular conduct violates the Fourth Amendment. Rather,  it must

appear to the court not only that the officer had a subjective good-faith belief that his

actions were lawful,  but also that it was objectively reasonable for the officer to hold

the belief.  A mistaken belief based on inadequate training or a lack of awareness of legal

requirements for valid seizures DOES NOT QUALIFY AS 'GOOD FAITH'.  Just as a suspect's

9

ignorance of the law IS NO EXCUSE for violating a statute, an officer's ignorance of the

law is NO EXCUSE FOR VIOLATING THE CONSTITUTION.

COUNT 1:    The violation of the Fourth Amendment of a seizure and detainment of her liberty without probable cause;

Count 11:    A Fourth Amendment Malicious Prosecution;

Count 111:  A Conspiracy with the INTENT, the mens rea to harm the Plaintiff by seizing her without probable cause ;

Count 1V    A monell claim where the Police Chief Dean Rondeau and Sargeant Wright and the prosecutors Morgan and Estes who are policymakers of the municipality   directly caused the violation of her civil rights   forming a liability for the municipality and Belnap Sheriffs Dept. even if it was just for one event under Monell.

Count V     Violation of the Fourteenth Amendment of Due Process where she was charged and prosecuted without probable cause;

Count V1    A violation of her liberty rights;

Count V11   A violation of Double Jeopardy;

33.         Triple damages for the unlawful abuse of an elderly person of 80 years old.


Respectfully,

Josephine Amatucci

April 8, 2020, February 18, 2022   8/9/2022

c. Town of Wolfeboro, Belnap Sheriff's Dept.

Josephine Amatucci

10

# JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: _Unitd States District Court -_

Case Name: _Josephine Amatucc' V: Wolfeboro, Town of, ET AL_

Case Number: _____
(if known)

## STATEMENT OF ASSETS AND LIABILITIES
## FOR INDIVIDUALS AND SOLE PROPRIETORS

1. Name: _Josephine Amatucc'_ DOB: _9/27/38_

2. Residence Address: _350 Governor Wentworth Highway Wolfeboro 03894_

3. Mailing Address (if different): _P.O. 242 Wolfeboro Falls N.H 63896_

4. Marital Status: ☐ Single   ☐ Married   ☐ Separated   ☒ Widowed

5. List the names, ages, relationships of dependents you support:

   _N/A_

6. If you are presently employed, state where and for how long:
   _N/A_ ☐ Full-Time   ☐ Part-Time

7. If unemployed, state last date of employment: _Years & Years Ago_

8. When do you anticipate new employment? _Never I am 82 years old_

9. If your spouse is presently employed, state where and for how long?
   _N/A   Widow_ ☐ Full-Time   ☐ Part-Time

10. If spouse unemployed, state last date of employment: _N/A_

11. List other employed household members and their weekly income: _None_

12. Please state **weekly** take-home amount

| | Yours | Spouse's |
|---|---|---|
| Salary/Wages | $ _____ | $ _____ |
| Child Support | $ _N/A_ | $ _____ |
| Alimony | $ _N/A_ | $ _____ |
| Trust Benefits | $ _N/A_ | $ _____ |
| Investment Income | $ _N/A_ | $ _____ |
| Other | $ _N/A_ | $ _____ |
| *Social Security | $1624.00 $ _1,624.50_ | $ _____ |
| *Welfare Benefits | $ _N/A_ | $ _____ |
| *Veteran's Benefits | $ _N/A_ | $ _____ |
| *Pension | $ _N/A_ | $ _____ |
| **Unemployment Compensation | $ _N/A_ | $ _____ |
| **Worker's Compensation | $ _N/A_ | $ _____ |
| | **Total** _1,54.50_ | $ _____ |

13. What money is presently available to you? _1,624.00_

| | | |
|---|---|---|
| Cash on hand ................................................ | $ | _40.00_ |
| Checking account .......................................... | $ | |
| Savings account ............................................ | $ | |
| Stocks/Bonds/IRA/Pension .......................... | $ | |
| | **Total** | $ _____ |

**Case Name:** _JOSEPHINE AMATUCCI V. TOWN WOLFEBORO, TOWN OF, ET AL_

**Case Number:** _____

**STATEMENT OF ASSETS AND LIABILITIES FOR INDIVIDUALS AND SOLE PROPRIETORS**

14. Please state your **monthly** household expenses:

| | | | |
|---|---|---|---|
| Rent/Mortgage | $ _____ | Cell Phone | $ _____ |
| Property Taxes | $ _____ | Clothing | $ _____ |
| Heat | $ _See Attached_ | Transportation | $ _____ |
| Food | $ _See Attached_ | (including gas, maintenance, insurance, repairs) | |
| Utilities | $ | Other (specify) | |
| Medical/Dental | $ _____ | _____ | $ _____ |
| Insurance | $ _____ | _____ | $ _____ |
| **Total** | $ _____ | | |

15. List any real estate you own, its market value and the amount you owe:

    _350 GOVERNOR WENTWORTH N.6HWAY, WOLFEBORO_
    _MARKET VALUE UNKNOWN - REVERSE MORT- OWE 394 687.35_

16. List any vehicles you own (car, truck, boat, motorcycle, snowmobile, RV), their market value and the amount you owe:

    _2012 NISSAN VERSA - UNKNOWN VALUE - OWE ABOUT $2500.00_

17. List income tax paid last year: $ _YEARS & YEARS AGO_

18. List income tax refund received last year: $ _NONE_

19. Other than monthly household expenses, list any bills you owe, amount owed, to whom, and monthly payment:

    _See Attached_

20. List which of your bills are court-ordered payments (i.e. alimony, judgment in a law suit, etc.):

    _See Attached ~~Alimony or judgment~~_

21. Other than those previously mentioned, list anyone to whom you owe money, amount and when it is due:

    _N/A_

22. If anyone owes you money, state name, address, amount due, and when due:

    _NOBODY OWE ME MONEY_ _N/A_

23. List any property you have transferred within the last three years, to whom and for what price:

    _N/A_

24. List any other assets or expenses not previously mentioned:

    _N/A_

* Exempt income – The Court may not consider this income. If this represents the sole source of income, the court may not issue a

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: _United States District Court_

Case Name: _Josephine Amatucci V. Wolfeboro, Town of ETAL_

Case Number:
(if known)

## MOTION FOR WAIVER OF FILING FEE

I, _Josephine Amatucci    Josephine Amatucci_ , hereby request that the Court waive the filing fee in this case as I do not have the financial ability to pay these fees at this time.

I have completed a Statement of Assets and Liabilities which is being filed with this motion.

In support of this motion, it is stated as follows:

_I cannot make it Financially to the End of the Month, therefore I have to go to my Local Church who allows me to Borrow Money from them, which I pay when I get my Social Security Payment on the 3rd of the month. This continues every month._

Wherefore, it is respectfully requested that this Court waive the filing fee in this case.

_Josephine Amatucci_                         _Josephine Amatucci_          _8/8/2022_
Name of Filer                                           Signature of Filer                     Date

_N/A_                                                        _( 603) 569-2429_
Law Firm, if applicable    Bar ID # of attorney      Telephone

_P.O. Box 272_                                       _RT 109 @ Metrocast. Net_
Address                                                    E-mail

_Wolfeboro Falls N.H. 03896_
City                State         Zip code

**Case Name:** _NOSEPHINP ANATUCC; V. WolFEBoro Town of, ETAL_

**Case Number:** _____

**MOTION FOR WAIVER OF FILING FEES**

## FOR COURT USE ONLY

☐ Motion Granted.                    ☐ Motion Denied

☐ Motion granted, in part. Filing fee reduced, party to pay $ _____

_____

**Date**

5620

SOCIAL SECURITY    $1,624.00

## *CAR INSURANCE*

| | | |
|---|---|---|
| 1. | AARP-United Health Insurance | 174.50 |
| 2. | Liberty Mutual House Insurance | 127.46 |
| 3. | Prescripttion Drugs | 32.60 |
| 4. | Metrocast | 184.11 |
| 5. | Fuel (heating) | 350.00 |
| 6. | Electric (Town) | 50.00 |
| 7. | Food | 300.00 |
| 8. | Gas for Car | 100.00 |
| 9. | Clothing | 50.00 |
| 10. | Allstate (car) | 103.14 |

TOTAL    $1, 471.81

Social Security    $1,624.00

1

 **Medicare Supplement Plans**
UnitedHealthcare
Insurance Company

Please contact UnitedHealthcare if you have questions:

UnitedHealthcare                TTY hearing 1-800-523-5800
PO Box 740819                   Espanol 1-800-523-5214
Atlanta, GA 30374-0819          ext. 711

www.AARPMedicare.com

Page 1 of 1

**This is not a bill.**

## This is an Explanation of Benefits (EOB) for your:

• AARP Medicare Supplement Plan N

**Statement Date:** ...

**Membership Number:** ...

### Your Plan Description(s)

Your AARP Medicare Supplement Plan is designed to help cover Medicare approved expenses that Medicare did not pay in full.

 **Medicare Part B Services:** Claim details

**Claim 81780-564636-1**

**Claim Processed**
**06/28/18**

| | | | | | |
|---|---|---|---|---|---|

| **Totals** | | | | | |

**Notes**

**Ⓐ** ...

**Comments about your claim**

`CO6262`

LIBERTY MUTUAL INSURANCE
PO BOX 6829
SCRANTON, PA 18505



## Liberty Mutual.
### INSURANCE

PLEASE READ: Payments or documents sent to the address above will not be processed

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

**Your Bill is Past Due.**

We have not received your
payment as of 04/06/2020
Please pay total amount due to
avoid possible interruption to your
coverage

**Josephine, thank you for being our valued customer since 2017!**

## THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020

### INSURANCE INFORMATION

| | |
|---|---|
| Policy Number. | H37-218-117400-70 |
| Policy Period | May 07, 2019 - May 07, 2020 |
| Bill Frequency. | Monthly |
| Property Insured | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| | |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Please Pay Total Amount Due by April 26, 2020      $128.27**

### QUESTIONS

**Questions Regarding
Your Policy or Bill?**

· 800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
· 800-2CLAIMS (1-800-225-2467)

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by
paying your balance in full



## PAYMENT COUPON

Please send all payments in the envelope provided.
Please make check payable to: Liberty Mutual Group



Save time and money by signing up for automatic payments via
your bank account at LibertyMutual.com/autopay
Or pay your bill online at: LibertyMutual.com/pay

*Lost your envelope? Mail check to:*

JOSEPHINE AMATUCCI

**Due Date:** April 26, 2020
**Policy Number:** H37-218-117400-70
**Invoice Number:** 00000028572433-1

| | |
|---|---|
| → PAY POLICY IN FULL | **$128.27** |
| OR | |
| → PAY AMOUNT DUE | **$128.27** |

RX

S14ACDSGLPOD1S0001-SD488-02

November 08, 2017

Member ID: 017354256-1

Dear JOSEPHINE S AMATUCCI,

You have a past due amount.
Please pay so you don't lose
your plan.

We want to let you know that you have a past due amount on your AARP MedicareRx Saver Plus (PDP) account. As of November 08, 2017, you owe $65.20. Please pay this amount upon receipt so that you won't disenrolled.

What happens if I don't pay?
If we don't receive payment for the amount you owe, and with monthly premiums (monthly charges) by December 31, 2017, you may lose your coverage from AARP MedicareRx Saver Plus (PDP), effective December 31, 2017. After December 31, 2017, you will no longer be covered by AARP MedicareRx Saver Plus (PDP). However, your other Medicare benefits will not be affected if you are disenrolled from AARP MedicareRx Saver Plus (PDP).

Premium payments
are due on the first of each month. If we don't receive your payment by the first of each month it will be added to your past due amount.

If you wish to pay your next month's premium today with the past due amount, here is the total:

| Past due amount | $65.20 | Upon receipt |
| Premium (monthly charge) | $12.00 | December 01, 2017 |

# MetroCast™

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-3251
8262 1600 WM RP 09 11078017 NNNNNVNN 01 009178 0029

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

## Statement of Service

Page 1 of 3

**Billing Date:** November 6, 2017
**Account Number:** 8262 16 019 6036839

How to reach us ....
 Office hrs M-F 8:00am-6:00pm
 Sat 8am-4:30pm www.MetroCast.com
 Phone hrs 24/7 1-800-952-1001

For Service At...
 350 GOVERNOR WENTWORTH HWY
 WOLFEBORO NH 03894-4635

## Account Summary

Your account is past due. Please remit the total balance due
immediately to avoid a $25.00 collection effort charge or
disconnection of service. If payment was made after the
remittance date, please disregard this message. Thank you.

Please see reverse side for account details.

| | |
|---|---|
| Previous Balance | $ 354.70 |
| Payment(s) | -166.85 |
| Monthly Charge(s) | 167.91 |
| Other Charge(s) | 5.00 |
| Taxes & Fee(s) | 9.86 |
| **Balance Due** | **$ 562.25** |
| **Payment Due Date** | **Upon Receipt** |





# PAYMENT RECEIPT

Allstate Insurance Company
Northbrook, Illinois

Agent Name    : JON CLARK
Agent Number  : 0C2647
Agent Address   : 35 CENTER STREET,
                           WOLFEBORO, NH 03896

**Receipt No. : 01645**

Business Phone  : 1 (603) 569-0110

Payment Date      : 05 / 10 ' 2022
Payment Time     : 11 : 55 : 07
Amount Received  : S142.08     CR CRD
**Total Received    : S142.08**

\*\*The above amounts were applied to the following policy(ies)\*\*

| Policy/App Number | Eff. Date | Policy Type | Line | Amount Applied |
|---|---|---|---|---|
| 000000984309966 | 05/12 | AUTO-AFCIC | 010 | S142.08 |

**Customer Name / Address**
JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS, NH 03896

Want more payment options? Visit my agency website or www.allstate.com to find out how you can manage your account 24/7.

## We Appreciate Your Business.

Thank you for being our customer. I hope you'll remain in Good Hands[R] with Allstate for many years to come.

_____
Agent Signature

# Confirmation

Transaction Type
creditcard
Payment Instrument
MasterCard (xxxx6076)
Policy Number
102687692
Named Insured
Josephine Amatucci
Amount
$132.00
Date
5/10/22
Receipt Number
1010605418
OK    Print

## Dwelling Basic Quote

American Modern Property and Casualty Insurance Company
Policy Period: 04/05/2022 - 04/05/2023  Policy Term: Annual
Date of Quote: 04/05/2022  Policy Type: Dwelling Basic
Submission Number: 001-475-88-65

American **MODERN**

## POLICY INFORMATION

### Client Information

**Primary Named Insured:**
JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

**Applicant's Primary Phone:** (603) 569-2429
**Social Security Number:**
**Marital Status:**
**Date of Birth:** 09/**/1938
**Gender:**

Has the applicant moved in the last 60 days? No
Previous Address:

### Agency Information

**Contracted Agency:** IVANTAGE SELECT AGENCY INC -
#302619
**Contracted Agency Address:**
POST OFFICE BOX 5323
CINCINNATI OH 45201

**Contracted Agency Phone Number:** (800) 543-2644

**Your Agent:** JON OLIVER CLARK- #0C2647
**Your Agent Address:**
35 CENTER ST STE 9
WOLFEBORO NH 03896

**Your Agent Phone Number:** (603) 569-0110

## POLICY PREMIUM SUMMARY

**Total Premium:** $825.00
**Taxes and Fees:** $0.00
**Total Cost:** $825.00

### Policy Discounts
Claims Free Discount
Auto/Home Discount

### Dwelling Discounts
**Dwelling #1:  350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**
Deadbolts  Smoke Alarm and Fire Extinguisher

## DWELLING INFORMATION

**Dwelling #1:  350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**

**Dwelling Details**

| Occupancy: | Residence Type: | Territory: | Protection Class Code: |
|---|---|---|---|
| Rental | 1 Family Residence | 1 | 4 |

| Year Built: | Construction Type: | Year Roof Replaced: | |
|---|---|---|---|
| 1960 | Frame | 2010 | |

## COVERAGE INFORMATION

### Dwelling Coverages

**Dwelling #1:  350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**

| Coverage | Limit / Description | Premium |
|---|---|---|
| Dwelling (Fire & Extended Coverage) | | $584.00 |

| BILLING DATE | 01/28/21 | ACCOUNT NUMBER |
|---|---|---|
| DUE DATE | 02/24/21 | 09-0449.002 |
| **TOTAL AMOUNT DUE** | | $17,876.46 |

*Town of*
*Wolfeboro*

MUNICIPAL ELECTRIC DEPARTMENT
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777
603-569-8150
603-569-8183

**AMOUNT REMITTED** $ _____
Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE ☐

Please return this portion with your payment and make checks payable to

561 1 AV 0.398   E0238X  I0256 D7137571278 S2 P7999964 0001-0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

| MUNICIPAL ELECTRIC DEPARTMENT SOUTH MAIN STREET | ACCT NO. | 09-0449.002 | | PROPERTY OWNER | JOSEPHINE AMATUCCI | | | |
|---|---|---|---|---|---|---|---|---|
| O. BOX 777 OLFEBORO, NH 03894-0777 | NEXT READ | 02/22/21 | | SERVICE LOCATION | 350 GOV WENTWORTH HWY | | | |
| 3-569-8150 3-569-8183 | BILLING DATE | 01/28/21 | | RATE | DOMESTIC ALL YR DA | | | |

| METER NUMBER(S) | PREVIOUS | | | PRESENT | | | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| | DATE | READING | READ CODE | DATE | READING | READ CODE | | |
| 83264815 | 12/21/20 | 62685 | AMR | 01/25/21 | 65427 | AMR | 1 | 2742 |

```
                PREVIOUS BALANCE                              $17,543.61
                PAYMENTS AS OF 1/28/21                            $50.00CR
                                                         ─────────────
                BALANCE FORWARD                               $17,493.61
                CUSTOMER CHARGE                                    $5.55
                DISTRIBUTION 2742 KWH @ .035200                  $96.52
                GENERATION 2742 KWH @ .102400                   $280.78
                                                         ═════════════
                TOTAL AMOUNT DUE                             $17,876.46
```

| KWH USAGE COMPARISON | | | | | | |
|---|---|---|---|---|---|---|
| URRENT | IN | 35 DAYS YOU USED | 2742 | KWH OR | 78.34 | KWH PER DAY |
| AST MONTH | IN | 0 DAYS YOU USED | 0 | KWH OR | 0.00 | KWH PER DAY |
| REVIOUS YR | IN | 35 DAYS YOU USED | 2664 | KWH OR | 76.11 | KWH PER DAY |

* THIS IS A REMINDER THAT YOUR ACCOUNT IS PAST DUE! *

OFFICE OF THE TAX COLLECTOR
TOWN HALL BUILDING 84 SOUTH MAIN STREET
PO BOX 629
WOLFEBORO, NH 03894-0629

Office Hours: Monday-Friday 8am-4pm Telephone: (603) 569-3902
E-mail - taxcollector@wolfeboronh.us

February 19, 2021

AMATUCCI, JOSEPHINE

PO BOX 272

WOLFEBORO FALLS NH 03896-0272

## NOTICE OF TAX ARREARAGE

2020 TAX RECORDS INDICATE THE FOLLOWING TAX ACCOUNT IS UNPAID

PROPERTY TAX ACCOUNT # 10-3996.701

PROPERTY ID# 151--21

350 GOV WENTWORTH HWY

AMOUNT DUE: S  1108.00

Interest 8% per annum as of due dates 07/10/20 and 1/13/21

The tax amount due together with interest must be paid in full and received by the tax office no later than March 15, 2021 to prevent additional costs associated with notice of impending tax lien.

Amounts do not include up-to-date interest and or cost computation. Please contact the tax office at (603) 569-3902 prior to making payment.

Brenda L. LaPointe, Certified Tax Collector



**Cardinal & Glidden Oil Co., Inc.**
P.O. Box 625
Farmington, NH 03835

(603) 755-3562
Fax (603) 755-3530
info@cardinalglidden.com

Chris Glidden
Owner

*A Family owned and operated company for over 50 years!*

JOSEPHINE AMATUCC

DATE  3/25/2021
ACCT. #  884960001

PAYMT. RECEIVED  #231.64

**IMPORTANT**

**BUDGET PLANS**
This is a memo invoice. Please continue your regular payments

**PREPAY ACCOUNTS**
This receipt/invoice is for your records only

**C.O.D. & BILLABLE**
Discounts are included in the ticket pricing

NOT FULL

**PLEASE PAY THIS AMOUNT** ▲ ▲
- THIS IS YOUR ONLY INVOICE -
PLEASE REMIT YOUR PAYMENT
UPON RECEIPT OF THIS DELIVERY

AMOUNT

~~~~~~~~ ~~~~~~ ~~~~~~~~ ~~~~~~ ~~~~~~    ғауе: 1

SUPPLEMENTAL NARRATIVE FOR SERGEANT WILLIAM WRIGHT

Ref: 18-153-OF

On October 2, 2018 I received a telephone call from Chief Rondeau. He informed me he was made aware by his prosecutor, I had sent the paperwork to him for review. He said he would recommend sending Ms. Amatucci a must appear citation and avoid an actual physical custody arrest and processing. He stated it would be to the best interest in all parties to handle this case as least intrusive as possible, as previous contacts with Ms. Amatucci have caused hostility. He indicated Ms. Amatucci has always shown up at court accordingly and does not believe she wou____ :d to be bailed traditionally. He further told me the Ossipee Court allows for hand summons to be is ₋ed on Class B Misdemeanor cases.

As a result of the conversation and direction of Chief Rondeau, I will be sending Ms. Amatucci the court complaint via certified receipt mail through the US Postal Service, rather than following through with a tradition warrant arrest process. November 1, 2018 court date will be given.

The Belknap County Sheriff's Department was also asked by the Wolfeboro Police Department to prosecute this case accordingly.

**RECEIVED**

SEP 0 9 2019

OSSIPEE
DISTRICT DIVISION

## COMPLAINT

Case Number: 4142018CR 1490                    Charge ID: 156 4240C

| ☐ VIOLATION | MISDEMEANOR | ☐ CLASS A | ☒ CLASS B | | ☐ UNCLASSIFIED (non-person) |
| | ☐ FELONY | ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: **3RD CIRCUIT - DISTRICT DIVISION - OSSIPEE** Court,

Address: **96 WATER VILLAGE RD, BOX 2, OSSIPEE, NH**          County: **CARROLL**

Time: **0800 Am**          Date: **JANUARY 9, 2019**

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT : PLEASE PRINT**

NOV 2 0 2018

OSSIPEE
DISTRICT DIVISION

| AMATUCCI | | | JOSEPHINE | | | |
|---|---|---|---|---|---|---|
| Last Name | | | First Name | | | Middle |
| 350 GOV WENTWORTH HWY | | | WOLFEBORO | | NH | 03894 |
| Address | | | City | | State | Zip |
| F | W | 5 0 8 | 187 | BROWN | | BLACK |
| Sex | Race | Height | Weight | Eye Color | | Hair Color |
| 09/27/38 | | 09AIJ38271 | | NH | | |
| DOB | | License #: | | OP License State | | |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGE |
|---|---|---|---|

AT: 400 BEACH POND RD, WOLFEBORO NH

On 08/06/2018 at 2:00 PM in CARROLL County NH, did commit the offense of:

RSA Name:          Simple Assault; Bl

Contrary to RSA:   631:2-A,I(B)

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer in that the defendant did:

commit the crime of Simple Assault in that she knowingly caused unprivileged
physical contact to another, to wit, Robert Maloney by pushing Robert Maloney wi
her hands, on his upper arm/shoulder. Said offense constituting a Class B
Misdemeanor;

**ORIGINAL**

I told him I would conduct the investigation and would be forwarding the conclusion once completed.

On September 7, 2018 I responded to the Wolfeboro Solid Waste Disposal Building, 400 Beach Pond Rd Wolfeboro, NH. At approximately 0940 hours, I met with the victim of this incident:

Robert Maloney

The building office was open and had foot traffic from the busy dump day. I was told we could use the office, but might be interrupted during the interview. I began the recorded interview asking Mr. Maloney about the incident.

He informed me on August 7, 2018 at approximately 2 p.m., he was standing in the doorway of the building office. He witnessed Josephine Amatucci speaking with Supervisor Steve Champaigne about a couple of people who were making a mess with a U-Haul truck. The people had been emptying the truck and had items spread out. Ms. Amatucci was told Mr. Champaigne had already told the people they were to clean up the mess before they left. Ms. Amatucci then walked off. As short time later, Mr. Maloney was still standing in the door way when Ms. Amatucci came to him from the flank. She then pushed him on his left side with her hands, causing him to lose his balance and fall down the two stairs into the office. She followed him into the office and began yelling at Mr. Champaigne, who was already in the room. She argued about the mess caused by the U-haul truck. After a few moments she then left. Mr. Maloney told me Ms. Amatucci did not have permission to put her hands on him. He did not have any injuries as a result of this assault. He told me she had no real reason to push him and that she could have easily walked around him. We were interrupted a couple of times during the interview, with patrons of the dump. The facility was extremely busy and there was limited staff on hand. *IT WAS DETERMINED AT THE TRIAL BY HIS CHAMPAIGNE'S TESTIMONY That MALONEY - WAS NEVER STANDING IN THE DOORWAY-*

When I asked about his relationship with Ms. Amatucci and he told me he knew her from him working at the dump for the last 20 years. He said she was a frequent customer and had no idea what her concern with the U-haul truck was. His recorded statement is part of this report.

I then spoke with: *MALONEY WAS TERMINATED BY THE TOWN.*

Joshua Nason
DoB: 12/25/93

who advised me he was a witness to the assault. Again I audio taped this interview in the same office. Mr. Nason informed me he had seen Ms. Amatucci come up to Mr. Maloney from the side. She then pushed him, causing him to fall down the stairs. She then commenced to yell at Mr. Champaigne telling him he was rude to people. She yelled for a few minutes then left. He said he left the office just after the assault. He said he did

**Other Orders/Judgments**

1:20-cv-00449-JL, Amatucci v. Wolfeboro, NH, Town of et al **CASE CLOSED on 08/11/2021**

CLOSED

### U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2022 at 11:10 AM EDT and filed on 6/21/2022
**Case Name:**        Amatucci v. Wolfeboro, NH, Town of et al
**Case Number:**    1:20-cv-~~00449-JL~~
**Filer:**
**WARNING: CASE CLOSED on 08/11/2021**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER denying without prejudice [42] Response to the Report and Recommendation Dated Feb. 28, 2022
Stating a Void Judgment Is Never Final (5638) (entered in 21-cv-1081).** *Text of Order: Document No. 42/#5638 in this case
is Plaintiff Josephine Amatucci's Response to the Report and Recommendation Dated Feb. 28, 2022. That filing
challenges a February 28, 2022 R&R which issued in <u>Amatucci v. Town of Wolfeboro</u>, No. 21-cv-1081-LM (Case 21-1081).
However, Mrs. Amatucci has identified the docket number in which this document should be filed as: BASICALLY CASE
449 NOT NOT NOT 21-CV-1081, indicating that she does not wish that this filing be docketed in the case to which it refers,
Case 21-1081. As the file references documents and a defendant not present in this case, Document No [42], to the extent
it seeks any relief in this case, is DENIED without prejudice to Mrs. Amatucci's ability to seek such relief in an appropriate
case. So Ordered by Judge Joseph N. Laplante.(jb)*

**1:20-cv-00449-JL Notice has been electronically mailed to:**

**1:20-cv-00449-JL Notice, to the extent appropriate, must be delivered conventionally to:**

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896