FILED - USDC -NH
2022 AUG 22 PM 12:13

Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Josephine Amatucci  )
_____  )  *Attorney Dennis P. O'Connor*
Plaintiff/Petitioner  )
v.  )  Civil Action No. ~~1:18-mc-00038~~
~~Wolfeboro, NH, Town of (et al)~~  )
_____  )
Defendant/Respondent  )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.<br><br>Signed: *Josephine Amatucci* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 8/17/2022 |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ | $ |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property *(such as rental income)* | $ N/A | $ | $ | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |

*Child Support*

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts,

household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ UNKNOWN |
| Other real estate (Value) | $ NONE |
| Motor vehicle #1 (Value) | $ UNKNOWN |
| Make and year: | |
| Model: 2012 NISSAN VERSA | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

*See Attached*

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br>     Are real estate taxes included?  ☐ Yes  ☐ No <br>     Is property insurance included?  ☐ Yes  ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |

| | | | | | |
|---|---|---|---|---|---|
| *statement)* | | | | | |
| Other *(specify)*: | | $ / | | $ / | |
| | **Total monthly expenses:** | $ / | 0.00 | $ / | 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    _____

12. Identify the city and state of your legal residence.

    Your daytime phone number: _603-569-2429_
    Your age: _83_   Your years of schooling: _3 years College_

5620

SOCIAL SECURITY     $1,624.00

| | | |
|---|---|---:|
| 1. | AARP-United Health Insurance | 174.50 |
| 2. | Liberty Mutual House Insurance | 127.46 |
| 3. | Prescripttion Drugs | 32.60 |
| 4. | Metrocast | 184.11 |
| 5. | Fuel (heating) | 350.00 |
| 6. | Electric (Town) | 50.00 |
| 7. | Food | 300.00 |
| 8. | Gas for Car | 100.00 |
| 9. | Clothing | 50.00 |
| 10. | Allstate (car) | 103.14 |

                              TOTAL     $1,471.81

Social Security     $1,624.00



**Cardinal & Glidden Oil Co., Inc.**
P.O. Box 625
Farmington, NH 03835

(603) 755-3562
Fax (603) 755-3530
info@cardinalglidden.com

Chris Glidden
Owner

*A Family owned and operated company for over 50 years!*

JOSEPHINE AMATUCCI

DATE 3/25/2021
ACCT. # 884960001

PAYMT. RECEIVED $231.64

**IMPORTANT**
**BUDGET PLANS**
This is a memo invoice. Please continue your regular payments

**PREPAY ACCOUNTS**
This receipt/invoice is for your records only

**C.O.D. & BILLABLE**
Discounts are included in the ticket pricing

☐ NOT FULL

**PLEASE PAY THIS AMOUNT** ▲ ▲
- THIS IS YOUR ONLY INVOICE -
PLEASE REMIT YOUR PAYMENT
UPON RECEIPT OF THIS DELIVERY

AMOUNT

OFFICE OF THE TAX COLLECTOR
TOWN HALL BUILDING 84 SOUTH MAIN STREET
PO BOX 629
WOLFEBORO, NH 03894-0629

Office Hours: Monday-Friday 8am-4pm  Telephone: (603) 569-3902
E-mail - taxcollector@wolfeboronh.us

February 19, 2021

AMATUCCI, JOSEPHINE

PO BOX 272

WOLFEBORO FALLS NH 03896-0272

## NOTICE OF TAX ARREARAGE

2020 TAX RECORDS INDICATE THE FOLLOWING TAX ACCOUNT IS UNPAID

PROPERTY TAX ACCOUNT # 10-3996.701

PROPERTY ID# 151--21

350 GOV WENTWORTH HWY

AMOUNT DUE: $ 1108.00

Interest 8% per annum as of due dates 07/10/20 and 1/13/21

The tax amount due together with interest must be paid in full and received by the tax office no later than March 15, 2021 to prevent additional costs associated with notice of impending tax lien.

Amounts do not include up-to-date interest and or cost computation. Please contact the tax office at (603) 569-3902 prior to making payment.

_____
Brenda L. LaPointe, Certified Tax Collector

**REAL ESTATE TAX BILL**
[address illegible]
PO BOX 629
WOLFEBORO NH 03894-0629
603-569-3902

Property Location

AMATUCCI JOSEPHINE
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P O Box 629
Wolfeboro NH 03894-0629

---

**REAL ESTATE TAX BILL**
[address illegible]

**OFFICE HOURS**
MONDAY - FRIDAY 8 AM - 4:30 PM
TELEPHONE 603-569-3902

PROPERTY OWNER(S)
[illegible]

MAILING ADDRESS
[illegible]

TAX YEAR
ACCOUNT NUMBER
TAX MAP LOT NUMBER
PROPERTY LOCATION

| | TAX RATES | TOTAL VALUATION | AMOUNT | ASSESSMENT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|---|---|
| TOWN | | | | | | COASTAL | |
| SCHOOL | | | | LAND VALUE | | CREDITS | |
| SCHOOL | | | | | | NET TAX | |
| COUNTY | | | | EXEMPTIONS | | FIRST BILL | |
| | | | | | | SECOND | |
| TOTAL | | | | TAXABLE | | PAYMENTS | |
| | | | AMOUNT DUE BY | JULY 01, 2021 | | | $731.00 |

Please return this portion with your payment and make checks payable to

561 1 AV 0.398   E0238X  I0256 07137571278 S2 P7999964 0001:0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

| CIPAL ELECTRIC DEPARTMENT UTH MAIN STREET OX 777 EBORO, NH 03894-0777 69-8150 69-8183 | ACCT NO. | 09-0449.002 | PROPERTY OWNER | JOSEPHINE AMATUCCI |
|---|---|---|---|---|
| | NEXT READ | 02/22/21 | SERVICE LOCATION | 350 GOV WENTWORTH HWY |
| | BILLING DATE | 01/28/21 | RATE | DOMESTIC ALL YR DA |

| METER JMBER(S) | PREVIOUS | | | PRESENT | | | MULTI. | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| | DATE | READING | READ CODE | DATE | READING | READ CODE | | |
| 83264815 | 12/21/20 | 62685 | AMR | 01/25/21 | 65427 | AMR | 1 | 2742 |

```
PREVIOUS BALANCE                                    $17,543.61
PAYMENTS AS OF 1/28/21                                 $50.00 CR

BALANCE FORWARD                                     $17,493.61
CUSTOMER CHARGE                                          $5.55
DISTRIBUTION 2742 KWH @ .035200                         $96.52
GENERATION 2742 KWH @ .102400                          $280.78
                                                   ==============
TOTAL AMOUNT DUE                                    $17,876.46
```

### KWH USAGE COMPARISON

| ENT | IN | 35 DAYS YOU USED | 2742 KWH OR | 78.34 KWH PER DAY |
|---|---|---|---|---|
| MONTH | IN | 0 DAYS YOU USED | 0 KWH OR | 0.00 KWH PER DAY |
| OUS YR | IN | 35 DAYS YOU USED | 2664 KWH OR | 76.11 KWH PER DAY |

THIS IS A REMINDER THAT YOUR ACCOUNT IS PAST DUE! *

**TOTAL ELECTRIC CHARGES DUE BY**   02/24/21   $17,876.46

| | | |
|---|---|---|
| All Other Peril Deductible | 500 | |
| Wind and Hail Deductible | 1,000 | |
| Other Structures | 13,973 | Included |
| Loss Settlement | Full Repair Cost | |
| Additional Living Expense/Fair Rental Value | 1,000 | $5.00 |
| Inspection Fee | | $26.00 |
| Premises Liability | 100,000 | $70.00 |
| Medical Payments | 500 Per person 25,000 Per occurrence | Included |
| Mold and Remediation - Liability | 50,000 | Included |
| Property Manager Premises Liability Extension | | Included |
| Vandalism or Malicious Mischief | | $140.00 |
| Deductible | 500 | |
| Fire Department Service Charge | 500 | Included |
| | Premium | $825.00 |

**IMPORTANT NOTICE**

This is an insurance quote only, and is not a binder or confirmation of coverage. This quote is subject to change based on final underwriting review. Coverage will not begin until after you have provided your agent with all required documentation and you have been notified that the insurance company has accepted your application.

Thank you for this opportunity to provide an insurance quote for your consideration. If you have any questions about the premium, coverages or payment options, please give us a call.

## Dwelling Basic Quote

American Modern Property and Casualty Insurance Company
Policy Period: 04/05/2022 - 04/05/2023   Policy Term: Annual
Date of Quote: 04/05/2022   Policy Type: Dwelling Basic
Submission Number: 001-475-88-65

**American MODERN**

## POLICY INFORMATION

### Client Information
**Primary Named Insured:**
JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Has the applicant moved in the last 60 days? No
Previous Address:

Applicant's Primary Phone: (603) 569-2429
Social Security Number:
Marital Status:
Date of Birth: 09/**/1938
Gender:

### Agency Information
Contracted Agency:  VANTAGE SELECT AGENCY INC - #302619
Contracted Agency Address:
POST OFFICE BOX 5323
CINCINNATI OH 45201

Contracted Agency Phone Number: (800) 543-2644

Your Agent: JON OLIVER CLARK- #0C2647
Your Agent Address:
35 CENTER ST STE 9
WOLFEBORO NH 03896

Your Agent Phone Number: (603) 569-0110

## POLICY PREMIUM SUMMARY

| | |
|---|---|
| Total Premium: | $825.00 |
| Taxes and Fees: | $0.00 |
| Total Cost: | $825.00 |

### Policy Discounts
Claims Free Discount
Auto Home Discount

### Dwelling Discounts
**Dwelling #1: 350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**
Deadbolts, Smoke Alarm and Fire Extinguisher

## DWELLING INFORMATION
**Dwelling #1: 350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**

**Dwelling Details**
Occupancy: Rental

Residence Type: 1 Family Residence

Territory: 1

Protection Class Code: 4

Year Built: 1960

Construction Type: Frame

Year Roof Replaced: 2010

## COVERAGE INFORMATION

MasterCard (xxxx6076)
Policy Number
102687692
Named Insured
Josephine Amatucci
Amount
$132.00
Date
5/10/22
Receipt Number
1010605418
OK   Print

# PAYMENT RECEIPT

Allstate Insurance Company  
Northbrook, Illinois

Agent Name     : JON CLARK  
Agent Number   : 0C2647  
Agent Address  : 35 CENTER STREET,  
                 WOLFEBORO, NH 03896  

**Receipt No. : 01645**  
Payment Date   : 05 / 10 / 2022  
Payment Time   : 11 : 55 : 07  
Amount Received : $142.08          CR CRD  
**Total Received   : $142.08**

Business Phone : 1 (603) 569-0110

\*\*The above amounts were applied to the following policy(ies)\*\*

| Policy/App Number | Eff. Date | Policy Type | Line | Amount Applied |
|---|---|---|---|---|
| 000000984309966 | 05/12 | AUTO-AFCIC | 010 | $142.08 |

**Customer Name / Address**  
JOSEPHINE AMATUCCI  
PO BOX 272  
WOLFEBORO FALLS, NH 03896

Want more payment options? Visit my agency website or www.allstate.com to find out how you can manage your account 24/7.

**We Appreciate Your Business.**  
Thank you for being our customer. I hope you'll remain in Good Hands® with Allstate for many years to come.

Agent Signature

# MetroCast

## Statement of Service

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-3251

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Billing Date: November 6, 2017
Page 1 of 3
Account Number: 8282 16 019 0036339

How to reach us ....
Office hrs M-F 8:00am-8:00pm
Sat 8am-4:30pm  www.MetroCast.com
Phone hrs 24/7 1-800-952-1001

For Service At...
550 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4635

## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $25.00 collection effort charge or disconnection of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please use reverse side for account details.

| | |
|---|---|
| Previous Balance | $ 864.79 |
| Payment(s) | -185.49 |
| Monthly Charge(s) | 167.91 |
| Other Charge(s) | 5.00 |
| Taxes & Fee(s) | 8.86 |
| Balance Due | $ 912.38 |
| Payment Due Date | Upon Receipt |




RX

811ADSGLPOD15001-00122-02

November 08, 2017

Member ID:  017354256-1

**You have a past due amount. Please pay so you don't lose your plan.**

Dear JOSEPHINE S AMATUCCI,

We want to let you know that you have a past due amount on your AARP MedicareRx Saver Plus (PDP) account. As of November 08, 2017, you owe $65.20. Please pay this amount upon receipt so that you won't be disenrolled.

**What happens if I don't pay?**
If we don't receive payment by the past due date and next month's premium (monthly charge) by December 31, 2017, we will have to disenroll you from AARP MedicareRx Saver Plus (PDP) effective December 31, 2017. After December 31, 2017, you will no longer be covered by AARP MedicareRx Saver Plus (PDP). However, your other Medicare benefits will not be affected if you are disenrolled from AARP MedicareRx Saver Plus (PDP).

**Premium payment**

If you wish to pay your next month's premium today with the past due amount, here's the total:

| | Amount | Due date |
|---|---|---|
| Past due amount | $65.20 | Upon receipt |
| Premium (monthly charge) | $22.00 | December 1, 2017 |

`C06262`

LIBERTY MUTUAL INSURANCE
PO BOX 6829
SCRANTON, PA 18505



**Liberty Mutual INSURANCE**

PLEASE READ: Payments or documents sent to the address above will not be processed

Your Bill is Past Due.

- We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Josephine, thank you for being our valued customer since 2017!

**THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020**

### INSURANCE INFORMATION

| | |
|---|---|
| Policy Number. | H37 218 117400 70 |
| Policy Period | May 07, 2019 - May 07, 2020 |
| Bill Frequency. | Monthly |
| Property Insured | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### QUESTIONS

**Questions Regarding Your Policy or Bill?**
1-800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

### BILLING DETAILS

| | |
|---|---|
| Previous Policy Balance | $123.27 |
| Payment Activity | |
| Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

**Please Pay Total Amount Due by April 26, 2020    $128.27**

---

 **PAYMENT COUPON**

Please send all payments in the envelope provided.
Please make check payable to: Liberty Mutual Group

 Save time and money by signing up for automatic payments via

JOSEPHINE AMATUCCI

Due Date: April 26, 2020
Policy Number: H37-218-117400 70
Invoice Number: 00000285724331



Medicare Supplement Plans
UnitedHealthcare
Insurance Company

Please contact UnitedHealthcare if you have questions:

UnitedHealthcare
PO Box 10819
Atlanta, GA 30327-0819

Toll-free: 1-800-523-5800
Hearing: 1-800-523-0214
TTY call 711

www.AARPMedicare.com

Page 1 of 1

## This is not a bill.
## This is an Explanation of Benefits (EOB) for your:
- AARP Medicare Supplement Plan

Statement Date:
Membership Number:

### Your Plan Description(s)

Your AARP Medicare Supplement Plan is designed to help cover Medicare approved expenses that Medicare did not pay in full.

 **Medicare Part B Services:** Claim Details

Claim 81780-564636-1

**Claim Processed**
06/28/18

Totals

### Notes

### Comments about your claim