FROM:

Josephine Amatucci

P.O. Box 272

Wolfeboro Falls, N.H. 03896



TO:

United States District Court

District of New Hampshire

Office of the Clerk

55 Pleasant St.

Room 110

Concord N.H. 03301

Utility Mailer
10 1/2" x 16"

ReadyP