**FROM:**

Josephine Antrocci
P.O. Box 272
Wolfeboro Falls N.H. 03896



**TO:**

United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord N.H. 03301

**Utility Mailer**
**10 1/2" x 16"**

Ready P