5814

FILED - USDC - NH
2022 OCT 19 am 10:33

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Attorney Daniel Mullen,  and

Joseph Laplante,  INDIVIDUALLY

 Ransmeier & Spellman,  Officially

*No Docket - Needed Action
In A New cause of Action
File This New
cause of Action*

EXPEDITED

JURY TRIAL DEMANDED

## JURISDICTION

This action happened in New Hampshire.  The Complaint is before the Court under 42 U.S.C. 1983.

## PARTIES

1.      Josephine Amatucci, P. O. Box 272, Wolfeboro Falls, NH 03896

2.      Former Attorney Daniel J. Mullen,  INDIVIDUALLY,  formerlly at 1 Capitol St. Ste 1, Concord;

3.      Mr. Joseph Laplante,  sued INDIVIDUALLY,  55 Pleasant St. Room 110, Concord, NH 03301;

4.      Ransmeier & Spellman, OFFICIALLY,   1 Capitol St. Ste 1, Concord.

## RELEVANT FACTS

1

### RELEVANT FACTS

6.      This case is based on Fraud on/Upon the Court, FRAUD is never final, there is no Res Judicata and No Statute of Limitations and NO Immunity when there is a violation of a Federal Right. That Laplante lost ....JURISDICTION..... when he denied the Plaintiff her Civil Rights under FRAUDULENT MISREPRESENTATION OF THE EV IDENCE IN THE CASE, and therefore his judgments are VOID OF NO LEGAL FORCE.

7.      That defendants Mullen and Laplante during a hearing for cross summary judgments, fraudulently denied that the Plaintiff was arrested and Prosecuted for speeding. And under fraud, Laplante allowed Mullen Summary Judgment and denied the Plaintiff's Summary Judgment by insisting at the cross-motions for Summary Judgment that there was.......... NO EVIDENCE IN THE FILES.....showing that the PLaintiff was arrested and prosecuted for speeding. When before Laplante in the files and record was an Affidavit signed UNDER OATH by the former Police Chief Stuart Chase, stating that the Plaintiff was arrested and prosecuted for Speeding. See evidence attached.

8.      There is NO DISPUTE, as shown in the evidence attached, and other ample exculpatory evidence in the record, such as Mullen's statement in his own Motion for Summary Judgment, that,

> "Former Chief Chase came upon the scene after Amatucci was ARRESTED by Officer Emerson and charged with the offense of SPEEDING. He did not participate in her ......" ARREST AND THE SUSEQUENT PROSECUTION". He did not provide any instructions or guidance to Officer Emerson relative to his pursuit of Amatucci and the ........SUBSEQUENT PROSECUTION FOR SPEEDING."

> HELLOOOOOOOOOOOOOOOOOOO Mr. Laplante and Mullen, how can you say there was NO EVIDENCE that the Plaintiff was ......NOT... arrested and prosecuted for Speeding.

9.      This was an unlawful seizure, detention, liberty violation , under the Fourth Amendment, where under New Hampshire law, speeding is NOT A CRIME.

2

10.        This is also  a Monell claim against Ransmeier, under the  LEGAL MALPRACTICE of

Attorney  Mullen,  and a Monell claim under the Town of Wolfeboro,  for the prosecutor's

violation of the Plaintiff's civil Rights,    and the  trial procedure was a  violation of the Speedy

Trial clause.   When a trial was held too long after the Plaintiff was seized.   Especially where

she was elderly.

11.        This evidence is contrary to what Laplante stated in his ORDER  dated

December 26,  2018,  when he fraudulently stated on page 20 ....."The record in this case

demonstrates that Mrs. Amatucci's arrest  concerned  only the disobeying a police officer.

On page 21 Laplante fraudulently states,  "She has not supported that she was arrested for

speeding".   The evidence was right before his eyes.    that she was  ARRESTED  and

PROSECUTED for Speeding.

                    NO PROBABLE CAUSE TO DENY THE PLAINTIFF'S  SUMMARY JUDGMENT

12.        As in the files and record   was a most important  Affidavit signed

by the former Police Chief Stuart Chase,  ..........UNDER OATH.......stating that the Plaintiff was

indeed arrested and prosecuted for speeding.   And worse still in Mullen's  Motion for

Summary Judgment before Laplante,  Mullen himself admits that  the Plaintiff was arrested

for speeding,  when he stated in his Motion for Summary Judgment......

                    "She was charged with the offense of Speeding."

Therefore the denial of the Plaintiff's  Summary Judgment motion by Laplante, based on

the unlawful arrest and prosecution without probable cause,  as Speeding is not a crime

in New Hampshire ,  was a RESPASSING OF THE LAW by Laplante,  where he lost

JURISDICTION and his judgment was therefore VOID OF NO LEGAL FORCE.

13.          ORDER ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT

        The Plaintiff has gone into all details of this case in her recent filings,  and therefore

3

all the facts and law are summarized in the files and record in the Court on this case.

14.     The  FRAUD MISREPRESENTATION of Laplante and Mullen was never ruled on,

or judged on the law,   therefore there is no res judicata., and evidence proves that

thre is  NO DISPUTE that the Plaintiff's was  unlawfully  arrested  and MALICIOUSLY

PROSECUTED,  as she was found NOT GUILTY OF SPEEDING by the trial court judge,

and under the law her arrest and prosecution was a Fourth Amendment violation.

Under Fraud, under a violation of a Civil Right there is no IMMUNITY,   no res judicata,

no statute of limittions, and FRAUD IS NEVER FINAL.

15.     With the evidence before the Court there is NO DISPUTE that the Plaintiff was

unlawfully ARRESTED AND PROECUTED FOR SPEEDING,  that she was deprived of  her

liberty, pursuant to legal process.  There  was NO PROBABLE CAUSE  to arrest and prosecute

the Plaintiff as Speeding is not a crime in New Hampshire.  She was NOT CONVICTED OF

SPEEDING,  therefore this was a MALICIOUS PROSECUTION.  Also,  the conviction for

disobeying a police officer is void of no legal force under the  Sixth Amendment,  as the

defendants had a jury trial way beyond the limits to file a trial under the Sixth Amendment,

which allows the police only 9 months  to hold a trial.  The police took longer than one year

before a trial was held.

### MONELL CLAIM AND  LEGAL MISCONDUCT

16.     There is  a  violation of the Sixth Amendment Speedy Trial clause

and there is a Monell claim against Ransmeier & Spellman in this case,  under Legal

Malpractice.

17.     And where the Town of Wolfeboro Prosecutor,   a policymaking official,  was

the connection for the arrest and prosecution of the Plaintiff for speeding,

this is a viable liability claim under Monell  against the Town of Wolfeboro.  Even if it

4

happened only once, there does not have to be a custom of the Town under Monell.

18.     There is no dispute on this claims, therefore UNDER THE FEDERAL LAW,

under FRAUDULENT MISREPRESENTATION, UNDER FRAUD ON/.UPON THE COURT THESE

CLAIMS AND FACTS AND THE LAW will allow the Plaintiff damges under 1983 .

19.     There is NO IMMUNITY under a violation of a person Civil Rights.

20.      FRAUD FRAUD FRAUD, on page 24, Laplante states "

        "There is no evidence .....IN THE RECORD.... to support a judgment in Mrs. Amatucci's
favor as to her malicious prosecution claim".

What about police chief Chase's Affidavit verifying that she was ARRESTED AND PROSECUTED

FOR SPEEDING, when SPEEDING IS NOT A CRIME IN NH. This is a Malicious Prosecution.

21.     This case is 4 years old and the law demands that the Plaintiff's claims be

held no longer under Fraud in this Court, and in doing so the Court is ABUSING HER

rights under the Federal law, which is TRESPASSING AGAINST THE LAW.

WHEREFORE:  If this Court denies the Plaintiff her right for damages under 1983 in this case the
defendants will be  TRESPASSING AGAINST THE FEDERAL LAW.. Besides an Abuse of the
Elderly.

Respectfully,

Josephine Amatucci

October 14, 2022

c.  Town of Wolfeboro

*Josephine Amatucci*

6. Ms. Amatucci was then transported to the House of Corrections in Ossipee for processing. I had no contact or conversation with Ms. Amatucci during the incident.

7. During the entire incident, I gave no instructions to Officer Emerson or any other law enforcement personnel to pursue Ms Amatucci or to arrest her. Officer Emerson acted in accordance with his duties and responsibilities as a patrolman, without any instructions or guidance at the time from the Police Chief. Also, I played no role in her subsequent prosecution for speeding and failure to obey police officers.

The above is true to the best of my knowledge, information and belief.

Stuart Chase

STATE OF _New Hampshir_
COUNTY OF _Carroll_

Before me on this _24_ day of _July_____, 2018, personally appeared the above-subscribed Stuart Chase, and made oath that the statements contained are true and correct to the best of his knowledge, information and belief.

Bruce J Burrows

Notary Public/Justice of the Peace
My Commission Expires: _March 29 2019_

BRUCE J. BURROWS, Justice of the Peace
My Commission Expires March 29, 2019

_No Dispute_
_I WAS UNLAWFULLY ARRESTED AND UNLAWFULLY_
_PROSECUTED FOR SPEEDING_

8b.    Denied.

8c.    Denied.

8d.    Denied.

9.    Denied. Admitted, however, that although the plaintiff was in fact exceeding the posted speed limit, the state trial court found that the prosecutor failed to prove that the excessive speed was unreasonable for the conditions and therefore, under NH statute, the state had failed to prove she was speeding. However, the court also found that she had an obligation to stop for the police, that she failed to do so and that she was, therefore, guilty of failing to stop for the police. Admitted that plaintiff was validly arrested and prosecuted for speeding and failure to stop. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of whether the plaintiff was truly headed to the sheriff's office for any purpose and therefore deny those allegations. Defendants deny all the remaining allegations of paragraph 9. Also see the response above to Paragraph 7.

10.    Denied except admitted that the plaintiff came to the Town Hall and was shouting at Anne Marble and made a disturbance. Admitted that Mr. Houseman was the Town Planner but that he was acting as Town Manager that day. Denied that Mr. Houseman called the police department. Nor did he order anyone else to call the police or even know at the time anyone was calling the police. He escorted plaintiff to an empty courtroom (without touching her) in order to try to calm down Ms. Amatucci and to protect Ms. Marble.

Admitted that when the plaintiff arrived at Town Hall she first spoke to Town employee Cathy Ferland and asked to speak to Anne Marble. Admitted Anne Marble is/was the Administrative Assistant for the Town Manager. Denied that Ms. Marble was "alone" as there were other employees around, including, for example, Cathy Ferland and Brenda LaPointe. Ms.

*No Dispute I WAS UNLAWFULLY ARRESTED FOR SLEEPING*

5

- Magistrate Judge Muirhead's Report and Recommendation dated January 20, 2006 in the first suit filed by Defendant in USDC (Exh. 50); and

- Magistrate Judge McCafferty's Report and Recommendation dated May 18, 2012 (Exh. 63) in the third suit filed in USDC by Defendant based upon her arrests in 2002 and 2003.

To date, Defendant has filed seven lawsuits in USDC and ten lawsuits in this Court based primarily on her allegedly unlawful arrests in 2002 and 2003. In addition, Defendant has to date filed eight lawsuits in USDC and three in this Court based primarily on the erratic driving incident in August 2013 and/or her arrest for speeding and failure to obey Police Officers on May 7, 2014. It is the pleadings, orders and decisions in these lawsuits which are the facts that Plaintiff relies upon in asking this Court for relief under RSA 507:15-a.

## II.    RSA 507:15-A IS CONSTITUTIONAL UNDER BOTH THE NEW HAMPSHIRE AND U.S. CONSTITUTIONS

### A. The Court Should Decline To Analyze RSA 507:15-a's Constitutionality Under New Hampshire's Constitution Because Defendant Has Failed To Specifically Cite Its Provisions.

In her various pleadings, Defendant has alluded that RSA 507:15-a may deny her constitutional right to access the courts under notions of due process and equal protection. To raise a state constitutional claim, the party has to specifically invoke a provision of the State Constitution. *Matter of Kempton*, 166 N.H. ___, 119 A.3d 198, 205 (2015). Defendant's various pleadings in this matter, as well as her testimony at the April 13, 2016 trial, failed to cite a provision of the New Hampshire Constitution. Accordingly, the Court should decline to analyze whether RSA 507:15-a is constitutional under the New Hampshire Constitution.

No Dispute I was UNLAWFULLY Arrested For Speeding

-2-

per hour zone, is prima facie evidence that the speed is not reasonable or prudent and that it is unlawful.

Given that Officer Emerson's radar unit showed that Amatucci was exceeding the posted speed limit by 12 miles per hour, he had probable cause to stop her.

The fact that Amatucci was later acquitted of the charge of speeding because the Court determined that she was not traveling at a speed that was unreasonable and imprudent for the conditions existing has no bearing on whether or not there was probable cause. The fact that she exceeded the posted speed limit is enough to provide a reasonable officer with reason to charge Amatucci with speeding.

Accordingly, Officer Emerson is entitled to qualified immunity.

Former Chief Chase did not participate at all in the arrest for speeding. Former Chief Chase came upon the scene after Amatucci had been arrested by Officer Emerson and charged with the offense of speeding and with the offense of disobeying a police officer. He did not participate in the arrest of Amatucci, nor did he participate in the prosecution. He did not provide any instructions or guidance to Officer Emerson relative to his pursuit of Amatucci and the subsequent prosecution for speeding.

Accordingly, because there are no facts provided by Amatucci that showed former Chief Chase participating in the arrest, he is not liable at all for the claims asserted by her. The fact that he showed up at the scene after the fact does not mean that he had anything to do with the arrest. Moreover, because she had

No Dispute I was Arrested for Speed, etc

Request For Non Payment
of Filing Fee

5620

New date 11/21/22
Finances have not
changed

SOCIAL SECURITY   $1,624.00

| | | |
|---|---|---|
| 1. | AARP-United Health Insurance | 174.50 |
| 2. | Liberty Mutual House Insurance | 127.46 |
| 3. | Prescripttion Drugs | 32.60 |
| 4. | Metrocast | 184.11 |
| 5. | Fuel (heating) | 350.00 |
| 6. | Electric (Town) | 50.00 |
| 7. | Food | 300.00 |
| 8. | Gas for Car | 100.00 |
| 9. | Clothing | 50.00 |
| 10. | Allstate (car) | 103.14 |
| 11. | Town Taxes | 122.00 |

TOTAL   $1,593.81

Social Security   $1,624.00

THERE IS NO RENTAL INCOME

I do not make if moneys wise by the end of the month
so I go to my parish have the priest access me to borrow money
and I pay back the money when I get my social security payment

1

## Dwelling Basic Quote

American Modern Property and Casualty Insurance Company
Policy Period: 04/05/2022 - 04/05/2023   Policy Term: Annual
Date of Quote: 04/05/2022            Policy Type: Dwelling Basic
Submission Number: 001-475-68-65

American MODERN

## POLICY INFORMATION

### Client Information

Primary Named Insured:
JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Has the applicant moved in the last 60 days? No
Previous Address:

Applicant's Primary Phone: (603) 569-2429
Social Security Number:
Marital Status:
Date of Birth: 09/**/1936
Gender:

### Agency Information

Contracted Agency: IVANTAGE SELECT AGENCY INC - #302619
Contracted Agency Address:
POST OFFICE BOX 5323
CINCINNATI OH 45201

Contracted Agency Phone Number: (800) 543-2644

Your Agent: JON OLIVER CLARK- #0C2647
Your Agent Address:
35 CENTER ST STE 9
WOLFEBORO NH 03896

Your Agent Phone Number: (603) 569-0110

## POLICY PREMIUM SUMMARY

Total Premium:        $625.00
Taxes and Fees:        $0.00
Total Cost:           $625.00

### Policy Discounts
    Claims Free Discount
    Auto/Home Discount

### Dwelling Discounts

**Dwelling #1:  350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**
Deadbolts, Smoke Alarm and Fire Extinguisher

## DWELLING INFORMATION

### Dwelling #1:  350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635

**Dwelling Details**

| Occupancy: | Residence Type: | Territory: | Protection Class Code: |
|---|---|---|---|
| Rental | 1 Family Residence | 1 | 4 |

| Year Built: | Construction Type: | Year Roof Replaced: |
|---|---|---|
| 1960 | Frame | 2010 |

## COVERAGE INFORMATION

### Dwelling Coverages

**Dwelling #1:  350B GOVERNOR WENTWORTH HWY, WOLFEBORO NH 03894-4635**

| Coverage | Limit / Description | Premium |
|---|---|---|
| Dwelling (Fire & Extended Coverage) | | $584.00 |

**rt109@metrocast.net**

From:     <no-reply@customernotifications.easypayfinance.com>
Date:     Sunday, May 15, 2022 11:57 AM
To:       <rt109@metrocast.net>
Subject:  500

| Statement Date: | 5/15/2022 |
|---|---|
| **Account Number:** | 3240321 |
| **Merchant Name:** | Midas 4827 |



| **Payment Due Information** | | **Account Information** | |
|---|---|---|---|
| Current Payment Due: | $252.78 | Account Number: | 3240321 |
| Past Due Balance: | $0.00 | Merchant Name: | Midas 4827 |
| Fees Due: | $0.00 | Outstanding Principal: | $1,001.22 |
| **Total Amount Due:** | **$252.78** | Annual Percentage Rate: | 164% |
| Due Date: | 6/4/2022 | Total Scheduled Payments: | 12 |
| | | Prepayment Penalty: | $0.00 |

**Recent Activity**

| Date | Description | Total | Principal | Interest | Late Fee | NSF Fee | Other |
|---|---|---|---|---|---|---|---|
| 4/5/2022 | CHECK | $400.00 | $393.73 | $6.27 | $0.00 | $0.00 | $0.00 |
| 4/4/2022 | ACH | $252.78 | $57.06 | $195.72 | $0.00 | $0.00 | $0.00 |

**Important Messages**

In accordance with the terms of your contract, if the Total Amount Due is not received by 6/14/2022, a late fee of $10.00 maybe assessed.

No action is required if you are enrolled in Automatic Payments. Your payment will be processed on the payment due date listed above. Please note that your bank or debit/credit card statement will reference EasyPay Finance.

**To enroll in Automatic Payments and avoid potential late fees, setup your payments to be made automatically from either your checking account or debit/credit card. Please login to** your account at EasyPay Finance.com **or contact Customer Service to establish an automated payment schedule that is convenient for you.** Please note, any or all payments may be applied to outstanding Late Fees and/or Dishonored Payment Fees prior to the unpaid Amount Financed.

If you have any questions regarding your account, please contact Customer Service at during our office hours listed above. You may also access your account 24/7 at                                      to view your account history, download a copy of your contract or update your personal information.

*A A C*

| Payment Coupon | Membership Number | Payment is due on or before the due date. | Due Date | Amount Due |
|---|---|---|---|---|
| | 314676163-1 | | 01-01-2015 | $174.50 |

Insured Member 1
**JOSEPHINE S ANATUCCI**

Insured Member 2

Member 1 Coverages
8

Member 2 Coverages

314676163117480010115041414665 2

If you make a payment of $2070.00 by January 31 for the full year, you'll save $241 Call if you have any questions: 1-800-828-5800.

PO BOX 650891
DALLAS TX 75266-0891

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO UNITEDHEALTHCARE INSURANCE COMPANY.
PLEASE DO NOT FOLD, STAPLE, OR TAPE COUPON AND ENCLOSE WITH YOUR RETURN.
PLEASE USE THE ENVELOPE PROVIDED TO RETURN COUPON AND PAYMENT.

`006262`

LIBERTY MUTUAL INSURANCE
P.O. BOX 6829
SCRANTON, PA 18505



PLEASE READ: Payments or documents sent to the address above will not be processed

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

### Your Bill is Past Due.

We have not received your payment as of 04/06/2020. Please pay total amount due to avoid possible interruption to your coverage.

Josephine, thank you for being our valued customer since 2017!

## THIS IS YOUR HOME INSURANCE BILL AS OF APRIL 06, 2020

### INSURANCE INFORMATION

| Policy Number: | H37-218-117400-70 |
| Policy Period: | May 07, 2019 - May 07, 2020 |
| Bill Frequency: | Monthly |
| Property Insured: | 350 GOVERNOR WENTWORTH HWY |
| | WOLFEBORO, NH 03894-4635 |

### BILLING DETAILS

| Previous Policy Balance | $123.27 |
| Payment Activity | |
|    Payments Received | $0.00 |
| Installment Charge | $5.00 |
| Policy Balance | $128.27 |
| | |
| Past Due Amount | $123.27 |
| Installment Charge | $5.00 |

| Please Pay Total Amount Due by April 26, 2020 | $128.27 |

### QUESTIONS

**Questions Regarding Your Policy or Bill?**

1-800-225-8285

**Want to Pay Online?**
LibertyMutual.com/service

**Need to Report a Claim?**
1-800-2CLAIMS (1-800-225-2467)

**Mail Check to:**
Liberty Mutual Group
PO BOX 1452
New York, NY 10116-1452

**Save Time & Money**
Eliminate installment charges by paying your balance in full.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **PAYMENT COUPON**

Please send all payments in the envelope provided.
Please make check payable to: Liberty Mutual Group

 Save time and money by signing up for automatic payments via your bank account at: LibertyMutual.com/autopay
··· online at: LibertyMutual.com/pay

JOSEPHINE AMATUCCI

**Due Date:** April 26, 2020
**Policy Number:** H37-218-1174
**Invoice Number:** 0000028572

| PAY POLICY IN FULL | $128.2 |

UnitedHealthcare

Adams AA 30074-0374

Your payment can take
up to 10 days to post to
your account.

Josephine Amatucci

April 12, 2021                                            Member ID 01795125841

You have a past due amount. Please pay so you don't lose your plan.

We want to let you know that you have a past due amount on your AARP Medicare Rx
Saver Plus (PDP) account. As of April 12, 2021, you owe $54.80. Please pay this
now, since your payment can take up to 10 days to post to your account, and it can
take up to 10 days to post to your account. If we don't get your payment within 90 days, you
past due amount may be different.

## Premium payments

Your premium is due on the first of each month. If we don't receive your payment by the first
of each month, it will be added to your past due amount.

If you wish to pay your next month's premium today with the past due amount, here is the
total:

|                          | Amount  | Due date       |
|--------------------------|---------|----------------|
| Past due amount          | $54.80  | Upon receipt   |
| Premium (monthly charge) | $27.40  | May 1, 2021    |
| Total due                | $82.20  |                |



# MetroCast

**Statement of Service**

Page 1 of 3

**Billing Date:** November 6, 2017
**Account Number:** 8262 10 019 0026529

METROCAST CABLEVISION
9 APPLE RD BELMONT NH 03220-5251

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

**How to reach us ....**
Office hrs M-F 8:00am-5:00pm
Sat 8am-4:00pm www.MetroCast.com
Phone hrs 24/7 1-800-952-1001

**For Service At...**
850 GOVERNOR WENTWORTH HWY
WOLFEBORO NH 03894-4625



## Account Summary

Your account is past due. Please remit the total balance due immediately to avoid a $25.00 collection effort charge or discontinuation of service. If payment was made after the remittance date, please disregard this message. Thank you.

Please see reverse side for account details.

| | |
|---|---|
| Previous Balance | 1,584.79 |
| Payment(s) | -169.40 |
| Monthly Charge(s) | 167.01 |
| Other Charge(s) | 0.00 |
| Taxes & Fees | 0.00 |
| **Balance Due** | **$ 582.40** |
| Payment Due Date | Upon Receipt |



Town of
Wolfeboro

**MUNICIPAL ELECTRIC DEPARTMENT**
84 SOUTH MAIN STREET
P.O. BOX 777
WOLFEBORO, NH 03894-0777

603-569-8150
603-569-8183

| BILLING DATE | 11/28/17 | ACCOUNT NUMBER |
|---|---|---|
| DUE DATE | 12/27/17 | 09-0449.002 |
| TOTAL AMOUNT DUE | | $10,409.94 |

**AMOUNT REMITTED  $**
Service Address: 350 GOV WENTWORTH HWY

IF YOU HAVE AN ADDRESS CHANGE, PLEASE FILL OUT REVERSE SIDE AND CHECK BOX HERE.  ☐

Please return this portion with your payment and make checks payable to:

297 1 SP 0.460   S0267X I0124 03073618705 82 P4959637 0801:0001

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 777
Wolfeboro, NH 03894-0777

| MUNICIPAL ELECTRIC DEPARTMENT 84 SOUTH MAIN STREET P.O. BOX 777 WOLFEBORO, NH 03894-0777 603-569-8150 603-569-8183 | ACCT NO. | 09-0449.002 | PROPERTY OWNER | JOSEPHINE AMATUCCI |
|---|---|---|---|---|
| | NEXT READ | 12/21/17 | SERVICE LOCATION | 350 GOV WENTWORTH HWY |
| | BILLING DATE | 11/28/17 | RATE | DOMESTIC ALL YR DA |

| METER NUMBER(S) | PREVIOUS | | | PRESENT | | | MULTI- | TOTAL KWH USED |
|---|---|---|---|---|---|---|---|---|
| | DATE | READING | READ CODE | DATE | READING | READ CODE | | |
| 3320 | 10/23/17 | 9853 | ACT | 11/28/17 | 2465 | ACT | 1 | 2612 |

PREVIOUS BALANCE                                    $10,093.54
PAYMENTS AS OF 11/28/17                              $50.00CR
                                                    _____
BALANCE FORWARD                                     $10,043.54
CUSTOMER CHARGE                                         $5.55
DISTRIBUTION 2612 KWH @ .035200                       $91.94
GENERATION 2612 KWH @ .102400                        $267.47
STATE OF NEW HAMPSHIRE CONSUMPTION TAX

603-569-3902

1ST INSTALLMENT: $
2ND INSTALLMENT: $
TOTAL PAYMENTS: $

AMOUNT DUE                $
BY            DEC 19, 2017

Property Location:  350 GOV WENTWORTH HWY

AMATUCCI, JOSEPHINE
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

Town of Wolfeboro
P.O. Box 629
Wolfeboro, NH 03894-0522

PLEASE DETACH AND RETURN ABOVE PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO THE TOWN OF WOLFEBORO

Town of
Wolfeboro

**REAL ESTATE TAX BILL**
64 SOUTH MAIN STREET  P.O. BOX 629
WOLFEBORO, NH 03894-0629

**OFFICE HOURS**
MONDAY - FRIDAY : 8:00AM - 4:00PM
TELEPHONE (603) 569-3902
email : taxcollector@wolfeboronh.us

PROPERTY OWNER(S):

AMATUCCI, JOSEPHINE

MAILING ADDRESS:

PO BOX 272
WOLFEBORO FALLS NH 03896-0272

| TAX YEAR: | 2017 |
| ACCOUNT NUMBER: | 10-3996.701 |
| TAX MAP/LOT NUMBER: | 151-21 |
| PROPERTY LOCATION: | 350 GOV WENTWORTH HWY |

| | TAX RATES | TOTAL VALUATION | AMOUNT | ASSESSMENT INFORMATION | | TAX INFORMATION | |
|---|---|---|---|---|---|---|---|
| MUNICIPAL | 5.760 | $64,500 | $371.00 | BUILDING VALUE | $70,000 | GROSS TAX | $96 |
| SCHOOL - LOCAL | 5.550 | $64,500 | $357.00 | LAND VALUE | $84,500 | CREDITS | |
| SCHOOL - STATE | 2.280 | $64,500 | $147.00 | TOTAL VALUE | $154,500 | NET TAX | $96 |
| COUNTY | 1.390 | $64,500 | $89.00 | EXEMPTIONS | | FIRST BILL | $47 |
| | | | | | | SECOND BILL | $494 |
| TOTAL | 14.980 | $64,500 | $966.00 | TAXABLE VALUE | $64,500 | PAYMENTS | |

| AMOUNT DUE BY | DEC 19, 2017 | $966.00 |
|---|---|---|

IF PAID AFTER DUE DATE ANNUAL INTEREST RATE OF 12% WILL BE CHARGED
PRIOR YEARS TAXES DO NOT INCLUDE ACCUMULATED INTEREST OR COSTS
PLEASE CONTACT THE TAX OFFICE FOR UPDATED AMOUNTS

*9 B*

**IMPORTANT NOTICE TO ALL TAXPAYERS:**

IF YOU ARE ELDERLY, DISABLED, BLIND, A VETERAN, OR VETERAN'S SPOUSE, OR ARE UNABLE TO PAY TAXES
TO POVERTY OR OTHER GOOD CAUSE, YOU MAY BE ELIGIBLE FOR A TAX EXEMPTION, CREDIT, ABATEMENT, OF
DEFERRAL. FOR DETAILS AND APPLICATION INFORMATION, CONTACT THE ASSESSING DEPARTMENT. (CONTAC
AND ADDITIONAL INFORMATION ON REVERSE SIDE OF THIS BILL)

Auto policy bill

JOSEPHINE AMATUCCI
PO BOX 272
WOLFEBORO FALLS NH 03896-0272

To pay in full (includes FullPay discount)                                    $513.14

Minimum amount due by November 12, 2021                                $103.14

## Ways to pay

**Automatic Payments**

**One-Time Payment**

## Return this portion with your payment

| To pay in full | $513.14 |
|---|---|
| Minimum amount due by November 12, 2021 | $103.14 |

**Amount enclosed**

$

ALLSTATE FIRE AND CASUALTY INSURANCE CO


Allstate

Policy number
984 509 966

Do not write address or policy
change requests on this return
portion, contact your agency.

10 B

*[handwritten, top right]* oR.6.

*[handwritten, circled]* New Date 11/21/22
Finances have Not Changed

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

*[handwritten]* Proof I Filed this with the 00102 CASE

_____
Plaintiff/Petitioner

v.

_____
Defendant/Respondent

Civil Action No. *[handwritten]* 1:22-00102

*[handwritten]* FRAUD

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: _____ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |

*OR.6.*

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

| | |
|---|---|
| _Plaintiff/Petitioner_ | ) |
| v. | ) |
| _Defendant/Respondent_ | ) |
| | ) |

Civil Action No. *1:22-00102*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | S | S | S | S |
| Disability *(such as social security, insurance payments)* | S | S | S | S |
| Unemployment payments | S | S | S | S |
| Public-assistance *(such as welfare)* | S | S | S | S |
| Other *(specify):* | S | S | S | S |
| **Total monthly income:** | S        0.00 | S        0.00 | S        0.00 | S        0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | S |
| | | | S |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | S |
| | | | S |
| | | | S |

4.    How much cash do you and your spouse have? S    _1, 0 0_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | S | S |
| | | S | S |
| | | S | S |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $          0.00 | $          0.00 | $          0.00 | $          0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ _/ U O_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ *UNKNOWN* |
| Other real estate *(Value)* | $ *NONE* |
| Motor vehicle #1 *(Value)*   *2012 NISSAN VERSA* | $ *UNKNOWN* |
| Make and year: | |
| Model: | |
| Registration #:   *0236201 9487* | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)*   *NONE* | $ |
| Other assets *(Value)*   *NONE* | $ |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ *Unknown* |
| Other real estate *(Value)* | $ *None* |
| Motor vehicle #1 *(Value)*   *2012 Nissan Versa* | $ *Unknown* |
| Make and year: | |
| Model: | |
| Registration #:   *0236261 9487* | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)*   *None* | $ |
| Other assets *(Value)*   *None* | $ |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18. initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
      spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
      monthly rate.

| *See Attached* | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*  Are real estate taxes included?   ❑ Yes   ❑ No  Is property insurance included?   ❑ Yes   ❑ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name):* | $ | $ |
| Department store *(name):* | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| *See Attached* | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>       Are real estate taxes included?  ❏  Yes   ❏  No<br>       Is property insurance included?  ❏  Yes   ❏  No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|        Homeowner's or renter's: | $ | $ |
|        Life: | $ | $ |
|        Health: | $ | $ |
|        Motor vehicle: | $ | $ |
|        Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|        Motor vehicle: | $ | $ |
|        Credit card *(name):* | $ | $ |
|        Department store *(name):* | $ | $ |

AO 239  (Rev  01-15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | S | S |
| Other *(specify):* | S | S |
| **Total monthly expenses:** | S              0.00 | S              0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

     ☐ Yes     ☒ No      If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

     If yes, how much?   S _____

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.  Identify the city and state of your legal residence.

     *Wolfeboro, N.H.*

     Your daytime phone number:   *603 569-2429*

     Your age:  *83*     Your years of schooling:  *3 years of college*

     *Josephine Gonatucci*

Page 5 of 5

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify):* | $ | $ |
| **Total monthly expenses:** | $          0.00 | $          0.00 |

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

  ☐ Yes   ☒ No        If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

  If yes, how much?   $ _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.   Identify the city and state of your legal residence.

  *WolfBoro, N.H*

  Your daytime phone number:   *603 569-2429*

  Your age:   *83*   Your years of schooling:   *3 years of College*

  *Josephine Gmatucci*

## Orders on Motions

1:22-fp-00102 Amatucci v. Mullen et al **CASE CLOSED** on 06/16/2022

CLOSED

### U.S. District Court

### District of New Hampshire

### Notice of Electronic Filing

The following transaction was entered on 9/13/2022 at 8:36 AM EDT and filed on 9/13/2022
**Case Name:**       Amatucci v. Mullen et al
**Case Number:**    1:22-fp-00102
**Filer:**
**WARNING: CASE CLOSED on 06/16/2022**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER** mooting [4] Motion to Dismiss. *Text of Order: Josephine Amatucci has filed a motion to dismiss (Doc. No. 4) a case she filed in this Court, docketed as Amatucci v. Mullen, 22-fp-102. Because Mrs. Amatucci never paid the filing fee or applied for in forma pauperis status in this case, it was terminated on June 16, 2022, and was never opened as a civil case. Accordingly, her motion to dismiss is denied as moot. So Ordered by Chief Judge Landya B. McCafferty.*(ed)

**1:22-fp-00102 Notice has been electronically mailed to:**

**1:22-fp-00102 Notice, to the extent appropriate, must be delivered conventionally to:**

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

**Orders on Motions**

<u>1:22-fp-00102 Amatucci v. Mullen et al</u> **CASE CLOSED on 06/16/2022**

CLOSED

## U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 9/13/2022 at 8:36 AM EDT and filed on 9/13/2022
**Case Name:**        Amatucci v. Mullen et al
**Case Number:**     <u>1:22-fp-00102</u>
**Filer:**
**WARNING: CASE CLOSED on 06/16/2022**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER mooting [4] Motion to Dismiss.** *Text of Order: Josephine Amatucci has filed a motion to dismiss (Doc. No. 4) a case she filed in this Court, docketed as Amatucci v. Mullen, 22-fp-102. Because Mrs. Amatucci never paid the filing fee or applied for in forma pauperis status in this case, it was terminated on June 16, 2022, and was never opened as a civil case. Accordingly, her motion to dismiss is denied as moot. So Ordered by Chief Judge Landya B. McCafferty.*(ed)


**1:22-fp-00102 Notice has been electronically mailed to:**

**1:22-fp-00102 Notice, to the extent appropriate, must be delivered conventionally to:**

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Tracy Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

October 19, 2022

*No Docket Need in a New Cause of Action*

Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, NH 03896

Re: Motion dated October 14, 2022 (5814)

Dear Ms. Amatucci,

The enclosed motion is being returned to you due to the absence of a docket number on the motion. In order for the motion to be filed into the correct case, you will need to provide a copy of the motion with the docket number included.

Sincerely,

Brandy Fantasia
Deputy Clerk

/bmf
enclosures



Ms. Josephine Amatucci
PO Box 272
Wolfeboro Fls., NH 03896-0272





ATTENTION: MEG CAHILL
United States District Court
District of New Hampshire
Office of The Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

U.S. POSTAGE PAID
FCM LG ENV
WOLFEBORO FALLS, NH
03896
NOV 21, 22
AMOUNT
$0.84
R2303S102236-01

RDC 99          03301