FILED - USDC -NH
2022 NOV 23 AM 10:13

5843

To:      Meg Cahill

From:    Josephine Amatucci

Re:      This New Cause of Action that I filed IN PERSON, see stamped date which is the day that I filed this case ..........IN PERSON, yet the Court is stating they do not have a copy of this New Cause of Action.

    The Court claims they never received this new cause of action, and I am mailing a copy of the original new cause of action that the Court states they never received, which they .....DID RECEIVE,

    (SEE WHERE I MARKED THE PAPERS NUMBER 1 WHERE YOU WILL SEE THAT MY NEW CAUSE OF ACTION WAS RETURNED BECAUSE THERE WAS NO DOCKET NUMBER.....HELLOOOOOOOOOO there is never a docket number when filing a new cause of action)

    I filed the new cause of action IN PERSON in the court, and had a copy DATED to prove I filed the new cause of action. the date of which you will see stamped by you presumably Meg on my copy, a copy of which is attached. See my number in the left hand corner under ......5814....... where Brandy Fantasia FRAUDULENTLY returned the new cause of action with the excuse that there was NO DOCKET NUMBER.

    I need for you to get this new cause of action in the right hands

    And most important Meg, could you please stamp date this copy and send me a copy of the first page with the new date to prove that you received it, for further proof of the filing of this case.

    Please also stamp date the REQUEST FOR NON PAYMENT OF FILING FEES and send me a dated copy, to prove I mailed this also.

    This case was recently under Case No. 1:22-00102 of which Chief Judge Landya McCafferty terminated the new cause of action by FALSELY stating that I never filed an in forma pauperis status, however, however, you will see wihthe attached copy thayt I DID mail in a copy of the in forma pauperis status.

    I am sending a copy of the original in forma pauperis status filings, as my financial condition has not changed. I will put the new date under the old date, to make the date current.

    Meg could you please prepare a copy of this letter to the Clerk of Court to let him

1

aware of my grievances in this case which has been in the court system for YEARS AND YEARS AND YEARS.


Thankyou,  Meg

Josephine Amatucci

November 21, 2022

*Josephine Amatucci*