8307

FILED - USDC -NH
2024 36 4 12 13

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

V.

Charles Greenhalghn, INDIVIDUALLY, INDIVIDUALLY, INDIVIDUALLY

JURY TRIAL DEMANDED

JURISDICTION

This new cause of action happened in New Hampshire, the Complaint that is before the court is under 42 U.S.C. 1983.

PARTIES

1. Josephine Amatucci, P. O. Box 272, Wolfeboro Falls, NH 03896

2. Charles Greenhalgn, INDIVIDUALLY

RELEVANT FACTS

3. This cause of action is before defendant Greenhalghn IN HIS INDIVIDUAL CAPACITY. This case is about the SUPREMACY CLAUSE:

"The SUPREMACY CLAUSE IS THE cONSTITTION OF THE UNITED STATES (Article VI, Clause 2) establishes, tht the Constitution, federal laws made pursuant to it, and treaties made under its authority, constitute the "supreme LAW OF THE LAND", and thus take priority over ANY CONFLICTING STATE LAWS. That the Judges in every state shall be bound therby, any thing in the Constitution or Laws of any State to the Conrary notwithstanding".

4. That Greenhalghn convicted the Plaintiff of a crime HE KNEW SHE NEVER COMITTED. As the filed a Motion to Dismiss immediately following the Belmont's

1

Sheriff's Dept. filing of a Complaint against her in his Court, accusing her of a crime …….THEY KNEW ….she never committed. That instead of following Due Process of the law, instead of ruling on her Motion to Dismiss which is MANDATORY, Greenhalghn in denial of her DUE PROCESS RIGHTS, and rights under her fourth Amendment claim, a claim of an unlawful malicious prosecuton by the defendants, , WITHOUT PROBABLE CAUSE, WITHOUT PROBABLE CAUSE, Greenhalghn instead by trespassing the law of the land, he refused to litigate her Motion to Dismiss, which proved that the defendants were accusing her of a crime she never committed, Greenhalghn instead moved on with the trial, VIOLATING HER LIBERTY RIGHTS, and he ultimately accused her of causing bodily injury to Robert Maloney, even though before Greenhalghn was exculatory evidence from Maloney himself stating he had NO INJURY.

5. Besides Greenhalghn was also evidence of no bodily injury provided by Maloney's supervisor, who was a witness to the event at the Dump, who stated Maloney was never standing in the doorway, therefore the Plaintiff did not push him aside to get inside the office, and therefore there was NO BODILY INJURY.

6. Also at the trial when the Plaintiff was questioning Maloney as was her right, Greenhalghn screamed and told Maloney NOT TO ANSWER MY QUESTIONS.
ALL THIS INFORMATION, ALL THE CRIMES OF GREENHALGHN are evidence contained in the copy of the recording of the trial that the Plaintiff presented to the Court. therefore none of this evidence can be denied.

7. That is Greenhalghn tresspassed against the Federal Constitution, which he vowed to uphold, and in doing so he lost JURISDICTION in the case, where his rulings under the law, are void of no legal force.

8. That Greenhalghn accused the Plaintiff of causing bodily injury to Maloney,

WITHOUT PROBABLE CAUSE, WITHOUT PROBABLE CAUSE. As the evidence in the files will show Greenhalghn had NO PROBABLE CAUSE to accuse he Plaintiff of causing injury to Maloney.

9.     Plaintiff an elderly person was forced to attend a trial which was in vioaltion of her LIBERTY RIGHS, her FEDERAL CONSTITUTIONAL RIGHTS, and under 1983 she is demanding a jury trial of her peers, asking for ONE MILLION DOLLARS FROM CHARLES GREENHALGHN. Immediately as allowed under the Sixth Amendment due to her age.

10.    As stated the Plaintiff submitted to the Court a copy of the trial where all evidence points to Greenhalghn's violation of her civil rights. Especially when he MALICIOUSLY AND FRAUDULENTLY found her guilty of causing bodily injury when before him was evidence that there was no bodily injury in a statement by the alleged victim himself a Robert Maloney, and besides exculpatory evidence in a statement given by Maloney's Supervisor at the trial, who also was a witness to the event that occurred at the dump, the witness stating TO THE COURT, TO GREENHALGHN, that Robert Maloney was never standing when the Plaintiff entered the office, and therfore she never pushed Maloney, and he never had an injury. When Greenhalghn accused her causing bodily injury to Maloney.

11.    Greenhalghn did what all other judges do in this Court, he refused to litigate her violation of the Federal Constitution claim, refused to address her Federal Civil Rights violation, and in refusing to mention, litigate, rule on her Fouth Amendment Claim, Greenhalghn was in fact denying her the right to appeal any decision he made, when he was refusing to make any decision at all. A TACTIC FOLLOWED BY THIS COURT in every case the Plaintiff filed in this court and by EVERY JUDGE. Stating that the court has a

PROCEDURE that denies one their civil rights AUTOMATICALLY.

12. As in the previous case before the Court, the Court fraudulently based the Plaintiff's claims under JUDGE JUDGE JUDGE Greenhalghn, where he claim was never under a judge, where the Plaintiff was suing Greenhalghn all along as an INDIVIDUAL, where there is no absolute immunity for Greenhalghn.

WHEREFORE: The Plaintiff is MANDATING under the law, for an immediate jury trial for damages as allowed under 1983 where Greenhalgn had NO PROBABLE CAUSE to continue with a trial, where he denied her LIBERTY and also guilty of violating the Plaintiff's Federal Constitutional Rights, under the Fourth Amendment, for an unlawful Malicious Prosecution, And ....AS AN INDIVIDUAL, he lacked jurisdiction to hear the case, when he denied the Plaintiff her Federal Civil Rights, making his rulings void of no legal force. The Plaintiff is demanding ONE MILLION DOLLARS from Charles Greenhalgn for the violaion of his OATH OF OFFICE, by subjecting the Plaintiff a very elderly person to such emotional distress and when he found her guilty of a crime he knew she never committed.

Respectfully,

Josephine Amatucci

January 3, 2024

*Josephine Amatucci*

4

FROM: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
3 JAN 2024 PM 1 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135