FILED - USDC -NH
2024 JAN 5 AM 10:35

8310

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Mullen  INDIVIDUALLY.....Chase ,  INDIVIDUALLY

AND OFFICIALLY,  .... Laplante, INDIDVIDUALLY....

Town of Wolfeboro, prosecutor Morgan,  Ransmeier

officially

### JURISDICTION

This cause of action happened in New Hamshire,  the Complaint is before the court under 42 U.S.C 1983.

### PARTIES

1.     Josephine Amatucci,  P. O. Box 272, Wolfeboro Falls, NH 03896

2.     Robert Mullen

3.     Stuart Chase,  Town of Wolfeboro

4.     Joseph Laplante,  United States District Court

5.     Morgan,  Town of wolfeboro

6.     Ransmeier & Spellman One Capitol St.,  P. O. Box 600, Concord, NH 03301

7.     Town of Wolfeborto,  84 South Main St. P.O. Box 629 Wolfeboro , NH 03894

### RELEVANT FACTS

1  *A*

*See cases 1:22-cv-00547-LM For Reference*

THIS CASE IS BASED ON THE FEDERAL CONSTITUION under 1983, wherefore, no ruling, no decision, of the court overrules the Plaintiff's rights under the LAW OF THE LAND.

8.      Hellooooooooooo, this case is based on one fact, a violation of the

Federal Constitution, a Fourth Amendment violation , when I was prosecuted for

speeding, where speeding is NOT A CRIME in New Hampshire. An UNLAWFUL

Malicious Prosecution. Please see the evidence attached, by the defendants

ADMITTING that I was prosecuted for speeding, prosecuted for speeding. Besides

the evidence in the file under this case, that the judge at the trial found me NOT

GUILTY OF SPEEDING.

9.      For the full acounts of this crime, see the case under 22-cv-547 .

WHEREFORE:   There is nothing more to be said, the defendants themselves admitted they arested and prosecuted the Plaintiff for SPEEDING, a violation of her civil Federal Rights. Therefore,   this court is MANDATED, MANDATED, under FEDERAL CONSTITUTIONAL law to put this case in front of a jury for damages as allowed under 1983 for all the pain and suffering the Plaintiff had to endure, when Chase put her in jail, stole evience in her car without a warrant, had her car towed, made her pay a large amount of money to get her car out of towing, took away her freedom, when she had to attend court hearings, a very elderly person. and for all the pain and suffering, when Mullen and Laplante malisciously took away her right to a jury trial for damages, when they MALICIOUSLY denied she was prosecuted for speeding, and when Laplante based the case under the Police rights to STOP STOP HER CAR, ignoring her claims that it was not about the STOP it was about the unlawful proseuction for speeding. The Plaintiff is asking for $500,000.00 and for Chase's house, she wants his house, where the town will have to pay for the damages for the Plaintiff's unlawful malicious prosecution.

10.      This is a continuous course of conduct of the judges in the United States

District Court to ignore the Plaintiff's merits in her cases before them. To ignore the

violations of the Federal Constitution, to TRESPASS AGAINST THE CONSTITUTION.

11.      See the evidence attached admitting they prosecuted the Plaintiff for

speeding. And let it be known that the trial court Judge found the Plaintiff NOT GUILTY OF

SPEEDING.

2  *A*

Respectfully ,

Josephine Amatucci

Copy, Town, Ransmeier

January 3, 2024

Josephine Amatucci

3  A

FROM: J. AMATUCCI
P.O. Box 272
WolfeBoro Falls N.H. 03896

MANCHESTER NH 030

3 JAN 2024   PM 3  L

FREEDOM FREEDOM
FOREVER/USA   FOREVER/USA

United States District Court
District of New Hampshire
Office of The Clerk
5 o Pleasant St.
Room 110
Concord N.H. 03301

03301-407399