8306

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

v.

Town, Wright, Rondeau, Estes, Sheriffs Dept.

et al                                                             JURY TRIAL DEMANDED


## JURISDICTION

This new cause of action happened in New Hampshire. The Complaint that is before the court is under 42 U.S.C. 1983. *See Case 1:22-00319 For Facts in This Lawsuit*

## PARTIES

1. Josephine Amatucci, P. O. Box 272, Wolfeboro Falls, NH 03896

2. Town of Wolfeboro, 84 Sourth Main St. P.O. Box 629, Wolfeboro, NH 03894

3. Deputy Sheriff, William Wright, sued individually

4. Dean Rondeau, 251 S. Main St. Wolfeboro, NH 03894, Individually

5. Robert Maloney, Wolfeboro, NH, Individually

6. Judy Estes, sued indidividually

7. Belnap County Sheriff's Dept. 42 County Drive, Laconia, NH 03246 Officially

8. Steve Champaigne, sued Individually

9. Timothy Morgan, Individually

## RELEVANT FACTS

10. This is a claim of an unlawful Malicious Prosecution without Probable Cause,

filed in the Court by the defendants, accusng the Plaintiff of causing Bodily Injury

1

to Robert Maloney, that to clarify THIS LAWSUIT IS ONLY ONLY ONLY based on the a unlawful claim filed by the defendants in the Court accusing her of causing an assault with bodily injury to Robert Maloney.

11.     Hellooooooooooo THIS LAWSUIT IS ONLY ABOUT WHAT HAPPENED AT THE COURT, when the defendants filed a Complaint against the Plaintiff falsely accusing her of causing an Assault with Bodily Injury to Robert Maloney. Without PROBABLE CAUSE as before them was an Affidavit of Robert maloney stating he had NO INJURY. NO INJURY, NO INJURY, NO INJURY...................... NO INJURY

12.     And their was the exculpatory evidence at the trial that Maloney's Supervisor stated to the Court, that Maloney was never standing in the doorway and therefore, the Plaintif did not push him aside to get inside the office at the dump, as Maloney falsely stated.

13.     A Fourth Amendment violation of the Federal Constitutional claim, of the LAW OF THE LAND, which OVERRULES, OVERRIDES all opinions of the judge's. That therefore any rulings of the judge when refusing to allow the Plaintiff's Motion to dismiss, in a violation of her Federal Constitutional rights, Greenhalghn lost jurisdiction in the case and therefore his rulings and judgments are void of no legal force.

14.     A Fourth Amendment claim where there was NO PROBABLE CAUSE, for the defendants to file a Complaint in the Court falsely accusing the Plaintiff of a crime THEY KNEW, she never committed. A MALICIOUS PROSECUTION WITH NO PROBABLE CAUSE.

15.     That the Court ......in a continuous cause of action ....in the cases before the Courts filed by the Plaintiff, that the Court continuously peverts the meaning of the Plaintiff's claims, in a continuous conduct as verified verified and defined by Alan

2

Deshowitz, a Harvard Professor, who stated the following:

"The American Criminal Justice System depends on dishonesty, is unfair, PERVERTS the MEANING OF THE CASES.

16     The Plaintiff states that the Court perverted the meaning of the Plaintiff's lawsuit which was based entirely on the unlawful malicious prosecution filed in the Court by the defendents, AND NOT NOT NOT NOT regarding what occurred at the Dump, but regarding the UNLAWFUL MALICIOUS PROSECUTION filed by the defendants in the court falsely accusing her of causing bodily injury to Robert Maloney, when evidence shows there was NO BODILY INJURY.

17     That instead of basing the Plaintiff's Complaint before the Court on the unlawful Malicious Prosecution filed WITHOUT PROBABLE CAUSE, the Court instead based the case on what occurred at the Town Dump.

18     The court is familiar with this case based on the many filings by the Plaintiff, and her Summry Judgment she filed as far back as April 8, 2020, under her number 4767, stating that her lawsuit was ONLY BASED ON THE UNLAWFUL COMPLAINT FILED IN THE COURT ACCUSING HER OF AN ASSAULT WITH BODILY INJURY ON ROBERT MALONEY.

WHEREFORE:  The Plaintiff is demanding a SPEEDY jury trial for the unlawful malicious prosecution filed by the defendants accusing the Plaintiff of causing bodily injury, when there was NO BODILY INJURY,   in violation of the Fourth Amendment, of an unlawful seizure, WITHOUT PROBABLE CAUSE,  A Monell claim, a Violation of the Fourteenth Amendment, a violation of her LIBERTY RIGHTS.  For TRIPPLE DAMAGES by a jury trial of her peers for damages in the amount of 500,000. dollars for her severe pain and suffering,  a woman of 85 years old. Which is allowed under 1983.

Respectfully,

Josephine Amatucci

c. Town of Wolfeboro, Sheriffs Dept.

January 1, 2024

*Josephine Amatucci*

From: Josephine Amatucci
P.O. Box 292
Wolfe Boro Falls N.H. 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant Street
Room 110
Concord, N.H. 03301

