FILED - USDC -NH
2024 JUL 16 AM 11:17

9136

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Chase, et al                                                JURY TRIAL DEMANDED

                                                            WITHOUT FURTHER DELAY

JURISDICTION

This cause of action happened in New Hampshire. The Complaint that is beore the Court is under 42 U.S.c. 1983.

PARTIES

1.   Josephine Amatucci, is a citizen of the United States and a resident of Woleboro New Hampshire.

2.   Stuart Chase, FORMER Police Chief

3.   Attorney Daniel Mullen

4.   Pretti Flaherty

5.   Judge Joseph Laplante, in his INDIVIDUAL STATUS

RELEVANT FACTS

6.       Helloooooooooooo this case which is before the court and has never been litigated or ruled on regarding the violation of the Plaintiff's Fourth Amendment Federal Constitutional rights. And a violation of Due Process.  Helloooooooooo as shown as

evidence attached the Plaintiff was accused of a Misdemeanor A which gives her he

right to a JURY TRIAL under the LAW.

7.      This case is about an unlawful PROSECUTION FOR SPEEDING, a Fourth Amendment and Fourteenth Amendment violation, of Due Process, as speeding is not a crime in New Hampshire, and of an unlawful trial under the Sixth Amendment, where a trial was held in violation of the Sixth Amendment speedy trial clause, especially for an elderly person. Where the trial in this case was held way beyond the time limit allowed under the Sixth Amendment.  Making the trial void of no legal force.  Making the judgment of disobeying a police officer by the trial court judge, void of no legal force.

8.      Speeding is NOT A CRIME IN NEW HAMPSHIRE, yet the Plaintiff was prosecuted for speeding, in violation of the Fourth and Fourteenth Amendment, an unlawful seizure, and in violation of Due Process.

9.       That in violation of the Sixth Amendment a trial was held way beyond the time allowed to hold a trial, under the Sixth Amendment,  especially when an elderly person like the Plaintiff is involved, and  therefore the trial held by Chase and the defendants was in violation of the Sixth Amendment. Making the trial void of no legal force,  Where any decisions of the trial court on the claims of Disobeying a Police Officer, are void of no legal force, as the trial itself is void of no legal force under the Sixth Amendment.  Leaving the prosecution by the defendants a violation of the Fourth, Fourteenth and Sixth Amendments. In violation of her LIBERTY RIGHTS.


WHEREFORE:   This case without further delay after many years of FRAUD ON /UPON THE COURT,   will be immediately before a jury of her peers for damages as allowed under 1983,  for the violation of the Plaintiff's  Federal Cosntitutional Rights, WITHOUT PROBABLE CAUSE. Inviolation of CLEARLY ESTABLISHED RIGHTS.  And where she was accused of commiting a Misdemeaor A she is allowed a jury trial in this case.

Respectfully,

Josephine Amatucci

c. Town of Wolfeboro, Chase,

July 15, 2024

*Josephine Amatucci*

# THE STATE OF NEW HAMPSHIRE
## DEPARTMENT OF SAFETY, DIVISION OF STATE POLICE
33 Hazen Dr, Concord NH 03305   (603) 223-3867

## CRIMINAL HISTORY RECORD



| | | |
|---|---|---|
| SID# NH644856 | Name AMATUCCI, JOSEPHINE S | DOB 09/27/1938 |

| | | | | | |
|---|---|---|---|---|---|
| POB | MA | Hair | Brown | Weight | 165 |
| Sex | F | Eye | Brown | Height | 67 |
| ADDR | PO BOX 272 | Race | White | Prints | Y |
| | WOLFEBORO FALLS NH 03896 | FBI | 548419AE4 | Photo Available | Y |
| OLN | | FPC | | Palm Available | Y |

**Alias**
Name    DOB

**Caution**
Code    Comments

**Body Markings**
Code    Description    Comments

### Cycle 001

**Arrest**

| | | | |
|---|---|---|---|
| Tracking # | TNH040140230 | Agency | WOLFEBORO PD |
| Arrest Date | 05/07/2014 | Violation Date | 05/07/2014 |
| Arrested on Violation | | Violation End Date | |
| Offense | 265:4 II, DISOBEYING POLICE OFC | Violation on Or About | N |
| Degree | MISDEMEANOR | Fingerprint Supported | Y |
| Inchoate | | | |
| Special condition | | | |
| Comments | | | |

**Complaint as Filed Offense (CAAFF)**

| | | | |
|---|---|---|---|
| Docket | 464-2014-CR-00836 | Violation Date | 05/07/2014 |
| Charge Id | 941112C | Violation End Date | |
| Degree | MISDEMEANOR A | Inchoate | |
| Offense | 265:4, Disobeying an Officer | Court | OSSIPEE-D |
| Comments | | | |

*Josephine Amatucci*
PO Box 272
Wolfeboro Falls, NH 03896

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord N.H. 03301





Retail
RDC 99
03301

U.S. POSTAGE PAID
FCM LG ENV
WEST OSSIPEE, NH 03890
JUL 15, 2024
$1.77
R2305K132837-22