FILED - USDC -NH
2024 JUL 16 AM 11:17

8214

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town, Rondeau, Champaigne, Maloney, Wright

Estes, Belnap Sherif's Dept. Morgan

## JURISDICTION

This cause of acion happened in New Hampshire. The Complaint that is before the cour is under 42 U.S. c. 1983.

## PARTIES

1. Josephine Amatucci, P. O. Box 272, Wolfeboro falls, NH 03896

2. Town of Woleboro

3. Champaigne

4. Maloney

5. Wright

6. Estes,

7. Belnap Sheriff's Detp.

8. Prosecutor Morgan

## RELEVANT FACTS

9. This case is totally based on the unlawful and FraudulentComplaint filed in the Court

1

by the defendants, and the FRAUDULENT PROSECUTION by the defendants falsely accusing the Plaintiff of causing an Assault with Bodily Injury to alleged victim, Mr. Robert Maloney. FRAUD IS NEVER FINAL. THERE IS NO STATUTE OF LIMITATIONS.

10. This case is NOT NOT NOT NOT based on what occurred at the dump. Besides the fact that no Assault occurred at the dump (as verified by witness Steven Champaigne, at the trial, when he veriifed that the plaintiff never caused any injury to Mr. Maloney, that is she never pushed him, as Mr. Maloney falsley stated, that as a witness he testified Maloney was never standing in the doorway, and therefore the Plaintiff never pushed Maloney down a few steps as Maloney falsely stated) besides this fact the Plaintiff's claim before the Court is NOT WHAT MIGHT HAVE OCCURRED AT THE DUMP, but the claim before the Court is what occurred at the United States Court, when the defendants filed a Complaint in the Court falsely accusing the Plaintiff of causing an Assault with Bodily Injury to the alleged victim Mr. Robert Maloney

11. That Mr. Maloney was not injured was evidence in the court files.

12. Where there is no doubt that the evidence before the court, proves that the Plaintiff was MALICIOUSLY and FRAUDULENTLY accused of a crime she never committed, when the defendants filed a false Complaint ........WTH THE COURT.......accusing her of an Assault with Bodily Injury on a Mr. Robert Maloney. When they had a statement from Mr. Maloney all along stating he had NO INJURY.

13. That therefore the defendants are GUILTY of violating the Plaintiff's Constitutional rights, of an unlawful Fourth Amendment Seizure, of violation of Due Process, when WITHOUT PROBABLE CAUSE they filed a Malicious Prosecution against her int he Court falsely accusing her of causing Bodily Injury when in fact they knew the plaintiff never committed such a crime.

14.     A violation of Clearly Established law, when acting under color of law, the defendants are guilty of violating her Federal Constitutional Rights. Of an unlawful seizure.

WHEREFORE:  This violation of the Plaintiff's Federal Constitutional rights of an unlawful seizure that lasted throughout the entire trial is a violation claim under 1983 which will go before a jury of her peers........IMMEDIATELY..... for damages as allowed under the law.

Respectfully,

Josephine Amatucci

Town of Wolfeboro , Sheriffs Dept.

July 15, 2024

*Josephine Amatucci*

Joseph
PC
Wolfeboro

United States District Court
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301



Retail
RDC 99



03301

U.S. POSTAGE PAID
FCM LG ENV
WEST OSSIPEE, NH 03890
JUL 15, 2024
$1.77
R2305K132837-22