# The Granite State News

THURSDAY, AUGUST 27, 2015 — ESTABLISHED 1859 — WOLFEBORO, N.H. GRANITESTATENEWS.C[OM]

## Amatucci continues on her quest to remove police ch[ief]

BY THOMAS BEELER
Editor

WOLFEBORO — Last week Wolfeboro resident Josephine Amatucci came to the meetings of both the Board of Selectmen and the Police Commission to make her case for public hearings on alleged police misconduct.

Lately the police misconduct Amatucci refers to was a series of incidents on May 7, 2014 where she first complained to Police Chief Stuart Chase about a traffic ticket given to her and, when Chase refused to take any action and asked her to leave, she went to Town Hall to complain to Town Manager Dave Owen, who was not present. She became upset and was asked to leave by Acting Town Manager Rob [...]



JOSEPHINE AMATUCCI addresses the Wolfeboro Police Commission at their Aug. 20 meeting.
ELISSA PAQUETTE

left to drive to Ossipee to complain to the sheriff and was arrested for speeding and disobeying an officer on Route 28.

police grievance dates back to 2003 when she was arrested on the complaint of a neighbor, who then failed to appear in

At the first selectmen's meeting in August on Aug. 5, during public comment Amatucci demanded that the

police" be on the agenda for the next meeting or a public forum held that would allow her to air her grievances. She also demanded that the town establish a policy on criminal acts of police that would include misdemeanors – "zero tolerance" for police misconduct.

On Aug. 11 Amatucci put her demand in writing to selectmen. "I am very serious about my right to be put on the Agenda at the August 19th meeting or in a special forum, to debate and Redress my Grievances about police misconduct in front of the Selectmen. Under the First Amendment I have this right to....debate....the issue on how the town will address intentional and unlawful criminal acts and misdemeanors

peated her dem[and] "a Mandatory [Use of] Standard of [Profession]al" personnel p[olicy for] police and atta[ched a] letter she said s[he was] sending the "the[...] dated Aug. 10 as[king] coverage of the [Aug 5] meeting where s[he would] demand a resp[onse to] her requests.

No copy of [the re]quest was sent [to The] Granite State N[ews. "I] cannot get any c[overage] in my local new[spaper,] the Granite State [News.] The Editor, Mr. [Beeler] keeps my conver[sations] at the Selectme[n meet]ings from the r[eaders/pa]pers. He does no[t allow] the public to hea[r about] police misconduc[t."]

At the Aug. [20 meeting] only representa[tive of] the media, outsid[e of vid]eographer Peter [...] of Wolfeboro Co[mmunity...]

# Wolfeboro Police Chief Stuart Chase to retire in Janua[ry]

7/7/2016

**BY ELISSA PAQUETTE**
Contributing Writer



**WOLFEBORO POLICE CHIEF STUART CHASE** has announced that he will be retiring from the department as of Jan. 2, 2017.

ELISSA PAQUETTE

WOLFEBORO — From here on out, Chief Stuart Chase's work in Wolfeboro will take on a tinge of nostalgia, for he's served notice to the Wolfeboro Police Commissioners that he intends to retire as of Jan. 2, 2017.

Chase led the July 4th parade for the last time on Monday. The day was uneventful as far as police activity was concerned, a welcome sign of community stability. That's always been his goal. Good police work entails good relationships. "I judge success," says Chase "not on tickets or arrests but the partnerships we've created and the confidence and trust we've gained from most of the citizens."

It's Chase's second retirement. His first career was in Danvers, Mass., but he confides that Wolfeboro is where he's wanted to be since the age of 12. His family first started visiting Wolfeboro in 1955. Those summer time memories and the connection to the lake instilled that desire to make this his permanent home.

"The background in Massachusetts was just the foundation to come here. I felt that this was truly my home and where I was meant to be... I thought I would do this forever but just consider myself blessed to be able to come here 12 years ago.

"The department is almost like family to me here. It's a smaller department. The role of chief has been more democratic than in [his past experience]. It was a perfect fit for the time."

Police Commission Chair Steve Wood commented: "I can say with a great deal of certainty on behalf of our fellow commissioners that we are sad to lose a great leader. He's been a tremendous asset. He's dedicated his life to the field of law en-forcement – now h[e'll] move on to spend time with family praised the chief' ciency, the trust he tered and his fair ment of others.

"Personally, w[hen I] was asked to co[nsider] serving on the co[mmis]sion in 2013, he w[as the] primary reason I [...] had heard great [things] about him and w[as anx]ious to meet hi[m. The] culture created [at] this department is [amaz]ing and it has a g[reat re]lationship with [other] agencies."

In Chase's vie[w]

SEE **CHASE** P[age ...]

*He was Terminated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.                              Civil No. 22-cv-319-JL-AJ

Town of Wolfeboro, et al.

O R D E R

Plaintiff Josephine Amatucci, proceeding pro se and in forma pauperis, has filed a complaint (Doc. No. 1/#4767[1]), and a complaint addendum (Doc. No. 4/#4767[2]) alleging that the defendants have violated her federal constitutional rights in connection with an August 2018 incident at the Wolfeboro, New Hampshire town dump ("August 2018 Town Dump Incident"). The complaint documents are before the Court for preliminary review pursuant to 28 U.S.C. § 1915(e)(2). Also before the Court are Mrs. Amatucci's motions for summary judgment (Doc. Nos. 8/#5799, 9/#5871, #10/5557, #11/5557, #12/8023, #13/8024, #14/8029), to expedite (Doc. No. 15/#8033), and for a hearing (Doc. No. 16/#8150).

---

[1] As a courtesy to Mrs. Amatucci, along with the court-assigned docket number for each of her filings, the Court lists the four-digit number she has given to each of those documents.

[2] The complaint addendum (Doc. No. 4/#4767) is largely duplicative of the complaint (Doc. No. 1/#4767) in this case.

[Handwritten annotations: "NO NO NO NO", "Correct this and put this case before a jury now", "NO when they filed a malicious claim in court"]

# STATE OF NEW HAMPSHIRE

## REQUEST FOR ADMINISTRATIVE ACTION
### For Law Enforcement Use Only

**To:** Director of Motor Vehicles
Stephen E. Merrill Motor Vehicle Building
23 Hazen Drive
Concord, NH 03305

*[handwritten: Exhibit 4]*
*[handwritten: RONDEAU]*

**Agency:** Wolfeboro Police Department
P.O. Box 1689
Wolfeoro, NH 03894

**Date:** 21 August 2013

**RE: Operator Name:** Josephine Amatucci    **DOB:** 27 Sept 1938
**Address:** 350 Governor Wentworth Highway
Wolfeboro, NH 03894
**License Number:** 09AIJ38271    **State:** New Hampshire

**Request:**

☑ Motor Vehicle Driver Re-examination
☐ Motor Vehicle Hearing
☐ Suspend Immediately    ☑ Reply Requested

*[handwritten: FRAUD / Continuous Conduct of Rondeau]*

**Basis for action requested:**

Citizen complaint from the Wolfeboro area motoring public and officer initiated motor vehicle stops regarding erratic operation and driving infractions committed by Ms. Josephine Amatucci over the last few years. The concern at this point is for the safety of Ms Amatucci and the motoring public. See attached dispatch logs and officer initiated action

(Continue on back)

The above listed individual was involved in one of the following incidents:

☐ Motor Vehicle Accident with Fatality
☐ Motor Vehicle Accident with Serious Injury
☑ Other

---

**Approving Official**    **Officer's Signature**

**Date**    Dean J. Rondeau, Lieutenant, Wolfeboro Police Department Executive Officer
**Officer's Name (Print/Type)**

DSMV 384 (Rev. 05/12)



## Other Orders/Judgments
1:18-mc-00038-JL AMATUCCI MASTER FILE V. ALL DEFENDANTS

U.S. District Court

District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 6/12/2024 at 11:37 AM EDT and filed on 6/12/2024
**Case Name:**　　AMATUCCI MASTER FILE V. ALL DEFENDANTS
**Case Number:**　1:18-mc-00038-JL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER [67] Complaint.** *Text of Order: The Court has reviewed Josephine Amatucci June 10, 2024 filing (Doc. No. 67/#9103), intended as a complaint initiating a new lawsuit in this court, to determine whether it violates any of the filing restrictions applicable to Mrs. Amatucci's ability to file new lawsuits in this court. See Doc. No. 4 (July 29, 2013 Order, Amatucci v. Hamilton, No. 13-cv-087-SM (D.N.H.)); Doc. No. 2 (Apr. 11, 2018 Order, Amatucci v. Chase, No. 17-cv-237-JL (D.N.H.)); Doc. No. 54 (Aug. 24, 2023 Order, Amatucci v. Town of Wolfeboro, No. 22-cv-319-JL-AJ (D.N.H.)). The claims asserted in the proposed complaint arise out of the events underlying the 2018 and 2023 filing restrictions, and nothing in the proposed complaint warrants revisiting the filing restrictions or the events they concern. Accordingly, the Court denies leave to docket Document No. 67 as the complaint in a new case in this court.* So Ordered by Judge Joseph N. Laplante.(ed)


**1:18-mc-00038-JL Notice has been electronically mailed to:**

**1:18-mc-00038-JL Notice, to the extent appropriate, must be delivered conventionally to:**

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896