9210

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Town of Wolfeboro, Police Chief Rondeau

Champaigne, Maloney, Wright, Estes and

Belnap Sherrif's Dept. and prosecutor Timothy Morgan

## JURISDICTION

1. This action is broght pursuent to 42 U.S.C. 1983.

## PARTIES

2. Plaintiff Josephine Amatucci is a citizen of the United States and resident of Wolfeboro, New Hampshire;

3. Former Police Chief Dean Rondeau, 251 S. Main Street, Wolfeboro, NH 03894, sued individually;

4. Town of Wolfeboro, 84 South Main Street, P.O. box 629, Wolfeboro, NH 03894 sued in official capacity;

5. Belnap Sheriff's Dept. 2 County Drive, Laconia, New Hampshire, 03246 in Official Capacity;

6. Sargeant William Wright sued individually;

## RELEVANT FACTS

7. The Court has refused to address and/or litigate, the Plaintiff's Federal Constitutional violations claims under USC Section......1983......... against defendants the Former Police Chief Dean Rondeau and the Belnap Sheriff's Dept, who with their

1 a

policymaking authority, have violated the Plaintif's CLEARLY ESTABLISHED RIGHTS, where there was NO PROBABLE CAUSE. Where in violation of a 1983 claim there is NO RES JUDICATSA, NO COLLATERAL ESTOPEEL. AND NO IMMUNITY. Where Federal Constitutional Rights, where the LAW OF THE LAND overrides states procedures, and of local restrictions of any kind.

8.   This case is based ..........ENTIRELY.......... on the defendants Rondeau and the Sheriff's Dept. filing a Complaint against her in the Carroll County Court falsely accusing her of an Assault with Bodily Injury when they had before them a statement by the alleged victim, that he had 'NO INJURY.

9.   The Plaintiff's claim....... under 1983 .......allowed for a violation of her Fourth and Fourteenth Amendment rights.

10.   A case with evidence before the Court which proves beond a reasonable doubt that the Plaintiff was unlawfully and fraudulently accused of causing an Assault with Bodily Injury, when the defendants new all along that there was no ASSAULT with BODILY DAMAGE that occurred. That the evidence is in the Court, which shows that the alleged victim of an Assault stated to the Sheriff's Dept. that he had ....."NO INJURY".

11.   That therefore, the defendants are guilty of violating the Plaintiff's Fourth and Fourteenth Amendment Rights, . The Fourth Amendment violation of an unlawful seizure, when she was unlawfully and maliciously proesecuted for a crime she never committed, for causing bodily injury to Robert Maloney, an employee of the Town Dump. THAT NEVER OCCURRED, in violtion of the Fourteenth Amendment of Due Process.

WHEREFORE: This Court is MANDATED under the Federal Constitution and under Due Process and without further dealy as allowed under the Sixth Amendment due to her age of 86 years old, to immediately allow the Plaintiff the right to a jury trial of her peers for damages for the violation of her Federal Constitutional Rights under THE LAW OF THE LAND.

Respectfully,

Josephine Amatucci

c. Town, Belnap Sheriff's Dept.

December 18, 2024

*Josephine Amatucci*

3 a

Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

MANCHESTER NH 030
18 DEC 2024 PM 1 L



United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, New Hampshire 03301

03301-394135